UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEKALB COUNTY PENSION FUND,
Plaintiff,

-against-

ROBLOX CORPORATION, et al.,
Defendants.

23-cv-10347 (AS)
**ORDER**

ARUN SUBRAMANIAN, United States District Judge:

The Court, having reviewed and considered the Stipulation of the Parties, and good cause appearing therefore, hereby issues the following FINDINGS AND ORDERS:

1.    This case could have been brought in the United States District Court for the Northern District of California. The Parties have stipulated that defendant Roblox Corp. is headquartered in San Mateo, California, and that the company's corporate decisions regarding investor communications occur in California. This Court therefore finds that transfer of venue from the Southern District of New York to the Northern District of California is appropriate for the convenience of the Parties and will further the interests of justice.

2.    The Stipulation of the Parties to transfer venue of this case to the United States District Court for the Northern District of California is hereby APPROVED.

3.    This case is hereby TRANSFERRED to the United States District Court for the Northern District of California for all further proceedings pursuant to 28 U.S.C. § 1404(a).

4.    The Clerk is directed to transfer this case to the United States District Court for the Northern District of California forthwith.

Dated: December 22, 2023        _____
THE HONORABLE ARUN SUBRAMANIAN
UNITED STATES DISTRICT COURT