# U.S. District Court
# Southern District of New York (Foley Square)
# CIVIL DOCKET FOR CASE #: 1:23–cv–10347–AS

| | |
|---|---|
| DeKalb County Pension Fund v. Roblox Corporation et al | Date Filed: 11/27/2023 |
| Assigned to: Judge Arun Subramanian | Date Terminated: 12/22/2023 |
| Cause: 15:78m(a) Securities Exchange Act | Jury Demand: Plaintiff |
| | Nature of Suit: 850 Securities/Commodities |
| | Jurisdiction: Federal Question |

**Plaintiff**

**DeKalb County Pension Fund**  represented by  **Francis Paul McConville**
*Individually and on Behalf of All Others* Labaton & Sucharow LLP (NYC)
*Similarly Situated* 140 Broadway, 34th Floor
 New York, NY 10005
 212–907–0650
 Fax: 212–818–0477
 Email: fmcconville@labaton.com
 *ATTORNEY TO BE NOTICED*


V.

**Defendant**

**Roblox Corporation**  represented by  **Elena Hadjimichael**
 Freshfields Bruckhaus Deringer US LLP
 855 Main Street
 Redwood City, CA 94063
 650–618–9250
 Email: elena.hadjimichael@freshfields.com
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*

**Defendant**

**David Baszucki**  represented by  **Elena Hadjimichael**
 (See above for address)
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*

**Defendant**

**Michael Guthrie**  represented by  **Elena Hadjimichael**
 (See above for address)
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*

**Defendant**

**Craig Donato**  represented by  **Elena Hadjimichael**
 (See above for address)
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Eliza Jacobs** | represented by | **Elena Hadjimichael**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 11/27/2023 | 1 | COMPLAINT against David Baszucki, Craig Donato, Michael Guthrie, Eliza Jacobs, Roblox Corporation. (Filing Fee $ 402.00, Receipt Number ANYSDC–28615467)Document filed by DeKalb County Pension Fund..(McConville, Francis) (Entered: 11/27/2023) |
| 11/27/2023 | 2 | CIVIL COVER SHEET filed..(McConville, Francis) (Entered: 11/27/2023) |
| 11/27/2023 | 3 | REQUEST FOR ISSUANCE OF SUMMONS as to Roblox Corporation, re: 1 Complaint. Document filed by DeKalb County Pension Fund..(McConville, Francis) (Entered: 11/27/2023) |
| 11/27/2023 | 4 | REQUEST FOR ISSUANCE OF SUMMONS as to David Baszucki, re: 1 Complaint. Document filed by DeKalb County Pension Fund..(McConville, Francis) (Entered: 11/27/2023) |
| 11/27/2023 | 5 | REQUEST FOR ISSUANCE OF SUMMONS as to Michael Guthrie, re: 1 Complaint. Document filed by DeKalb County Pension Fund..(McConville, Francis) (Entered: 11/27/2023) |
| 11/27/2023 | 6 | REQUEST FOR ISSUANCE OF SUMMONS as to Craig Donato, re: 1 Complaint. Document filed by DeKalb County Pension Fund..(McConville, Francis) (Entered: 11/27/2023) |
| 11/27/2023 | 7 | REQUEST FOR ISSUANCE OF SUMMONS as to Eliza Jacobs, re: 1 Complaint. Document filed by DeKalb County Pension Fund..(McConville, Francis) (Entered: 11/27/2023) |
| 11/28/2023 | | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above–entitled action is assigned to Judge Arun Subramanian. Please download and review the Individual Practices of the assigned District Judge, located at https://nysd.uscourts.gov/judges/district–judges. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Please download and review the ECF Rules and Instructions, located at https://nysd.uscourts.gov/rules/ecf–related–instructions..(vf) (Entered: 11/28/2023) |
| 11/28/2023 | | Magistrate Judge Barbara C. Moses is designated to handle matters that may be referred in this case. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: https://nysd.uscourts.gov/sites/default/files/2018–06/AO–3.pdf. (vf) (Entered: 11/28/2023) |
| 11/28/2023 | | Case Designated ECF. (vf) (Entered: 11/28/2023) |
| 11/28/2023 | 8 | ELECTRONIC SUMMONS ISSUED as to Roblox Corporation. (vf) (Entered: 11/28/2023) |
| 11/28/2023 | 9 | ELECTRONIC SUMMONS ISSUED as to David Baszucki. (vf) (Entered: 11/28/2023) |
| 11/28/2023 | 10 | ELECTRONIC SUMMONS ISSUED as to Michael Guthrie. (vf) (Entered: 11/28/2023) |
| 11/28/2023 | 11 | ELECTRONIC SUMMONS ISSUED as to Craig Donato. (vf) (Entered: 11/28/2023) |
| 11/28/2023 | 12 | ELECTRONIC SUMMONS ISSUED as to Eliza Jacobs. (vf) (Entered: 11/28/2023) |
| 11/28/2023 | 13 | ORDER REGARDING NOTICE TO PURPORTED PLAINTIFF CLASS MEMBERS: On November 27, 2023, Plaintiff filed a putative class action on behalf of all persons or entities that |

