UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEKALB COUNTY PENSION FUND,<br><br>Plaintiff,<br><br>v.<br><br>ROBLOX CORPORATION, et al.,<br><br>Defendants. | Case No. 23-cv-06618-RS<br><br>**ORDER GRANTING MOTION FOR APPOINTMENT OF LEAD PLAINTIFFS AND APPROVAL OF THEIR SELECTION OF LEAD COUNSEL** |

Plaintiff DeKalb County Pension Fund ("DeKalb") filed this putative class action in the Southern District of New York alleging that defendant Roblox Corporation and certain of its executives violated securities laws by inflating the company's stock value through misrepresentations and omissions. Following transfer to this district, putative class member Arkansas Teacher Retirement System ("ATRS") joined with DeKalb to move for appointment as lead plaintiffs, and for approval of their selection of Labaton Keller Sucharow LLP as Lead Counsel for the Class and Hagens Berman Sobol Shapiro LLP as Liaison Counsel for the Class. Dkt. No. 31. Two competing motions for appointment as lead plaintiffs were filed, but were both effectively withdrawn in recognition of DeKalb and ATRS's status as the parties with the largest financial interest. See Dkt. Nos. 43, 44.

The motion brought by DeKalb and ATRS is therefore unopposed. The motion makes an adequate showing that the moving parties claim the largest financial interest while also satisfying the typicality and adequacy requirements of Rule 23, and are thereby the presumed "most

adequate plaintiff[s]" under the PSLRA. 15 U.S.C. § 78u–4(a)(3)(B)(iii). As there is nothing to undermine that presumption, the motion must be granted. *See In re Cavanaugh*, 306 F.3d 726, 732 (9th Cir. 2002) ("Once it determines which plaintiff has the biggest stake, the court must appoint that plaintiff as lead, unless it finds that he does not satisfy the typicality or adequacy requirements.")

Similarly, the motion sufficiently establishes that lead plaintiffs' choice of lead and liaison counsel is reasonable, and should be approved. Pursuant to Civil Local Rule 7-1(b), the motion is suitable for disposition without oral argument, and the hearing set for March 7, 2024, is vacated. DeKalb and ATRS's motion is granted. The motion filed by putative class member Ye Ming (Dkt. No. 38) which was not formally withdrawn, but which the moving party conceded failed in light of DeKalb and ATRS's showing (see Dkt. No. 44), is denied.

**IT IS SO ORDERED**.

Dated: February 13, 2014

_____
RICHARD SEEBORG
Chief United States District Judge