| | | |
|---|---|---|
| | | purchased or otherwise acquired Roblox Class A common stock between March 10, 2021 and February 15, 2022, inclusive. Docket No. 1. ("Compl."), Paragraph 1. The Complaint alleges violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and Rule 10b−5 promulgated thereunder. Section 78u−4(a)(3)(A) of the Private Securities Litigation Reform Act ("PSLRA"), 15 U.S.C. § 78u−4(a)(3)(A), requires that "[n]ot later than 20 days after the date on which the complaint is filed, the plaintiff or plaintiffs shall cause to be published, in a widely circulated national business−oriented publication or wire service, a notice advising members of the purported plaintiff class... of the pendency of the action, the claims asserted therein, and the purported class period." 15 U.S.C. § 78u−4(a)(3)(A)(i) (emphasis added). It is hereby ORDERED that no later than December 20, 2023, Plaintiff shall advise the Court in writing of the date and manner in which it published this notice. SO ORDERED. (Signed by Judge Arun Subramanian on 11/28/2023) (vfr) (Entered: 11/28/2023) |
| 12/20/2023 | 14 | NOTICE OF APPEARANCE by Elena Hadjimichael on behalf of David Baszucki, Craig Donato, Michael Guthrie, Eliza Jacobs, Roblox Corporation..(Hadjimichael, Elena) (Entered: 12/20/2023) |
| 12/20/2023 | 15 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by David Baszucki, Craig Donato, Michael Guthrie, Eliza Jacobs, Roblox Corporation..(Hadjimichael, Elena) (Entered: 12/20/2023) |
| 12/20/2023 | 16 | PROPOSED STIPULATION AND ORDER. Document filed by David Baszucki, Craig Donato, Michael Guthrie, Eliza Jacobs, Roblox Corporation..(Hadjimichael, Elena) (Entered: 12/20/2023) |
| 12/22/2023 | 17 | ORDER: The Court, having reviewed and considered the Stipulation of the Parties, and good cause appearing therefore, hereby issues the following FINDINGS AND ORDERS: 1. This case could have been brought in the United States District Court for the Northern District of California. The Parties have stipulated that defendant Roblox Corp. is headquartered in San Mateo, California, and that the company's corporate decisions regarding investor communications occur in California. This Court therefore finds that transfer of venue from the Southern District of New York to the Northern District of California is appropriate for the convenience of the Parties and will further the interests of justice. 2. The Stipulation of the Parties to transfer venue of this case to the United States District Court for the Northern District of California is hereby APPROVED. 3. This case is hereby TRANSFERRED to the United States District Court for the Northern District of California for all further proceedings pursuant to 28 U.S.C. § 1404(a). 4. The Clerk is directed to transfer this case to the United States District Court for the Northern District of California forthwith. (Signed by Judge Arun Subramanian on 12/22/2023) (vfr) (Entered: 12/22/2023) |
| 12/22/2023 | | CASE TRANSFERRED OUT ELECTRONICALLY from the U.S.D.C. Southern District of New York to the United States District Court – District of Northern District of California. (vfr) (Entered: 12/22/2023) |