Michael P. Canty (*pro hac vice*)
Michael H. Rogers (*pro hac vice*)
Nicholas D. Manningham (*pro hac vice*)
Stephen C. Boscolo (*pro hac vice*)

**LABATON KELLER SUCHAROW LLP**
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
Email: mcanty@labaton.com
       mrogers@labaton.com
       nmanningham@labaton.com
       sboscolo@labaton.com

*Attorneys for Lead Plaintiffs and the Class*

Lucas E. Gilmore (#250893)

**HAGENS BERMAN SOBOL SHAPIRO LLP**
715 Hearst Avenue, Suite 300
Berkeley, California 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
Email: lucasg@hbsslaw.com

*Liaison Counsel for the Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DEKALB COUNTY PENSION FUND, | **Case No.: 3:23-cv-06618-RS** |
| Plaintiff, | **SECOND AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS** |
| v. | |
| ROBLOX CORPORATION, et al., | **DEMAND FOR JURY TRIAL** |
| Defendants. | **Hon. Richard Seeborg** |

# TABLE OF CONTENTS

Page

I.      NATURE OF THE ACTION ................................................................. 2

        A.      Leading Up to Roblox's Direct Listing, Investors Focused on Defendants' Ability to Grow DAUs and "Age Up" the Platform ................................. 4

        B.      Defendants Inflate the Price of Roblox Stock by Misleading Investors About Roblox's DAU Growth and Aging Up Success ........................................ 5

                1.      Total DAU Growth ............................................................. 6

                2.      Aging Up Success ............................................................. 7

        C.      Defendants Take Roblox Public via a Direct Listing and Immediately Make False and Misleading Statements About Roblox's DAU Growth and Aging Up Success ......................................................................................... 8

        D.      Defendants Continue Misleading Investors About Growing Over-13 Users ........ 12

        E.      Defendants Face Increasing Pressure to Implement Enhanced Parental Controls ................................................................................ 13

        F.      Defendants Continue Misleading Investors in August 2021 ................................. 13

        G.      Defendants Start Rolling Out Enhanced Parental Controls in the Fall of 2021 ..... 14

        H.      Defendants Continue Misleading Investors in November 2021 ......................... 15

        I.      The Truth Begins to Emerge on December 15, 2021 and Is Fully Revealed on February 15, 2022 ...................................................................... 17

        J.      Post-Class Period Events Corroborate CW Allegations About Defendants' False and Misleading Public Statements ............................................. 19

II.     JURISDICTION AND VENUE ...................................................... 20

III.    PARTIES ........................................................................................ 20

        A.      Lead Plaintiffs ........................................................................... 20

        B.      Defendants ................................................................................ 21

        C.      Relevant Third Parties ................................................................ 23

IV.     SUBSTANTIVE ALLEGATIONS OF FRAUD ............................ 25

        A.      Overview of Roblox's Business .................................................. 25

        B.      Roblox Experiences Blockbuster Growth Fueled by Young Children ................. 27

C.     Roblox Faces Increasing Scrutiny for Profiting Off Young Children ..................28

D.     Defendants Knew That Roblox's Growth Was Heavily Reliant on the Under-13 Age Group.........................................................................................................30

E.     Defendants Take Roblox Public as Quickly as Possible to Personally Take Advantage of Roblox's Unprecedented Growth.......................................................32

F.     Heading into the Direct Listing, Investors Were Focused on Roblox's Ability to Attract Older Users ......................................................................................................34

      1.     Investors Were Concerned About the Sustainability of Relying on Children for Roblox's Bookings.......................................................................35

      2.     Investors Were Focused on Roblox's Ability to Drive Bookings From an Older Audience .............................................................................................36

G.     Defendants Mislead Investors About Roblox's DAU Growth and Aging Up Success .......................................................................................................................38

      1.     The March 10, 2021 Prospectus........................................................................38

      2.     The March 10, 2021 CNBC Interview.......................................................42

      3.     The March 11, 2021 Schwab Network Interview.......................................45

H.     Defendants Immediately Begin Liquidating Their Roblox Holdings on the Day of the Direct Listing ................................................................................................48

I.     Defendants Continue Misleading Investors on May 10, 2021.............................50

J.     Defendants Unload Another $54.3 Million Worth of Stock Based on Their Knowledge of Material Nonpublic Information ....................................................53

K.     Defendants Face Increasing Regulatory Pressure to Implement Parental Controls.........................................................................................................................53

L.     Defendants Continue Misleading Investors on August 17, 2021 ........................55

      1.     Defendants Mislead Investors About Roblox's User Metrics and Purported Aging Up Success ...................................................................55

      2.     Defendants Downplay the Importance of ABPDAU To Throw Investors Off the Scent of Their Scheme to Defraud...............................59

M.     Defendants Continue Offloading Their Stock Based on Their Knowledge of Material Nonpublic Information ..........................................................................62

N.     Defendants Slowly Implement Enhanced Parental Controls in the Fall of 2021 ..63

O.    Defendants Continue Misleading Investors in November 2021 ..........................64

P.    Defendants Unload Another $169 Million Worth of Stock Knowing Their Fraud Would Soon be Revealed ...........................................................67

Q.    The Truth About Roblox's DAU Growth and Aging Up Success is Gradually Revealed.................................................................................69

     1.    Defendants Disclose Declining Monetization Metrics from November 2021..............................................................................69

     2.    Defendants Disclose Even Worse Monetization Metrics for the Full Fourth Quarter 2021 ................................................................71

R.    Post Class Period Events Corroborate the CW Allegations About Defendants' False Reporting of User Metrics ...........................................74

V.     FALSE AND MISLEADING STATEMENTS AND OMISSIONS................................ 76

A.    March 10, 2021 – Start of the Class Period ...........................................77

     1.    The Prospectus ........................................................................77

     2.    Baszucki's CNBC Interview....................................................79

B.    March 11, 2021 – Schwab Network Interview ......................................82

C.    May 10 and 11, 2021 – Q1 2021 Press Release and Earnings Call.....85

D.    May 13, 2021 – Q1 2021 Form 10-Q ...................................................87

E.    August 16 and 17, 2021 – Q2 2021 Reporting .....................................88

F.    November 8 and 9, 2021 – Q3 2021 Reporting ....................................93

VI.    LOSS CAUSATION........................................................................................ 97

A.    December 15, 2021 – Partial Corrective Disclosure/Materialization of the Risk..99

B.    February 15 and 16, 2022 – Final Corrective Disclosure/Materialization of the Risk ......................................................................................101

VII.    ADDITIONAL INDICIA OF SCIENTER ......................................................... 105

A.    Defendants' Exorbitant Stock Sales—Totaling More Than $548 Million—Made with Knowledge of Material Nonpublic Information Support a Strong Inference of Scienter ...........................................................105

     1.    Defendants Immediately Dump $238 Million In Roblox Stock Within Two Days of Roblox's Direct Listing....................................106

2.      Defendants Offload Another $54 Million in Roblox Stock After They Made False and Misleading Statements on May 10, 2021 ......................107

3.      Defendants Make Another $55 Million in Insider Sales After They Made False and Misleading Statements on August 16, 2021 and Before Rolling Out Parental Controls........................................................108

4.      Defendants Unload Another Roughly $200 Million Worth of Roblox Stock Before Parental Controls and Schools Reopening Begin to Affect Bookings Growth.........................................................................108

B.      Defendant's Statements Themselves Prove They Closely Monitored the Company's Topline Metrics, Including DAUs and Aging Up Metrics ..............110

C.      Defendants Knew They Would Have to Implement Enhanced Parental Controls, Which Would Harm Bookings ...........................................................113

D.      Defendants Knew Their Publicly Reported Data Was Misleading ....................115

VIII.      CONTROL PERSON ALLEGATIONS............................................................... 116

IX.      THE STATUTORY SAFE HARBOR IS INAPPLICABLE......................................... 117

X.      APPLICABILITY OF PRESUMPTION OF RELIANCE: FRAUD-ON-THE-MARKET DOCTRINE ......................................................................................................... 118

XI.      CLASS ACTION ALLEGATIONS ................................................................. 120

XII.      COUNTS AGAINST DEFENDANTS.............................................................. 122

COUNT I ....................................................................................................... 122

For Violations of Section 10(b) of the Exchange Act and SEC Rule 10b-5(b) Promulgated Thereunder Against All Defendants ....................................................122

COUNT II ...................................................................................................... 124

For Violations of Section 10(b) of the Exchange Act and SEC Rule 10b-5(a) and (c) Promulgated Thereunder Against All Defendants ....................................................124

COUNT III ..................................................................................................... 127

For Violations of Section 20(a) of the Exchange Act  Against the Individual Defendants ...................................................................................................... 127

XIII.      REQUEST FOR RELIEF ............................................................................. 128

XIV.      JURY DEMAND ....................................................................................... 128

1    Court-appointed Lead Plaintiffs Arkansas Teacher Retirement System ("ATRS") and

2  DeKalb County Pension Fund ("DeKalb," and together with ATRS, "Lead Plaintiffs"),

3  individually and on behalf of all persons and entities who or which, during the period from March

4  10, 2021 through February 15, 2022, inclusive (the "Class Period"), purchased the publicly traded

5  Class A common stock of Roblox Corporation ("Roblox" or the "Company") and were damaged

6  thereby (the "Class"),[1] bring this Second Amended Class Action Complaint for Violations of the

7  Federal Securities Laws (the "Complaint") against Roblox and current Chief Executive Officer

8  David Baszucki ("Baszucki"), current Chief Financial Officer Michael Guthrie ("Guthrie"), and

9  former Chief Business Officer Craig Donato ("Donato"), (the "Individual Defendants" and

10  together with Roblox, "Defendants").

11    Lead Plaintiffs' claims are brought upon personal knowledge as to their own acts and upon

12  information and belief as to all other matters, based upon, among other things, a review and

13  analysis of: (1) reports and documents filed by Roblox with the Securities and Exchange

14  Commission ("SEC"); (2) reports issued by analysts covering or concerning Roblox and its

15  business; (3) press releases, news articles, transcripts, videos, and other public statements issued

16  by or about Roblox, its business, and Defendants; (4) an investigation conducted by Lead

17  Plaintiffs' attorneys, including interviews with seven confidential witnesses ("CWs");[2] (5)

18  analysis of a report published by Hindenburg Research, among others; and (6) other publicly

19  available information concerning Roblox, its business, and the allegations contained herein. Lead

20  Plaintiffs believe that substantial additional evidentiary support exists for the allegations herein

21  and will continue to be revealed after Lead Plaintiffs have a reasonable opportunity for discovery.

22

23    [1] Excluded from the Class are: (i) Defendants; (ii) members of the immediate family of any
    Defendant who is an individual; (iii) any person who was an officer, director, and/or control
24  person of Roblox during the Class Period, and members of their immediate families; (iv) any firm,
    trust, corporation, or other entity in which any Defendant has or had a controlling interest; (v)
25  Roblox's employee retirement and benefit plan(s) and their participants or beneficiaries, to the
    extent they made purchases through such plan(s); and (vi) the legal representatives, affiliates,
26  heirs, successors-in-interest, or assigns of any such excluded person, in their capacities as such.

27    [2] All seven CWs are former employees of Roblox.

28

## I.    NATURE OF THE ACTION

1.    On March 10, 2021, after nearly 20 years as a private company, Roblox rushed to go public via a "direct listing."  Within the first two days after this direct listing, Defendants Baszucki, Guthrie, and Donato collectively sold **$238 million** worth of their Roblox stock.  At the same time, Baszucki and Guthrie went on a televised dog-and-pony show, promoting the very stock they were actively dumping.  And why were the Individual Defendants dumping their brand-new shares, at the same time they were actively promoting them and encouraging investors to buy?  Because, and as explained in greater detail below, they possessed material nonpublic information about Roblox's user growth and demographics.

2.    Specifically, Defendants knew that Roblox's user growth, measured in Daily Active Users ("DAUs"), was significantly inflated by a high number of duplicate accounts, or "alternate accounts," that obscured the true number of people actually using Roblox's platform.  Defendants also knew that the Company's massive revenue growth in 2020—fueled by children under the age of 13 stuck at home during COVID lockdowns—would soon end once these children returned to school post-COVID and after Roblox implemented parental controls to prevent unfettered spending and access from under-13 users.

3.    In fact, Roblox internally maintained **two sets of books** with diverging data for key metrics like DAUs and age demographics—one for internal, nonpublic business decisions (with accurate information), and another with falsely inflated numbers that Defendants used in the Company's public reporting.  According to former employees, Defendants publicly inflated DAUs by as much as 42% by including duplicate accounts as separate DAUs (even though, internally, Defendants removed these duplicate accounts when calculating DAUs).

4.    Looking to take advantage of this once-in-a-lifetime growth, Defendants devised a scheme to go public as quickly as possible, begin to sell their shares immediately, and maintain the price of Roblox's inflated stock by repeatedly disclosing false and misleading DAU growth and demographic metrics while Defendants continued to reap hundreds of millions of dollars in insider sales for as long as they could.

5. Specifically, throughout the Class Period, Defendants falsely touted their growth in DAUs, a metric that Roblox described as "an indicator of the size of the audience engaged on our platform," and told investors that this DAU growth was driving revenue growth. Similarly, Defendants told investors that Roblox had successfully attracted older users—claiming that over half of Roblox's users were over the age of 13—and that these over-13 users were, and would, continue to spend more money on Roblox and sustain the Company's revenue growth moving forward.

6. However, none of this was true. In reality, Defendants significantly overstated Roblox's DAU growth and lied about the percentage of users that were over the age of 13.

7. Defendants' statements were thus materially false and misleading because they led investors to believe that Roblox's purported success in growing DAUs and attracting older users was sustaining the Company's revenue growth as the core under-13 demographic returned to school post-COVID and after Roblox implemented enhanced parental control and safety measures. However, investors did not know that DAU metrics were inflated by duplicate accounts, or that Roblox still heavily relied on children under 13 to drive its revenue, and as a result, these investors did not understand the risk that Roblox's profitability metrics would decline imminently.

8. The truth was revealed in December 2021 and February 2022, when, after children returned to school and Roblox implemented enhanced parental controls and safety measures for its under-13 users in the fourth quarter of 2021, the Company's profitability metrics declined substantially despite purportedly strong DAU growth, revealing the misleading nature of Defendants' previous false and misleading statements about Roblox's DAU growth and success attracting and monetizing an older demographic.

9. When Defendants' scheme and false statements were fully revealed, Roblox's market capitalization dropped by over $11 billion, causing harm to investors. Before the truth was fully revealed, however, and with the market unaware of the nonpublic material information

about Roblox's userbase, the Individual Defendants unloaded nearly **$550 million** worth of Roblox stock in just nine months between March and December 2021.

> **A.** **Leading Up to Roblox's Direct Listing, Investors Focused on Defendants' Ability to Grow DAUs and "Age Up" the Platform**

10. Founded in 2004, Roblox operates an online video game platform that provides its users with tools to create games that are played by other users. While Roblox is free to join, many games and activities on the platform require the purchase of the Company's proprietary online currency, "Robux." These Robux, purchased for U.S. dollars via credit card, permit users to buy virtual goods and access certain paid experiences on the Roblox platform. These Robux purchases—or bookings, as known in Company and industry analyst parlance—constitute nearly all of Roblox's revenue.

11. The Company's main publicly reported metrics are: (1) Daily Active Users ("DAUs"); (2) hours engaged; (3) bookings;[3] and (4) average bookings per daily active user ("ABPDAU"). During the Class Period, the Company's reporting of these metrics was vital to investors and analysts. Indeed, because Roblox was not profitable at the time of the direct listing (and remains unprofitable today), the Company's stock price (and the Individual Defendants' ability to dump hundreds of millions of dollars of stock) was reliant on the growth metrics, such as DAUs and bookings, that Defendants presented to the investing public.

12. Moreover, Roblox has historically been a platform for children under 13 years old. Throughout 2020, as the COVID pandemic forced children inside, Roblox experienced unprecedented growth in both the number of DAUs and revenue obtained from those under-13 users. However, this revenue growth was unsustainable. Indeed, internally, Defendants told employees that the Company's bookings growth would not last once these young children returned to school after COVID and resumed their pre-pandemic activities.

---

[3] Roblox derives substantially all of its revenue from bookings, which are the sales of virtual items on the Roblox platform. The Company recognizes revenue over the estimated period of time the virtual items are available to the user on the Roblox platform (estimated average lifetime of a paying user) or at the time the virtual item is consumed.

13. Roblox's reliance on under-13 users for its revenue was unsustainable for the additional reason that the Company was facing increasing pressure to implement enhanced parental control and safety measures to protect the young children on Roblox's platform, which would harm the Company's bookings since under-13 users spent the most money on Roblox. Indeed, in the lead up to the direct listing, several news articles detailed examples of children being exposed to harmful conduct on Roblox's platform—such as adult content, online predators, and hate speech—and other articles detailed several instances where children went on spending sprees and racked up thousands of dollars in charges on their parents' credit cards. As a result, as explained by a former Roblox employee, CW 3, it was a huge priority for Roblox to attract an older audience, partially because leadership knew that it had to address parental controls due to external pressures from parents and the news media.

14. As a result, leading up to the direct listing, potential investors were focused on Roblox's ability to grow DAUs and "age up" its platform because these investors understood that more DAUs and older users provided sustainable long-term revenue for the Company. Critically, potential investors were focused not only on Roblox's ability to attract older users, but also how Roblox would make money from these older users, i.e., how Roblox would monetize this older audience. As one industry analyst explained before the direct listing, Roblox's ability to age up was "the single biggest question that I would need to be comfortable with, if I were considering becoming a shareholder."

**B.    Defendants Inflate the Price of Roblox Stock by Misleading Investors About Roblox's DAU Growth and Aging Up Success**

15. Knowing that investors were focused on Roblox's DAU growth and its ability to age up its platform, Defendants engaged in a scheme to artificially inflate the price of Roblox stock by: (1) overstating the Company's total DAUs, and (2) falsely telling investors that Roblox had successfully aged up the platform by attracting and monetizing older users.

1

### 1. Total DAU Growth

16.     As explained by several former Roblox employees, Defendants significantly overstated DAUs because Roblox included alternate user accounts, or "alts," in its publicly reported DAU metrics.  According to CW 7, in 2021 there was a substantial number of under-13 users that created and maintained alternate accounts.  CW 7 detailed that Roblox knew that these alternate accounts were inflating DAU metrics.

17.     Similarly, according to CW 6, who was a member of the Company's Data Science team, it was known internally that users created multiple accounts.  According to CW 6, Roblox did not implement a system during her tenure that could prevent users from logging onto Roblox from multiple accounts. CW 6 detailed that there were internal meetings to discuss alternate accounts.

18.     Although Defendants knew that alternate accounts skewed DAU data, Roblox's publicly reported DAU numbers included alt accounts and thus massively inflated DAUs.  Specifically, according to CW 7, at the time of Roblox's March 2021 direct listing, the Company maintained two sets of DAU and age demographic data.  CW 7 detailed that one set was maintained by the Finance team, and another one by other divisions.  CW 7 explained that one set of DAU and age demographic data was reported publicly, and the other set of DAU and age demographic data was kept internally.  CW 7 believed that Roblox was reporting the set of DAU data which included alternate accounts.  CW 7 estimated that in 2021, Roblox inflated its DAUs by between 20 and 30%.

19.     Moreover, although Roblox's Data Science team had the ability to remove alt accounts from its calculations of DAUs (and regularly did so), Roblox's Finance group maintained separate data, which instead included alt accounts, and Defendants chose to use that skewed data from the Finance group to falsely report Roblox's metrics to the public.  In other words, Roblox's Finance group was the source of the Company's publicly facing (and false) information.

20.     Indeed, CW 6 noted that the Finance team was not keen on using the data maintained by the Data Science team because they knew that the data the Finance team possessed would allow them to meet their goals, so Finance continued using their data and not data maintained by the Data Science team.

21.     The CW allegations about inaccurate reporting of Roblox's DAUs and two sets of internal books are consistent with an October 8, 2024 report published by Hindenburg Research, which explained that Roblox has knowingly and intentionally misled investors about key metrics (the "Hindenburg Report").  According to the Hindenburg Report, Roblox maintained two sets of books for key user metrics—an accurate data set for internal, nonpublic business decisions, and another falsely inflated set Defendants used in the Company's public reports to investors.  According to Hindenburg, who learned this information from a former data scientist at Roblox, Roblox knew its publicly reported DAUs were overstated by as much as 42%.

22.     The inclusion of alts in Roblox's DAU metrics misled investors in two ways.  First, investors believed that Roblox had more users than it actually did.  Second, DAU growth fueled by alts would not create additional bookings and would thus lead to a **lower** ABPDAU.  Indeed, a user with 10 active alts, which Roblox internally counted as 10 DAUs, would produce fewer bookings than 10 unique individuals.

### 2.     Aging Up Success

23.     Defendants' scheme was not limited to their misrepresentations touting Roblox's DAU growth.  In addition to inflating DAU numbers, Defendants also misstated the Company's user and bookings growth from an older audience, i.e., Roblox's aging up success.

24.     Defendants knew that Roblox could not continue relying on under-13 users for most of its revenue because of the strict regulations in place for protecting under-13-year-old children online and because of the bad publicity Roblox had already started to experience about the exploitation of young children on its platform.  Therefore, Defendants needed to convince investors that Roblox was achieving two separate, but related, goals related to aging up its platform.

25.     First, related to **users**, Roblox needed to grow the number of users over the age of 13.  If Roblox was able to attract an older demographic—by increasing both the number and proportion of its users that were over the age of 13—the Company could avoid any decrease in growth once children resumed in-person school after COVID, and after Roblox implemented enhanced parental controls.

26.     Second, related to **bookings**, Roblox needed to drive bookings from an older demographic and achieve a higher proportion of its total bookings from the over-13 demographic. This would have multiple advantages.  As Roblox publicly stated during the Class Period, DAUs "over the age of 13 . . . ha[ve] a higher propensity to spend on content, and [Roblox's] ability to increase penetration in, and user contribution from, this [over-13] demographic will affect our ability to grow revenue."  Moreover, users over the age of 13 are less likely to be restrained by parental controls and relatedly, transitioning to an older audience would help the Company move past negative headlines framing Roblox as predatory and harmful to children.

27.     In other words, Roblox had two separate goals surrounding aging up: (a) grow users from an older audience; and (b) grow bookings from an older audience.

28.     Although users and bookings are two distinct metrics, they are inherently related. Typically, the more people are on a platform (i.e., users), the more money can be generated (i.e., bookings).  Therefore, investors expected to see users and bookings grow in line with one another. Indeed, during the Class Period, Defendant Guthrie specifically told investors that "bookings growth [i]s driven primarily by user . . . growth."  Similarly, Guthrie linked user growth to bookings growth, stating that "[i]f your users are growing . . . that would lead you to understand that, in the future, you've got some really powerful tailwinds around bookings."

**C.    Defendants Take Roblox Public via a Direct Listing and Immediately Make False and Misleading Statements About Roblox's DAU Growth and Aging Up Success**

29.     Knowing that Roblox's DAU growth was inflated by alternate accounts and that the Company's blockbuster 2020 growth was fueled by under-13 users, which would soon end, Defendants looked for a way to take the Company public as quickly as possible.  Defendants

chose a direct listing because it allowed them to start selling their shares immediately, before Roblox's under-13-fueled growth declined after the pandemic. Critically, a direct listing, in contrast to a standard IPO, allows insiders to avoid a lock-up period when they cannot sell their shares.[4] In a direct listing, those same insiders can sell their shares the first day the company goes public. Indeed, as explained by two CWs, and as Defendants themselves admitted in initial communications with the SEC, Defendants intentionally chose a direct listing over an IPO because it allowed them to sell their shares immediately. *See infra* Section IV(E).

30.    Moreover, whereas a traditional IPO involves extensive vetting by independent underwriters, the direct listing gave Defendants the benefit of avoiding the rigorous due diligence process that underwriters would have demanded in an underwritten IPO. As a result, the concealed facts—such as the two sets of books—remained hidden from any third-party underwriter, allowing Defendants Baszucki, Guthrie, and Donato to begin to sell their stock immediately at artificially inflated prices.

31.    With the benefit of a direct listing, Defendants Baszucki, Guthrie, and Donato sold their stock immediately, selling **$238 million on the first two days Roblox stock was available for open market purchases and sales**.

32.    Meanwhile, as they were profiting to the tune of $238 million worth of their stock, Defendants were simultaneously and publicly touting the Company's growth in DAUs and aging up success. However, Defendants intentionally withheld three material facts about Roblox's growth and user demographics. First, Roblox was overstating its total DAUs by as much as 42%. Second, under-13 users still made up a majority of Roblox's DAUs. And third, the Company generated most of its bookings from the unsustainable under-13 userbase.

---

[4] Although not required by law, most IPOs include a lock-up period where insiders are restricted from selling their shares for a specified period of time after the IPO. These lock-up periods are generally required by the investment bank underwriting the IPO. Here, however, Defendants chose a direct listing because it was not an underwritten offering and thus allowed them the freedom to avoid a lock-up period and start selling their shares immediately.

33.     Knowing these three material facts concealed from the investing public—(1) that Roblox was overstating its DAU growth, (2) that under-13 users still made up a majority of Roblox's users, and (3) that the Company would need to continue to rely on under-13 users to generate most of its bookings—Defendants engaged in a scheme to disclose misleading metrics and sell hundreds of millions of dollars' worth of their stock with knowledge of material, nonpublic information about Roblox's true DAU growth and aging up success.

34.     Specifically, on the first day of the Class Period, Defendants touted Roblox's purportedly strong DAU growth, stating "Daily active users, or DAUs, on Roblox grew 47% from 12.0 million DAUs in 2018 to 17.6 million in 2019 and grew 85%, to ***32.6 million, in 2020***." Then, on the same day, as his personal coffers filled up with the proceeds of his Day One insider sales, Defendant Baszucki appeared on CNBC, touting the Company's ability to continue its growth through COVID reopening.  In response to a question about the Company's bookings, Baszucki falsely stated that "***the stuff*** [i.e., growth] ***we've seen in Covid . . . is going to continue forward so we're very excited about the growth and on the monetization***."

35.     Behind the scenes, however, Defendants were telling employees the opposite. According to former employees that attended town hall meetings before the direct listing, Defendants Baszucki and Guthrie told employees that bookings would decline post-COVID, once children returned to school.  Moreover, although Defendants had discussed implementing parental controls like age verification software, they delayed implementing these changes until after the direct listing because they knew it would harm the Company's growth.

36.     The next day, on March 11, 2021, Defendant Guthrie went on television to participate in an interview with Schwab Network.  In response to a somewhat skeptical question regarding how Roblox could possibly be valued as highly as established video game companies like Electronic Arts—which owns popular games like Madden NFL Football, FIFA Soccer, and the Star Wars franchise games—Defendant Guthrie touted the Company's purported success aging up as the justification for Roblox's high valuation, and falsely stated that Roblox "***ha[s] about 44% of our users that are [] over the age of 13***."  This statement about Roblox's user

1    demographics, however, was false. Indeed, according to former employees, under-13 users made

2    up at least 60 to 70% of Roblox users at the time. Thus, over-13 users made up at most somewhere

3    between 30%-40% of users when Guthrie falsely claimed they already had 44% of their users

4    over 13.

5         37.    During the exact same time Defendants made these false and misleading

6    statements, their bank accounts were ballooning based on significant insider trading. Within two

7    days of the direct listing, the Individual Defendants collectively unloaded over **$238 million** of

8    their Roblox stock, profiting off their material nonpublic information that the Company's growth

9    was overstated and still reliant on children under 13, and as a result, would decline once those

10   children returned to school and Roblox implemented enhanced parental controls. Specifically, in

11   two days, Baszucki sold 1.3 million shares, totaling **$83.9 million**; Guthrie sold 1.2 million shares,

12   totaling **$77.4 million**; and Donato sold over 1.14 million shares, totaling **$77.5 million**.

13        38.    But this was just the start of Defendants' scheme. Throughout the rest of the Class

14   Period, Defendants continued to falsely tout the Company's DAU growth and aging up success

15   while leading investors to believe that this DAU growth and aging up success would lead to

16   sustainable revenue for Roblox.

17        39.    However, Defendants continued intentionally to withhold the same three material

18   facts about Roblox's growth and user demographics: Roblox was overstating its total DAUs by

19   as much as 42%; under-13 users still made up a majority of Roblox's DAUs; and the Company

20   continued to generate most of its bookings from the unsustainable under-13 userbase. As a result,

21   Defendants misled investors about Roblox's DAU growth, its success aging up, and the effect

22   each had on the Company's ability to generate revenue.

23        40.    Critically, as explained below, after each false and misleading statement,

24   Defendants continued offloading significant portions of their stock while its value was artificially

25   inflated due to their fraud. Notably, and true to a pattern that would continue unabated throughout

26   the Class Period, none of the Individual Defendants purchased so much as a single share of the

27   Company stock they were so passionately promoting to investors.

28

**D.    Defendants Continue Misleading Investors About Growing Over-13 Users**

41.    On May 10, 2021, Defendants issued a press release announcing first quarter 2021 results—i.e., January, February, and March of 2021—and falsely claimed that "***our demographics continued to expand with users over the age of 13 growing at 111% and now accounting for 49% of the user base***."

42.    However, this was false because, according to several former Roblox employees, under-13 users still made up at least 60 to 70% of users at that time.  According to CW 2, users under-13-years-old represented 60 to 70% of Roblox's users in March 2021. Moreover, CW 3 stated that at least 70% of Roblox users in April 2021 were under-13-years-old.

43.    Moreover, Defendants' age demographic statements were false and misleading because Defendants inflated the number of over-13 users by including under-13 users that lied about their age.  For example, according to CW 7, it was known internally in 2021 that a lot of under-13 users maintained alternate accounts.  CW 7 explained that under-13 users lied about their age to make themselves appear older to access mature content and games on the platform.

44.    Similarly, according to CW 6, there was widespread concern within the Company that the data that reflected that Roblox was attracting older users was not accurate. CW 6 stated that Roblox employees did not trust the data that reflected Roblox was growing its 13-and-over userbase because the age data reported by Roblox users did not make sense statistically. CW 6 explained that this data showed that under-13 users often lied about their age to get access to more mature content.  For example, internal data showed that there were huge spikes in Roblox users that self-reported their age as 100 years old or had a birthday that started on January 1.  CW 6 knew this because she reviewed the data herself in her role as a Data Scientist.

45.    And as before, shortly after Defendants' false announcement about Roblox's user demographics on May 10, 2021, Defendants collectively sold another **$54.3 million** worth of Roblox stock.

### E.    Defendants Face Increasing Pressure to Implement Enhanced Parental Controls

46.    On August 10, 2021, Defendants received a letter from Congress, addressed to Defendant Baszucki, regarding Roblox's compliance with child safety laws—another reason it was so important that Roblox age up its platform.  Among other things, the letter raised concerns over how Roblox profited off children, calling Roblox's platform "akin to gambling" and noting that "[c]hildren are uniquely vulnerable to manipulation and peer pressure associated with in-game purchases."  Therefore, after a long period of putting off parental controls in an attempt to delay the negative impact on bookings and keep the Company's stock price artificially inflated, Defendants knew that the party was nearly over, and their bookings would soon decline once they implemented parental controls and young children returned to school in the fall.

47.    However, rather than truthfully disclose to investors that bookings would soon decline as children returned to school and Roblox was forced to increase parental controls, Defendants doubled down and continued their scheme to mislead investors about the Company's aging up and monetization of its older users.

### F.    Defendants Continue Misleading Investors in August 2021

48.    On August 17, 2021, Defendants again falsely touted their DAU growth in over-13 users.  During the earnings call on that day, Defendant Guthrie claimed that "***over 50% of the people on our platform are over 13***."  This was false because the large majority of users were still under 13 at that time.  Indeed, several CWs confirm that, throughout all of 2021, the majority of Roblox users were still under 13.

49.    Then, because Roblox did not disclose what percentage of its bookings came from under-13 users, an analyst asked specifically about the difference in spending between the under-13 and over-13 age groups to determine the effect this purported aging up had on the Company's monetization.  The analyst asked: "Can we talk about the trends, particularly usage and spending trends between the over 13 and under 13 audience?"

50.    In response, Defendant Guthrie falsely stated that the monetization trends between the over-13 and under-13 age groups were the same.  Specifically, Guthrie claimed: "Yeah. ***They're incredibly similar*** is the short answer. If you – pure engagement and ***monetization [] whether under 13 or over 13 is actually quite similar***."

51.    Guthrie's statement led investors to believe that an equal amount of the Company's bookings also came from over-13 users.  However, this was false.  Like users, a majority of the Company's bookings also came from under-13 users.  For example, according to CW 5, in September 2021, a significant portion of Roblox's bookings came from users under-13 years-old.  CW 5 detailed that easily a majority—between 60 and 70%—of Roblox's bookings in September 2021 came from users under 13-years-old.  CW 5 knew this because she viewed the metrics on Roblox's analytics platform, which were maintained in Grafana.[5]

52.    In other words, not only were Defendants' statements about user demographic claims false, but Defendants also misrepresented which demographics were generating Roblox's bookings and driving the Company's monetization.

53.    And unsurprisingly, just like the other times, the Individual Defendants offloaded an additional **$55.5 million** worth of their Roblox stock shortly after their false and misleading statements on August 17, 2021.

### G.    Defendants Start Rolling Out Enhanced Parental Controls in the Fall of 2021

54.    During the Class Period, the Individual Defendants knew that under-13 users still accounted for a majority of the Company's DAUs and bookings in September 2021 (despite Defendants' claims of aging up throughout the year).

55.    As a result, Defendants knew that the Company's growth would soon decline once these children returned to school (in just a few weeks) and the Company implemented enhanced parental controls (which would have to happen soon given the increasing public and regulatory

---

[5] Grafana is an analytics and interactive visualization platform used internally by Roblox to analyze and visualize data.

1  pressure).  Indeed, Defendants slowly started rolling out enhanced user controls shortly thereafter,

2  in late September.

3      56.    For example, on or around September 18, 2021, Roblox publicly announced

4  monthly spend restrictions and spend notifications settings for parents.  Then, on or around

5  November 18, 2021, Roblox "officially added Parental controls" allowing parents to "restrict what

6  content is appropriate for their child."

7      **H.**    **Defendants Continue Misleading Investors in November 2021**

8      57.    Before the parental controls could impact bookings and reveal the truth about the

9  Company's monetization growth, Defendants continued misleading investors during their next

10  earnings call on November 9, 2021, after Roblox announced third quarter 2021 results.

11      58.    In the press release announcing earnings, Defendant Guthrie claimed that "all of

12  our core metrics . . . displayed strong year-over-year growth despite lapping COVID-impacted

13  periods and back-to-school seasonality."  And in the Company's quarterly report, Defendants

14  touted the Company's DAU growth, claiming DAUs had increased to 47.3 million.

15      59.    Then, during the related earnings call, Defendant Baszucki again falsely told

16  investors that "*[o]ver half of our people are over 13-year-old plus*."  This was false because,

17  according to several former Roblox employees, under-13 users made up at least 60 to 70% of

18  Roblox's users throughout all of 2021.

19      60.    Later during the same call, Defendant Guthrie attributed the Company's bookings

20  growth, as well as the uptick in other core metrics, to their purported success aging up the

21  platform, stating: "Right now, again, we generally are looking at *bookings growth as driven*

22  *primarily by user and engagement growth*."

23      61.    These statements were false and misleading because they led investors to

24  (wrongly) believe that the Company's purported DAU growth in over-13 users was responsible

25  for strong bookings and monetization growth—even through COVID reopening—while

26  concealing the known, material facts that the majority of Roblox's demographic userbase was still

27  under-13, that Roblox's bookings growth also was still largely fueled by under-13 users at that

28

1  time, and, as a result, the Company's bookings were declining as children returned to school and

2  Roblox rolled out enhanced parental controls in the fourth quarter of 2021.

3      62.    Moreover, the statements misled investors because they omitted the fact that much

4  of Defendants' ostensibly strong DAU growth was driven by alts, which would preclude user

5  growth from driving bookings growth.  In truth, the DAU growth Roblox was reporting would

6  not lead to bookings growth because many new "users" were actually alts and would not produce

7  new bookings.  Accordingly, ABPDAU would actually decline as the Company continued to

8  ostensibly grow its users.

9      63.    Indeed, Defendants knew that their scheme would unravel by the time they

10  disclosed fourth quarter earnings, because the fourth quarter was the period when children

11  returned to school (October, November, and December) and when Roblox had implemented

12  enhanced user controls.  Thus, when Roblox's bookings declined, investors would learn that the

13  Company's purportedly strong DAU growth was illusory, and the Company was not successfully

14  generating bookings from the over-13 demographic as they had stated falsely previously.

15      64.    Moreover, Defendants' reliance on alternate accounts to artificially boost DAU

16  growth had a corollary effect: these additional "users" would create significantly fewer bookings

17  than true new users, because many of the new accounts were not new individuals, and would not

18  lead to more bookings.  Thus, Roblox's key monetization metric—ABPDAU (which is simply

19  average bookings per daily active user)—inevitably would **decline** even as DAUs continued to

20  purportedly rise.

21      65.    Although Defendants did not warn investors of this impending decline in bookings

22  because of Roblox's inflated DAUs and continued reliance on under-13 users, internally,

23  Defendants were fully aware the Company's bookings were declining and attributed that decline

24  to lower usage from under-13 users.  According to CW 2, Roblox internally attributed the decline

25  in bookings growth at the end of 2021 to fewer engagement hours from under 13-year-olds.  CW

26  2 detailed that during internal town hall meetings that CW 2 attended, Baszucki specifically stated

27

28

that the decline in bookings growth was caused by fewer engagement hours from under-13-year-old-users.

66.     Armed with this knowledge of material nonpublic information, Defendants made significant insider sales in late 2021, while Roblox's stock price was trading at or near all-time highs and immediately before their unlawful scheme was revealed.  Before the Company's next earnings call—when the full truth about the Company's bookings growth would be fully revealed—the Individual Defendants sold an additional 1,577,980 shares of Roblox stock, reaping more than **$184 million** in insider sales.

**I.     The Truth Begins to Emerge on December 15, 2021 and Is Fully Revealed on February 15, 2022**

67.     By December 15, 2021, however, Defendants could no longer conceal the truth about the Company's DAU growth, failure to attract older users, and their reliance on children under 13 to sustain bookings growth.  Before the market opened that day, Defendants disclosed metrics from November 2021, revealing that the Company's ABPDAU, a key profitability metric, had declined 8-9% year over year.  On this news, Roblox's stock fell by over 9% in a single day, as investors began to understand that Defendants' prior statements touting the DAU growth and aging up success were false and misleading.  However, investors did not fully understand the truth about the Company's DAU growth or its inability to age up the platform.

68.     The full truth was revealed on February 15, 2022.  On that day, the Company announced its fourth quarter 2021 results and released January 2022 key metrics, which showed that although DAU growth was purportedly strong, bookings growth in the fourth quarter 2021 had decelerated to 20%, well below analysts' consensus target, and in January 2022, ABPDAU (which showed how Roblox was monetizing its users) was down a staggering 22-23% (much lower than November 2021 ABPDAU), revealing that the Company's monetization metrics—bookings and ABPDAU—declined substantially as the full impact of children returning to school and Roblox's enhanced parental controls took effect, and as booking growth was unable to keep pace with alt-fueled DAU growth.

69.     Moreover, this disclosure fully revealed to investors for the first time that the Company had not been truthful about its DAU growth or its aging up success.  Indeed, the mismatch between purportedly strong DAU growth and disappointing bookings and ABPDAU revealed to investors that Defendants were still reliant on under-13 users and had been misleading them about Roblox's growth from a purportedly older audience.  As a result, analysts urged Defendants to start disclosing accurate user metrics to judge the Company's growth and success aging up.  For example, on February 17, 2022, Jefferies called out Defendants for their previous false and misleading statements, and stated that the Company needed "new metrics [] to measure the impact that . . . aging up will have on monetization."  Jefferies urged Roblox to "mov[e] past buzzword and headline metrics" and provide truthful information about the Company's growth and aging up efforts.

70.     Similarly, another analyst, Benchmark, called out Defendants' trading based on material nonpublic information, noting they "**suspect the deacceleration in growth was likely not a surprise to management**" because of "**meaningful insider sales** with the estimated value of stock sales in FY21 including CEO-$235M, CFO-$122M, and CBO-$157M."

71.     All told, while the Individual Defendants personally profited to the tune of more than **$548 million** in less than one year, investors lost billions in the value of their investments.  When the truth was fully revealed, Roblox's stock dropped by **26%** in a single day, which corresponded to a $11.3 billion reduction to the Company's market capitalization.

72.     Critically, the Individual Defendants' trading patterns after their fraudulent scheme was revealed demonstrates they knowingly and intentionally misled investors in order to personally enrich themselves.  Between February 16, 2022 and January 24, 2023—a 343-day control period after the Class Period that corresponds to the same number of days in the Class Period—the Individual Defendants collectively sold only 1,379,917 shares of Roblox stock, **a nearly 80% reduction** from their Class Period sales of 6,669,294 shares.

### J.      Post-Class Period Events Corroborate CW Allegations About Defendants' False and Misleading Public Statements

73.    On October 8, 2024, Hindenburg Research ("Hindenburg"), a well-known research organization, published an exposé publicly corroborating the CW statements that Defendants reported knowingly inaccurate user data, including DAUs, and kept two sets of books with divergent top line metrics—an accurate set used for internal planning purposes, and a falsified set, produced through its Finance group, that Defendants used to publicly report user metrics in Roblox's SEC filings. Hindenburg reported that Roblox's publicly reported numbers included user metrics which incorporated massively inflated DAUs.  These inflated measurements were caused by Roblox counting alts, or users with alternate accounts, as unique individuals, resulting in "discrepancies in 'numbers and trend[s] and these top line metrics.'"  In other words, Roblox knowingly reported inaccurate user demographic data to the market, which confirms the CWs' allegations regarding Defendants' misstatements about user demographics and bookings.

74.    Hindenburg is not the only other entity that has investigated Roblox's misleading metrics after the Class Period ended—the Securities and Exchange Commission ("SEC") has as well.

75.    On June 6, 2023, the SEC sent Roblox a letter requesting more information about its DAUs and monthly active users (MAUs) because, according to the SEC, "MAU information could be inflated by users who have multiple accounts and are therefore tracked as separate users, which you believe may cause confusion for investors. We also note that similar circumstances may exist in the DAU measure."  In response, Roblox told the SEC that they are "unable to identify if a user has multiple accounts."  According to the Hindenburg Report, this statement was a lie. Indeed, a former Roblox software engineer told Hindenburg, "like most companies that track usage, Roblox is able to identify users with multiple accounts." A different former Roblox employee similarly stated that "a lot of times in the internal metrics, we do run de-alted calculations."

76.    Then, on November 21, 2024, Hunterbrook Media reported that as of October 17, 2024, the SEC had opened an investigation into Roblox. On February 7, 2025, Bloomberg Media confirmed that the SEC was conducting an "active and ongoing investigation" into Roblox.

## II.    JURISDICTION AND VENUE

77.    The claims asserted herein arise under and pursuant to Sections 10(b) and 20(a) of the Exchange Act (15 U.S.C. §§ 78j(b) and 78t(a)) and Rule 10b-5 promulgated thereunder by the SEC (17 C.F.R. § 240.10b-5).

78.    This Court has jurisdiction over the subject matter of this action under 28 U.S.C. § 1331 and Section 27 of the Exchange Act (15 U.S.C. § 78aa).

79.    Venue is proper in this Judicial District pursuant to 28 U.S.C. § 1391(b)-(c), and Section 27 of the Exchange Act, because Roblox's headquarters are located in this District, the Company conducts substantial business in this District, and many of the acts and practices complained of herein occurred in substantial part in this District.

80.    In connection with the acts alleged in this Amended Complaint, Defendants, directly or indirectly, used the means and instrumentalities of interstate commerce, including but not limited to the mails, interstate telephone communications, and the facilities of the national securities markets.

## III.    PARTIES

### A.    Lead Plaintiffs

81.    Lead Plaintiff ATRS, headquartered in Little Rock, Arkansas, is a defined benefit retirement plan with approximately $21 billion in total assets under management.  ATRS provides retirement, disability, and survivor benefits to the state's teachers and their beneficiaries. As set forth in its Lead Plaintiff Certification (ECF No. 31-2), ATRS purchased Roblox Class A common stock during the Class Period and suffered damages as a result of Defendants' violations of federal securities laws alleged herein.

82.    Lead Plaintiff DeKalb is a defined benefit pension fund headquartered in Decatur, Georgia with approximately $1.4 billion in assets under management.   DeKalb serves all

1    permanent officers, full and part-time employees, elected officials, and deputies of DeKalb

2    County. As set forth in its Lead Plaintiff Certification (ECF No. 31-2), DeKalb purchased Roblox

3    Class A common stock during the Class Period and suffered damages as a result of Defendants'

4    violations of federal securities laws alleged herein.

5        **B.    Defendants**

6        83.    Defendant Roblox is a Delaware corporation with its principal executive offices

7    located at 970 Park Place, San Mateo, California. Roblox's Class A common stock trades in an

8    efficient market on the New York Stock Exchange ("NYSE") under the symbol "RBLX."

9        84.    Defendant Baszucki is the Chairman, President, and Chief Executive Officer of

10   Roblox and served in those roles during the Class Period. In his role as CEO of Roblox, Defendant

11   Baszucki attended town hall meetings and quarterly meetings with Defendants Guthrie and

12   Donato and Roblox employees wherein the Company's internal topline metrics were discussed,

13   including bookings-by-age-demographic. He also spoke to securities analysts on a quarterly basis

14   and attended media events, during which he made statements about the source of Roblox's

15   financial success, the Company's ability to age up its userbase, which demographics were

16   generating bookings, and bookings growth. During the Class Period, Baszucki **sold 2,987,500**

17   **shares** of Roblox stock in open market transactions, reaping proceeds of **$267,614,256** while in

18   possession of material nonpublic information about the Company's age demographics and the

19   sustainability of Roblox's growth. Baszucki did not make a single open market purchase of

20   Roblox stock during the Class Period. Moreover, during the 343-day control period after the

21   Class Period, Baszucki sold only 1.3 million shares, which was more than a 56% reduction from

22   his Class Period sales.

23       85.    Defendant Guthrie is the Chief Financial Officer of Roblox and held that role

24   during the Class Period. In his role as CFO of Roblox, Guthrie attended town hall meetings and

25   quarterly meetings with the other Defendants and Roblox employees wherein the Company's

26   internal topline metrics were discussed, including bookings-by-age-demographic. He also spoke

27   to securities analysts on a quarterly basis, during which he made statements about the source of

28

Roblox's financial success, including bookings, the demographics which generated bookings, and Roblox's ability to age up its userbase. During the Class Period, Guthrie **sold 1,681,042 shares** of Roblox stock in open market transactions, reaping proceeds of **$125,154,694** while in possession of material nonpublic information about the Company's age demographics and the sustainability of Roblox's growth. Guthrie did not make a single open market purchase of Roblox stock during the Class Period.[6] Moreover, during the 343-day control period after the Class Period, Guthrie sold only 26,086 shares, which was more than a 98% reduction from his Class Period sales.

86.    Defendant Donato is the former Chief Business Officer of Roblox and served in that role during the Class Period. In his role as CBO of Roblox, Donato attended town hall meetings with the other Defendants and Roblox employees wherein the Company's internal topline metrics were discussed, including bookings-by-age-demographic. Donato participated in quarterly conferences with securities analysts. During the Class Period, Donato **sold 2,000,752 shares** of Roblox stock in open market transactions, reaping proceeds of **$156,215,463** while in possession of material nonpublic information about the Company's age demographics and the sustainability of Roblox's growth. Donato did not make a single open market purchase of Roblox stock during the Class Period.[7] Moreover, in the 343-day control period after the Class Period, Donato sold only 53,831 shares, which was more than a 97% reduction from his Class Period sales.

87.    Defendants Baszucki, Guthrie, and Donato are referred to throughout as the "Individual Defendants."

---

[6] On March 16, 2021, Defendant Guthrie acquired 90,000 shares of Restricted Stock Units ("RSUs"). An RSU is an award of stock shares, usually given as a form of employee compensation.

[7] On March 16, 2021, Defendant Donato acquired 25,000 shares of RSUs.

88.    Roblox is liable for the acts of the Individual Defendants and its employees under the doctrine of *respondeat superior* and common law principles of agency because all of the wrongful acts complained of herein were carried out within the scope of their employment.

89.    The scienter of each of the Individual Defendants and each of the other employees and agents of the Company is similarly imputed to Roblox under *respondeat superior* and agency principles.

90.    The Individual Defendants, because of their high-level positions of control and authority as senior executive officers of Roblox, possessed the power and authority to control, and did ultimately control, the contents of Roblox's SEC filings, press releases, content on the Company's website, and other market communications during the Class Period.  The Individual Defendants were provided with copies of the Company's reports and other releases alleged herein to be misleading prior to or shortly after their issuance and had the ability and opportunity to prevent their issuance or to cause them to be corrected.  Because of their positions within the Company and their access to material information available to them, the Individual Defendants knew that the adverse facts specified herein had not been adequately disclosed to, and were being concealed from, the public, and that the positive representations being made were then materially false and misleading.  The Individual Defendants are liable for the false statements and omissions pleaded herein.

C.    **Relevant Third Parties**[8]

91.    CW 1 joined Roblox in August 2016 in a development and operations role.  Later, CW 1 transitioned to an Engineering Manager in January 2019 and was subsequently promoted to a Principal Engineer in June 2020. CW 1 departed Roblox in January 2022.  In her role as a Principal Engineer, CW 1 worked in the infrastructure department.  CW 1 advised that her role responsibilities as a Principal Engineer included maintaining and running databases.  CW 1 added

---

[8] All CWs are described in the feminine to protect their identities.

1    that she ultimately reported to a director who in turn reported to former Vice President,

2    Engineering: Infrastructure Dan Williams, who in turn reported to current CEO David Baszucki.

3        92.    CW 2 was employed by Roblox throughout the entire Class Period as a Senior

4    Member of the Trust and Safety team that worked closely with engineers and the Product team.

5    CW 2 advised that her role involved reviewing and handling abusive conduct by Roblox users.

6    As part of her job, CW 2 attended town hall and quarterly meetings that were led by CEO David

7    Baszucki and CFO Michael Guthrie.

8        93.    CW 3 was employed by Roblox as a Program Manager, Engineering Learning and

9    Development from April 2021 to March 2022.  CW 3 advised that she was hired to assist with

10   engineering onboarding and training for Roblox.  CW 3 noted that she was the first hire to provide

11   internal training at Roblox.  CW 3 stated that she was later looped into general human resources

12   training and responsibilities.  CW 3 added that she reported to former Director of Product and

13   Operations Annie Kwon.

14       94.    CW 4 joined Roblox in the Fall of 2021 and remained employed there throughout

15   the rest of the Class Period.  During the Class Period, CW 4 was a Manager in the Safety group

16   and oversaw multiple teams.  As part of her job, CW 4 reviewed user data, which included age

17   demographic data, regularly in 2021. CW 4 was three levels removed from Defendant Donato,

18   and as part of her job responsibilities, CW 4 interacted with Donato.

19       95.    CW 5 was employed with Roblox Corporation from September 2021 to August

20   2023 as a Software Engineer.  CW 5 advised that she was a member of the Content Safety team

21   and worked on content moderation.  CW 5 explained that she and her team determined what

22   games, images and content were safe for Roblox's platform.  CW 5 added that she was also

23   involved in determining content ratings for certain games.  CW 5 noted that she reported to current

24   Product Manager Aykud Gönen.  CW 5 attended town hall meetings that were led by Defendants

25   Baszucki, Guthrie, and Donato, wherein Defendants Baszucki and Guthrie specifically discussed

26   bookings-by-age-group during these meetings.

27

28

1       96.    CW 6 was employed with Roblox Corporation as a Data Scientist prior to Roblox's
2  direct listing through spring 2021. CW 6 conducted analysis for Roblox's executive team on how
3  much time and money users spent on Roblox's platform.

4       97.    CW 7 was employed with Roblox for the entire Class Period.  During her tenure,
5  CW 7 worked in global marketing. CW 7's main job in January and February 2021 was to work
6  on Roblox's March 2021 direct listing.  CW 7 stated that during her tenure, she had access to and
7  regularly reviewed Company metrics, including Daily Active Users (DAU) and Monthly Active
8  Users (MAU).  CW 7 recalled that throughout 2021, internal Company metrics reflected that most
9  of the users were under-13.

## IV.    SUBSTANTIVE ALLEGATIONS OF FRAUD

### A.    Overview of Roblox's Business

12       98.    Roblox operates an online video game platform that provides its users with tools
13  to create games that are hosted on the Company's servers.  Other users can access and play these
14  games for free on Roblox's platform.  Because Roblox is free to play, the Company generates
15  essentially **all of its revenue** from sales of its virtual currency, called Robux, which customers
16  may then use to purchase virtual goods and access certain paid in-app experiences in Roblox's
17  virtual economy.

18       99.    The Company calculates revenue based entirely on its bookings.  Bookings are the
19  amount of cash Roblox takes in from the purchase of Robux during a specified period.  Therefore,
20  because users access the platform at no cost and the vast majority of games are free to play, Roblox
21  needs to attract people who will purchase Robux in order to generate bookings.  The Company
22  refers to players who purchase Robux as "payers."

23       100.    Although the Company experienced massive bookings growth during COVID, it
24  was unprofitable throughout the entire Class Period (and remains unprofitable today).  Therefore,
25  investors were focused on Roblox's growth metrics when making their investment decision. As a
26  result, the Company's artificially inflated stock price (and the Individual Defendants' ability to

cash out to the tune of hundreds of millions of dollars) was reliant on the growth metrics that Defendants presented to the investing public.

101.    Specifically, Roblox tracked its growth using the following operating metrics: (1) DAUs; (2) hours engaged; (3) bookings; and (4) average bookings per daily active user (ABPDAU).  In the Company's prospectus statement filed with the SEC on March 10, 2021 (the "Prospectus"), Defendants told investors that "these operating metrics provide useful information to investors and others in understanding and evaluating our results in the same manner as management."  In other words, investors focused on these growth metrics to make an informed decision about whether to invest in Roblox.  And because Roblox's ability to age up its platform was critical for its long-term success, investors also focused on the Company's ability to grow DAUs and bookings through an older demographic.

102.    The ABPDAU metric was particularly important to investors.  Because Roblox is free to all users, the Company could gain DAUs without making any additional revenue (if those new DAUs do not purchase any Robux).  On the flip side, bookings could increase even without any new DAUs (if Roblox's existing users spend more money).  As a result, the Company used the ABPDAU as a way to measure how Roblox was monetizing its users, since it is simply bookings divided by DAUs.

103.    Indeed, the Company explained in its Prospectus filed on March 10, 2021 that Roblox used ABPDAU "as a way to understand how [Roblox is] monetizing across all of [its] users through the sale of virtual currency."  The Company further explained that Roblox's revenue growth depended on increasing ABPDAU.  Specifically, the Prospectus explained that "[o]ur ability to grow our revenue depends in large part on our ability to increase ABPDAU."

104.    Throughout the Class Period, Defendants admitted that they closely monitored three top-line metrics.  The Prospectus explained:

> We regularly review metrics, including our DAUs, hours engaged, and average bookings per DAU, or ABPDAU, to evaluate growth trends, measure our performance, and make strategic decisions. These metrics are calculated using internal data gathered on an analytics platform that we

developed and operate and have not been validated by an independent third party.

105. Indeed, as explained above, Defendants maintained these metrics on Grafana, an analytics and interactive visualization platform used internally by Roblox to analyze and visualize data.

106. As discussed further below, the astronomically high rate of DAU and bookings growth Roblox experienced in the leadup to its direct listing was fueled overwhelmingly by users under the age of 13.

107. However, investors understood that Roblox's ongoing reliance on under-13 users was unsustainable. Because Roblox's audience was composed largely of children under 13, the Company is subject to numerous regulations applicable to online providers who cater to children under 13, including the United States Child Online Privacy Protection Act, which, as the Prospectus states, "imposes strict requirements on operators of websites or online services directed to children under 13 years of age."

**B. Roblox Experiences Blockbuster Growth Fueled by Young Children**

108. In early 2020, the COVID-19 virus began to spread rapidly, leading to widespread lockdowns, social restrictions, and school closures. As a result, for a year and a half, children turned to screens to satisfy the bulk of their social, entertainment, and learning needs.

109. This contributed to a sharp increase in Roblox's DAUs, hours of engagement, and bookings, as Roblox's userbase was made up **mostly of children under the age of 13** who were stuck at home. For example, the Company reported DAU growth increased 73% from the first half of 2019 to the first half of 2020; hours engaged on Roblox grew 116% from the first half of 2019 to the first half of 2020; and bookings grew 154% from the first half of 2019 to the first half of 2020. Moreover, the Company's ABPDAU increased from $10.60 to $14.80 after the onset of the pandemic, meaning that as the DAU userbase grew, bookings grew even faster. Therefore, in addition to growing its userbase, Roblox was also monetizing its users on the backs of its core under-13 userbase.

110.    Critically, prior to the Company's direct listing, the market understood that Roblox's user growth, and the related bookings that user growth generated, had been fueled largely by younger, primarily under-13 children.  For example, on January 28, 2021—shortly before the start of the Class Period—a Bernstein analyst hosting a Webinar regarding Roblox's direct listing stated that the Company's metrics supported a "fair characterization of the company as being mainly for young kids and mainly U.S. dominated, at least from a revenue-weighted basis and a value basis."  However, the market also understood that in order for Roblox to be a sustainable, public company, it needed to shift focus to an older audience because relying on children for profit was a dangerous game.

### C.    Roblox Faces Increasing Scrutiny for Profiting Off Young Children

111.    Despite being aimed at young children and being advertised as free to join and download, Roblox also did not have adequate parental controls, spending limitations, or purchase notifications for parents, which enabled children to go on spending sprees with their parents' payment information.  Indeed, children's purchases of Robux for virtual items on Roblox's gaming platform, such as clothing and accessories for their avatars, could cost hundreds, and sometimes even thousands, of dollars at a time.  Even if parents refused to add credit card information to the platform, children still could purchase Robux in the app using third-party services like PayPal, Windows, Amazon, and Apple.

112.    Numerous campaigns and articles exposed cases of children making in-app purchases without their parents' permission.  As one example, a March 3, 2021 article from The Gamer covered a case where parents encountered a shocking bill for more than $3,000 of in-app purchases from their 11-year-old daughter.

113.    Similarly, on June 21, 2021, a parent watchdog group, the ParentsTogether Foundation,[9] wrote an article titled, "Warning for Parents: Kids spending thousands of dollars on

---

[9] The ParentsTogether Foundation is a group of parents who, according to their website, "cover the latest research, policies, and trends affecting kids and families, so busy parents have the information they need to help their families thrive."

'free' Roblox game." The article characterized Roblox as a "financial and emotional minefield for kids" and contained several examples of "cases of children being lured into casino-level spending sprees without parents' knowledge, in some cases racking up bills of thousands of dollars in just days." For example, the article detailed that one father "discovered his 10-year-old daughter had spent $7,200 on Roblox over two months during lockdown, despite setting a spending cap on her purchases when they set up the account."

114.    Moreover, seeking refunds for these unauthorized purchases is often difficult for parents because third-party payment platforms and banks deemed these purchases authorized so long as the devices that children were using to play Roblox had access to parents' payment information. As ParentsTogether explained, in order to seek refunds, parents "often need to navigate the varying refund policies of the third-party providers. Some have reported being refused refunds by Apple, for example, or being pinged between Roblox, Paypal and their bank."

115.    These unauthorized spending sprees and other instances of Roblox's financial exploitation of children led to several lawsuits. For example, on May 25, 2021, a group of users filed a class action lawsuit against Roblox alleging that Roblox earns a profit from in-app purchases made primarily by children, deletes the purchased content for violating its policies, and then refuses to issue refunds. The complaint illustrates how Roblox profits from exploiting young children, noting: "even though the loyalty of millions of children has turned Roblox into a wild success during [COVID,] when many other businesses have suffered, Roblox systematically takes advantage of them." The complaint goes on to highlight that "Roblox faces a problem of competing financial incentives: . . . vulgar, or otherwise objectionable content is in high demand and genuinely valuable to the platform's bottom line, but so is the perception that Roblox . . . maintains community standards."

116.    Moreover, in addition to unauthorized spending from under-13 users, Roblox has also been the subject of many online campaigns and articles cataloging disturbing examples of children under 13 being exposed to explicit adult content, online predators, bullying and hate

speech.  These articles demonstrate that Roblox did not have adequate parental controls to protect children from potentially harmful material on its platform.

117.    Although information regarding Roblox's lack of parental controls was public, at no point during the Class Period did Roblox publicly disclose how much of their bookings came from children under the age of 13, thus obscuring from investors the risk that the Company's bookings growth would decline substantially once the Company implemented parental controls and children returned to school post-COVID.

### D.    Defendants Knew That Roblox's Growth Was Heavily Reliant on the Under-13 Age Group

118.    Defendants, on the other hand, knew that Roblox's blockbuster DAU and bookings growth was driven, in large part, by children under the age of 13.  Defendants also knew that this bookings growth would soon come to an end once the Company implemented enhanced parental controls and children returned to school after COVID.  As a result, Defendants were motivated to delay implementing effective controls for as long as possible because it would harm bookings from the Company's key under-13 user group.  As explained below, although Defendants knew they needed to implement parental controls, they waited until after going public—and after making hundreds of millions of dollars in insider sales—to implement parental controls.

119.    The need for enhanced parental controls was discussed internally amongst employees and during town hall meetings with Defendant Baszucki.  According to CW 3, it was known within the Company that implementing parental controls would negatively impact revenue because Roblox's userbase was largely under 13-years-old.  CW 3 explained that parental spend restrictions were discussed multiple times during town hall meetings and on Slack.[10]  CW 3 recalled that during her tenure, Roblox employees asked Baszucki during town hall meetings how Roblox was going to address parental controls while simultaneously conserving resources.  According to CW 3, Baszucki responded to these concerns by indicating that Roblox was going

---

[10]  Slack is a communication platform that allows employees to send public or private messages to their coworkers and members of their team.

1    to address parental concerns as little as possible so that it would not negatively impact revenue.

2    Similarly, CW 3 recalled that Roblox's leadership told its employees not to comment on articles

3    reporting on children spending a lot of money on Roblox's platform without their parents'

4    permission.

5        120.    Defendants knew that increasing parental controls would harm bookings because

6    excessive, unauthorized spending by under-13 users had an outsized impact on the Company's

7    bookings (which investors did not know).  For example, CW 5 explained, Roblox generated a

8    substantial portion of its bookings from a few so-called "whales," almost all of whom were

9    children under 13-years of age.  Moreover, CW 5 explained that spending limits would have

10   negatively impacted Roblox's bookings because the Company obtained 60 to 70% of its bookings

11   from users under 13-years-old in 2021.

12       121.    CW 5 explained that Roblox did not significantly address parental controls earlier

13   because the Company was hesitant to reduce features that generated revenue for the Company.

14   Indeed, CW 5 detailed that she and members of the Content Safety team were instructed by current

15   Product Manager Aykud Gönen to be careful when implementing new safety features on the

16   platform so that they would not negatively affect bookings growth and user engagement.  CW 5

17   explained that she and her colleagues were told to roll out new safety features slowly and to "keep

18   an eye on topline metrics."

19       122.    Similarly, CW 3 explained that it would have been unsustainable for Roblox to

20   fully address parental concerns because it was known that implementing strict controls would

21   negatively impact revenue and because Roblox would have to spend a lot of money to expand its

22   Trust & Safety team and appropriately monitor its platform.  According to CW 3, it was a huge

23   priority for Roblox to attract an older audience throughout her tenure, partially because leadership

24   knew that it had to address parental controls due to external pressures from parents and the news

25   media.

26

27

28

1

2

### E.    Defendants Take Roblox Public as Quickly as Possible to Personally Take Advantage of Roblox's Unprecedented Growth

123.    In the midst of Roblox's blockbuster growth and sharp uptick in monetization trends driven by under-13 users in 2020, on October 9, 2020, Roblox indicated in a draft registration statement filed with the SEC its intent to go public.

124.    In that initial draft, Roblox announced it would go public through an IPO. However, the IPO process was short lived.  Shortly thereafter, in mid-December 2020, Roblox switched gears and decided to go public via a direct listing.  According to a letter Roblox sent to the SEC, dated December 23, 2020, Roblox believed that a direct listing would "provide for an improvement over an underwritten offering for its employees and stockholders who elect to sell any of their shares of Class A common stock." In other words, Defendants admitted to the SEC that they preferred a direct listing because it would allow them and other insiders to sell their shares more quickly.

125.    Critically, during the period between Defendants' initial announcement of an IPO and the subsequent decision to forego it and go public by way of a direct listing, the Company's valuation (and its common stock valuation) had skyrocketed.  Although the Company's valuation was $8.35 per share as of September 30, 2020, it had jumped to $41.52 per share by December 31, 2020, based on Roblox's independent valuation.

126.    A direct listing allows insiders to avoid a lock-up period.  Unlike a traditional IPO, where insiders are typically subject to a 90-to-180-day lock-up period where they cannot sell their shares, in a direct listing, those same insiders can sell their shares the first day the company goes public.  Indeed, according to CW 2, Roblox's initial efforts to go public via an IPO fell through at the end of 2020 because the Company did not get favorable terms and because Roblox's executives and early-stage investors did not want to wait six months to cash out early.

127.    Several CWs provide corroborating allegations that the Individual Defendants chose a direct listing in order to cash out as quickly as possible, knowing that once children under 13 returned to school and Roblox rolled out enhanced parental controls, the Company's bookings

1    would decline.  These CWs detail how, leading up to the direct listing, Defendants Baszucki and

2    Guthrie told employees during town hall meetings that they chose a direct listing over an IPO

3    because it allowed Roblox employees—including the Individual Defendants—to take advantage

4    of Roblox's unprecedented growth and sell their shares before children returned to school and

5    Roblox implemented enhanced parental controls.

6        128.    Specifically, CW 2 recalled that Roblox's direct listing was celebrated internally

7    because there was no lock-up period and therefore Roblox executives and employees could sell

8    their shares immediately before bookings declined post-COVID lockdowns.  CW 2 recalled that

9    Baszucki and Guthrie told employees during town hall and quarterly meetings starting before

10   Roblox's March 2021 direct listing that its bookings would decline.  CW 2 detailed that Baszucki

11   and Guthrie specifically told employees during this time that Roblox was enjoying a COVID

12   bump but that it would not last after COVID lockdowns lessened and kids returned to school.

13       129.    Similarly, CW 1 explained that Roblox first discussed selling its shares via a direct

14   listing at a town hall meeting in approximately October or November 2020. According to CW 1,

15   Roblox executives, including Baszucki, told employees that it was listing its shares through a

16   direct listing instead of an IPO to allow Roblox employees to sell their shares immediately and

17   that one of the benefits of the direct listing was to avoid the IPO lock-up period that prohibits

18   shareholders from selling their shares for approximately six months.

19       130.    Moreover, according to CW 2, Roblox's March 2021 direct listing felt rushed.  CW

20   2 suggested there were complications that made going public via the traditional IPO route more

21   difficult for Roblox, and that the due diligence process was problematic.  CW 2 identified

22   Roblox's lack of GDPR compliance as one of those complications.[11]

23

24

25

26       [11] According to Lead Plaintiffs' investigation, the GDPR, or General Data Protection
     Regulation, is a European Union regulation whose goal is to enhance an individual's control and
27   rights over their personal information.

28

131.    In other words, a direct listing was beneficial because it allowed Defendants to take Roblox public with less due diligence than an IPO, and they could sell their shares before complying with critical child-safety laws like the GDPR.

132.    Indeed, unlike a traditional IPO, a direct listing is not an underwritten offering, and thus, does not involve the rigorous due diligence process that third-party underwriters demand in a traditional IPO.

133.    Moreover, CW 2 detailed that Guthrie told employees during internal town hall and quarterly meetings in 2021 that bookings growth would not last past COVID and therefore it was the right place right time to go public.  CW 2 further recalled that Guthrie stated in 2021 that the decline in bookings once COVID ended and the under-13 cohort returned to school could happen at any point.  CW 2 stated that Baszucki attended these specific town hall and quarterly meetings.

134.    In other words, as part of their scheme, Defendants chose a direct listing over an IPO because it allowed them to go public and sell their shares before schools reopened and before Roblox implemented enhanced parental controls, both of which the Defendants knew would harm the Company's bookings, revenue growth, and therefore its stock price. Similarly, the direct listing was beneficial to Defendants because, unlike an IPO, it did not involve the due diligence of independent underwriters (due diligence that would have uncovered two sets of books with diverging metrics).

**F.    Heading into the Direct Listing, Investors Were Focused on Roblox's Ability to Attract Older Users**

135.    It was no secret that Roblox had historically relied on children under 13 for much of its growth.  However, leading up to the direct listing, the market was concerned about the sustainability of a business model that relied overwhelmingly on under-13-year-old children for its revenue.  As a result, industry analysts covering the Company focused almost exclusively on Roblox's ability to successfully "age up" its userbase and maintain the same rate of bookings growth with an ostensibly older audience.

### 1. Investors Were Concerned About the Sustainability of Relying on Children for Roblox's Bookings

136.    Leading into the direct listing, investors were concerned about Roblox's historical reliance on children to drive its revenue growth.  For example, on November 29, 2020, Bernstein analysts questioned whether Roblox could sustain its rate of growth, stating that the "[k]ey under-13 demographic has low brand loyalty and is particularly sensitive to 'fads'. . . . And the explosive user growth during the pandemic shows that most of their current users are relatively new to the platform. Could Roblox just be another fad that many give up shortly after the pandemic ends?"

137.    Similarly, a December 7, 2020 report regarding investor feedback and questions for management, Bernstein analysts wrote that Roblox would have "a very big challenge . . . in getting older kids (especially teenagers) to continue using Roblox as they get older."  They went on to note: "a very common behavior (at least in the US) is that once a tween-age kid gets their own cell phone and Snapchat/Instagram account, they (and all their friends) immediately abandon Roblox. Not only do they stop using it, but they wouldn't be caught dead using it. 'Roblox is for babies.'"

138.    Based on this, the report explained that investors wanted to know "[w]hat percent of []DAUs are below the age of 13?  **What percent of spend comes from this cohort**?"  Likewise, in a January 28, 2021 analyst report, Bernstein stated the question "how do you overcome" that Roblox is for children was "a super important question" leading into the direct listing.

139.    Analysts were also aware that relying on children under 13 made Roblox susceptible to the public's perception that Roblox was dangerous for children, which could harm the Company's bookings if parents stopped letting their under-13 children use the platform.  For example, in a report issued before the direct listing, Bernstein analysts wrote: "Roblox's focus on very young children means it is absolutely critical that it provides (and is perceived as providing) a safe online environment for this vulnerable demographic."

140.    Moreover, the market was concerned about the sustainability of relying on under-13-year-old children for Roblox's revenue due to the strict regulations aimed at protecting children online.[12]  Analysts were concerned that after going public, Roblox would be subject to regulatory action or negative press which necessarily would harm the Company's bookings and revenue.  For example, during Bernstein's pre-direct listing investor feedback session, which was published in an analyst report on January 28, 2021, a potential investor asked Bernstein the following question: "[D]oing a Google search for Roblox child predators, we can see some negative headlines, **won't these be amplified post direct listing** and cause parents to rethink allowing their kids on the platform?"  In response, the Bernstein analyst highlighted that "the headline risk here . . . [is] that the parents could start to police or be reticent about letting their kids hang out there. And remember, it's the parent spending the money."

### 2.    Investors Were Focused on Roblox's Ability to Drive Bookings From an Older Audience

141.    Moreover, because Roblox generated revenue only from new users who spent money on the platform, investors were also concerned that—even if Roblox could rebrand itself as a platform for older users despite its history as a children's game—older users might not spend as much money on the platform as under-13 users.  For example, in their December 7, 2020 report incorporating investor feedback, Bernstein analysts wrote: "there are already a lot of Roblox users who are above the age of 13 . . . a really important question, we think, is to understand where these older users came from, what attracted them, what are they spending time doing, **how much are they spending**?"  The analyst followed up on January 28, 2021 about Roblox's ability to age

---

[12] Indeed, heightened regulations protecting the privacy of children online also threatened the sustainability of under-13-fueled growth.  For example, the Children's Online Privacy Protection Rule ("COPPA") imposes certain requirements on operators of websites or online services directed to children under 13 years of age.  Among other things, COPPA prevents companies from collecting and tracking personally identifiable information of children under the age of 13 without the consent of their parents. COPPA also requires operators to keep personal information they collect from children secure, including by imposing retention and deletion requirements, and prohibits them from conditioning children's participation in activities on the collection of more personal information than is reasonably necessary to participate in such activities.

1    up: "**I'm still stuck on this as maybe the single biggest question that I would need to be**

2    **comfortable with, if I were considering becoming a shareholder**."

3        142.    Defendants understood that they needed to convince investors that they could

4    attract older users.  As explained in a CNBC article published on February 26, 2021, right before

5    the direct listing, Roblox was "looking to a future of sustained expansion and less reliability on

6    kids, particularly as classrooms and real-world theme parks reopen, Roblox is targeting older

7    users and non-gamers."

8        143.    Indeed, Defendants told investors that their bookings growth depended on their

9    ability to age up.  According to the Company's Prospectus, people over the age of 13 have "a

10    higher propensity to spend on content, and our ability to increase penetration in, and user

11    contribution from, this demographic will affect our ability to grow revenue."  Thus, investors

12    closely monitored the Company's aging up success to determine if the Company could continue

13    to grow its revenue.

14        144.    Understanding that the single most important question for investors was whether

15    Roblox could successfully age up the platform and sustain long-term bookings growth in an older

16    demographic, Defendants engaged in a scheme to pump up the price of Roblox stock by falsely

17    touting that the Company had already successfully aged up its platform while they collectively

18    dumped over **$548 million** worth of Roblox stock.

19        145.    As explained below, from the start of the Class Period, Defendants intentionally

20    misled investors about the Company's growth by reporting inflated DAU numbers and falsely

21    stating that the Company had already successfully aged up Roblox's platform.  At the same time,

22    Defendants concealed the material fact that under-13 users continued to make up a heavy majority

23    of Roblox's DAUs and bookings.  As a result, Defendants' statements were false and misleading

24    for failing to disclose the known risks that the Company was still reliant on under-13 users and,

25    as a result, bookings and monetization growth would decline once the Company increased its

26    parental controls and children under 13 returned to school.  Similarly, Defendants' statements

27    were false and misleading for failing to disclose the known risk that because Roblox's DAUs

28

included alternate accounts, bookings would not grow at scale with DAU growth because alternate accounts were not new, unique users who would spend additional money on Roblox's platform.

### G. Defendants Mislead Investors About Roblox's DAU Growth and Aging Up Success

#### 1. The March 10, 2021 Prospectus

146. From the start of the Class Period, Defendants touted the Company's DAU growth alongside strong bookings growth. For example, on March 10, 2021, the first day of the Class Period, Roblox released metrics from previous quarters showing their astronomical financial growth leading up to the direct listing. In the Prospectus, Defendants included the following metrics touting their astronomical growth:

> Daily active users, or DAUs, on Roblox grew 47% from 12.0 million DAUs in 2018 to 17.6 million in 2019 and grew 85%, to ***32.6 million, in 2020*** . . . .

> Bookings grew 39% from $499.0 million in 2018 to $694.3 million in 2019 and grew 171%, to approximately $1.9 billion, in 2020.

147. Defendants also included the following chart touting the growth in DAUs over the previous three years:[13]

| | Year Ended December 31, | | |
|---|---|---|---|
| | 2018 | 2019 | 2020 |
| | (in thousands, except hours engaged and ABPDAU data) | | |
| **Non-GAAP and selected financial and operating data:** | | | |
| Bookings(5) | $499,038 | $694,262 | $1,882,543 |
| Loss from operations (GAAP) | $ (87,552) | $ (76,440) | $ (266,137) |
| Depreciation and amortization (GAAP) | $ 11,941 | $ 27,664 | $ 43,808 |
| Stock based compensation (GAAP) | $ 36,310 | $ 17,634 | $ 79,158 |
| Change in deferred revenue (GAAP) | $175,061 | $187,196 | $ 965,919 |
| Change in deferred cost of revenue (GAAP) | $ (42,665) | $ (48,309) | $ (230,404) |
| Net cash provided by operating activities (GAAP) | $101,038 | $ 99,185 | $ 524,340 |
| Free cash flow(5) | $ 34,966 | $ 14,456 | $ 411,220 |
| Daily active users (DAUs)(6) | 12,017 | 17,623 | 32,587 |
| Hours engaged (in millions)(6) | 9,429 | 13,652 | 30,601 |
| Average Bookings per DAU (ABPDAU)(6) | $ 41.53 | $ 39.40 | $ 57.77 |

(1) Depreciation of servers and infrastructure equipment included in infrastructure and trust & safety.
(2) Includes stock-based compensation as follows:

148. However, Defendants' statements in ¶¶ 146-47 were false and misleading. According to former Roblox employees, the publicly reported DAU numbers were inflated by at

---

[13] Lead Plaintiffs have highlighted DAUs for emphasis.

1    least 25 to 42%. Therefore, Defendants' statements misled investors about Roblox's financial

2    performance and growth.

3        149.    According to several former Roblox employees, Roblox had been overstating key

4    metrics like DAUs for years by counting users with multiple alternate accounts as unique

5    individuals. For example, according to CW 6, throughout her tenure, it was known internally that

6    users created multiple alternate accounts. CW 6 explained that the Finance team maintained

7    separate data from the Data Science team, including Daily Active Users data. CW 6 stated that

8    the Finance team maintained their data in a spreadsheet. CW 6 explained that Roblox's engineers

9    in the Data Science team were able to remove alternate accounts and form Company data into

10    specific ways depending on how different teams needed to use the data for internal purposes.

11        150.    CW 6 noted that the Finance team was not keen on using the data maintained by

12    the Data Science team because they knew that the data the Finance team possessed would allow

13    them to meet their goals, so Finance continued using their data and not data maintained by the

14    Data Science team.

15        151.    Similarly, CW 7 stated that at the time of Roblox's March 2021 direct listing, the

16    Company maintained two sets of DAU and age demographic data. CW 7 detailed that one set

17    was maintained by the Finance team, and one by other divisions. CW 7 explained that one set of

18    DAU and age demographic data was reported publicly, and the other set of DAU and age

19    demographic data was kept internally. CW 7 believed that Roblox was reporting the set of DAU

20    data which included alternate accounts. CW 7 estimated that in 2021, Roblox inflated its DAUs

21    by between 20 and 30%.

22        152.    Furthermore, according to CW 7, it was known internally that a lot of under-13

23    users maintained alternate accounts. CW 7 detailed that Roblox knew that alternate accounts were

24    inflating DAU metrics.

25        153.    These CW allegations are corroborated by the Hindenburg Report. According to

26    former employees interviewed by Hindenburg, Roblox maintained two sets of books with

27    divergent topline metrics—one, which was accurate, that the Company used for internal planning

28

1    purposes, and another, produced through its Finance group, that Defendants used to set forth

2    metrics in Roblox's public filings. The falsified numbers Defendants used to publicly report

3    DAUs to the market included the alts, which misled investors into believing there were more

4    people on Roblox's platform than there were.  According to a former employee interviewed by

5    Hindenburg, around 2021 and 2022, there were efforts to resolve discrepancies in "numbers and

6    trend[s] and these top line metrics," but they were eventually abandoned due to pushback from

7    the finance department.  The former employee stated, "They [were] just like 'give up and stop

8    beating a dead horse,'" and what the Finance group said was the "source of truth" that was

9    "report[ed] to the Street."

10       154.    Moreover, Roblox had the ability to remove alt accounts, but Defendants chose

11   not to report those accurate metrics in the Company's public reporting of DAUs.  Indeed, the SEC

12   reached out to Roblox about this issue, but in a 2023 comment letter to the SEC, Roblox told the

13   SEC that it was "unable to identify if a user has multiple accounts," and thus could not identify

14   duplicate users in its public filings.  However, Hindenburg reported that this response to the SEC

15   "appears to be a flat out lie," as multiple former employees confirmed that the Company could

16   and did identify and strip out duplicate users.

17       155.    The CW allegations also confirm that Roblox could have removed alt accounts

18   during the Class Period.  For example, CW 6 explained that Roblox's engineers in the Data

19   Science team were able to remove alternate accounts and form Company data into specific ways

20   depending on how different teams needed to use the data for internal purposes.

21       156.    Therefore, although Roblox possessed internal books with accurate numbers,

22   Defendants instead chose to report the Finance group numbers: user data they knew was inflated

23   and did not accurately reflect the Company's userbase or DAU growth.

24       157.    By failing to disclose that that DAU metrics were inflated by alt accounts and the

25   Company was not in truth attracting older users at the rate they claimed to be, Defendants misled

26   investors about the Company's purported success aging up its userbase and generating bookings

27   from a more sustainable, older demographic, and as a result, investors did not understand that the

28

1    Company's bookings would decline once children returned to school post-COVID and Roblox

2    implemented enhanced parental controls.

3         158.    Knowing that (1) DAU data was inflated and skewed by alternate accounts and

4    falsely self-reported ages; (2) the Company remained overwhelmingly dependent on under-13-

5    year-old users, and that (3) bookings would decline once that under-13 cohort returned to school

6    (to say nothing of the negative revenue impact of augmented parental controls), the Company's

7    Prospectus contained the following risk disclosure:

8              ***We have experienced rapid growth in recent periods, and our recent
               growth rates may not be indicative of our future growth or the growth of
9              our market.***

10             We have experienced rapid growth in the three months ended June 30,
               2020, September 30, 2020, December 31, 2020, and for a portion of the
11             three months ended March 31, 2020, due in part to the COVID-19
               pandemic given our users have been online more as a result of global
12             COVID-19 shelter-in-place policies. For example, our bookings increased
               171% from the year ended December 31, 2019 to the year ended December
13             31, 2020. We do not expect these activity levels to be sustained, and in
               future periods we expect growth rates for our revenue to decline, and we
14             may not experience any growth in bookings or our user base during periods
               where we are comparing against COVID-19 impacted periods (i.e. the three
15             months ended March 31, 2020, June 30, 2020, and September 30, 2020 and
               December 31, 2020). Our historical revenue, bookings and user base
16             growth should not be considered indicative of our future performance.

17

18    (Emphasis in original).

19         159.    However, this risk disclosure was inadequate because it did not address

20    Defendants' misrepresentations.   Specifically, this risk disclosure did not adequately warn

21    investors of the risk that Roblox's DAU growth was overstated, and bookings would decline once

22    children returned to school post-COVID because Roblox's bookings were still overwhelmingly

23    reliant on children under the age of 13.   Moreover, this risk disclosure did not adequately warn

24    investors that because Roblox's bookings came mostly from under-13 users (and because DAU

25    growth was significantly overstated), the Company's bookings would decline once Roblox

26

27

28

1   implemented enhanced parental controls.[14]  Finally, and most importantly, before the ink had

2   dried on the March 10 Prospectus, both Baszucki and Guthrie made public statements to the

3   market that directly contradicted the very risk disclosures outlined in the Prospectus.

4       160.    Similarly, the Company's Prospectus contained the following generic risk

5   disclosure about Roblox's DAU metric:

> Because DAUs measure account activity and an individual user may
> actively use our platform within a particular day on multiple accounts for
> which that individual registered, our DAU metric is not a measure of unique
> individuals accessing Roblox. Additionally, if undetected, fraud and
> unauthorized access to our platform may contribute, from time to time, to
> an overstatement of DAUs. In many cases, fraudulent accounts are created
> by bots to inflate user activity for a particular developer's content on our
> platform, thus making the developer's experience or other content appear
> more popular than it really is. We strive to detect and minimize fraud and
> unauthorized access to our platform.

12      161.    This purported risk disclosure, however, was inadequate because it warned of a

13  risk that Defendants knew had already come to fruition—namely, that their publicly reported

14  DAU metrics were inflated by as much as 42% due to alt accounts.  Moreover, this purported risk

15  disclosure stated that DAUs would be overstated *only* "if undetected."  This in turn led investors

16  to believe that Roblox would take out alternate accounts if they detected them.  But that was not

17  the case.  Indeed, Defendants **did** detect a significant number of alternate accounts but made the

18  decision to leave the alternate accounts in their publicly reported DAU numbers. Indeed, the CW

19  allegations, the Hindenburg Report, and the SEC investigation all suggest that Roblox has always

20  had the ability to detect and remove alternate accounts, but Defendants have still presented

21  misleading DAU metrics to the investing public.

22              **2.    The March 10, 2021 CNBC Interview**

23      162.    On March 10, 2021, the same day as the direct listing (and as his personal coffers

24  filled, in real time, with the proceeds of his insider sales), Defendant Baszucki appeared on

---

[14] Defendants repeated this same risk disclosure in Roblox's quarterly reports filed on May 13, 2021, August 16, 2021, and November 8, 2021. However, these risk disclosures were inadequate for the same reasons.

television, on Squawk Box.  During the interview, CNBC analyst Andrew Ross Sorkin noted that the Company's revenue had "been on fire" during COVID, and asked Baszucki what the Company would look like "a year from now given how unique this past 12–18-month period has been." Baszucki bragged that the Company would continue on its current growth trajectory "even after Covid."

163.    Andrew Ross Sorkin then asked Baszucki about monetization as the Company scaled up to an older userbase, asking: "What do you think the user growth looks like let's say a year or two out from now, and **let's also talk about monetization over that period** because one of the things that I think you've said in the prospectus itself was that one of the risks is that in a post-pandemic world you are not sure you're going to make as much money."

164.    In response, Baszucki directly contradicted the Company's purported risk disclosure and quelled any concerns about the Company's growth in a post-COVID world by falsely stating that the Company's monetization was expanding in line with the Company's user growth amongst a purportedly older audience.  Specifically, Baszucki stated:

> So first off, our users have been growing virally as I said, and what's really exciting is that *a lot of the stuff we've seen in Covid . . . [a] lot of that's going to continue going forward* so we're very optimistic about the growth and on the monetization what's really exciting about Roblox is it's free for most people but people who want to and are interested can use our virtual economy*. That virtual economy has also been scaling with our user and engagement growth and we're very optimistic about it*.

165.    Baszucki's statement led investors to believe that the Company was growing the virtual economy—i.e., bookings—in line with user growth—which Defendants claimed was from an ostensibly older audience.  But this was false not only because the Company had failed to age up and attract an older audience, but also because bookings were not growing in line with the publicly reported DAU growth or age demographic shift.  Indeed, because Roblox's DAU growth was inflated by alt accounts, Roblox's bookings growth would not scale with Roblox's publicly reported user growth because many of Roblox's DAUs were alt accounts, and DAU growth caused by alt accounts would not cause a commensurate increase in bookings growth (since they

1    are not unique, individual users).  Accordingly, Baszucki's statement was false and misleading

2    for the additional reason that it suggested the Company's booking growth would scale with user

3    growth without disclosing the material fact that DAUs were inflated by alt accounts, and thus

4    failed to disclose the known risk that bookings would remain flat and ABPDAU would decline

5    even as DAUs purportedly grew.

6         166.    Baszucki's statement was also false and misleading because he **knew** that the

7    monetization growth would not "***continue going forward***."  Indeed, internally, Defendants stated

8    that bookings would decline once children returned to school post COVID-lockdowns.  For

9    example, according to CW 2, Baszucki and Guthrie told employees during town hall and quarterly

10   meetings starting before the direct listing in March 2021 that its bookings would decline once

11   COVID ended.  CW 2 detailed that leadership specifically told employees that Roblox was

12   enjoying a COVID bump but that it would not last after COVID lockdowns lessened and children

13   returned to school.  CW 2 detailed that Guthrie told employees during internal town hall and

14   quarterly meetings starting before the direct listing in March 2021 that bookings growth would

15   not last past COVID and therefore it was the right place right time to go public.  CW 2 stated that

16   Baszucki attended these town hall and quarterly meetings.

17        167.    Moreover, several CWs confirm that Defendants knew that implementing parental

18   controls—which Defendants were facing increased pressure to do—would also harm the

19   Company's monetization, since its bookings were overwhelmingly reliant on under-13 children.

20   For example, according to CW 3, it was known that implementing parental controls would

21   negatively impact revenue because its userbase was largely under 13-years-old.  CW 3 recalled

22   that during her tenure, Roblox employees asked Baszucki during town hall meetings how Roblox

23   was going to address parental controls while simultaneously conserving resources.  CW 3 further

24   recalled that Baszucki responded to these concerns by indicating that Roblox was going to address

25   parental concerns as little as possible so that it would not negatively impact revenue.

26

27

28

168.    According to CW 3, it was a huge priority for Roblox to attract an older audience throughout her tenure, partially because leadership knew that it had to address parental controls due to external pressures from parents and the news media.

169.    Indeed, CW 5 detailed that she and members of the Content Safety team were instructed by current Product Manager Aykud Gönen to be careful when implementing new safety features on the platform so that they would not negatively affect bookings growth and user engagement.  CW 5 explained that she and her colleagues were told to roll out new safety features slowly and to "keep an eye on topline metrics."  CW 5 recalled that if Roblox noticed that newly rolled out safety features negatively affected its bookings growth, employees were told to pause the roll out, reassess and dive into what is happening.

**3.    The March 11, 2021 Schwab Network Interview**

170.    On March 11, 2021, the day after the direct listing, and simultaneously to his bank account filling with the proceeds from sales of his newly public Company shares, Defendant Guthrie participated in an interview with Schwab Network.  In the interview, Guthrie was asked about the extremely high valuation for the Company.  The Schwab Network reporter said: "you are debuting at a market value of roughly the entire value of Electronic Arts, that has Star Wars franchises and sports franchises, how do you live up to that, Mike?"

171.    In response, Guthrie touted the Company's ability to age up as the main driver of the Company's valuation.  Specifically, Guthrie stated:

> What will keep us growing will be a continued investment in innovation, making the platform better and better so that the content that our developers can build is more interesting and more compelling.  Over the last few years what has really happened on our platform is international growth and aging up.  So what we've seen is . . . we're starting to see the user base get older.  *We **now have** about 44% of our users that are [] over the age of 13*, and some of that is because just better and better and more compelling content.

172.    Defendant Guthrie's statement was false. According to CW 2, users under-13-years-old represented 60 to 70% percent of Roblox's users in March 2021.  Similarly, according to CW 3, at least 70% of Roblox users in April 2021 were under-13-years-old.  In other words,

1    users over-the-age-of-13 made up at most 30-40% of Roblox's total users at that time, and

2    therefore, Defendant Guthrie's statement that the Company already had 44% of its users over the

3    age of 13 was false.

4        173.    Defendant Guthrie's statement—made on day two of Defendants' scheme—was

5    also misleading because it touted the Company's aging up success in response to a direct question

6    about the Company's valuation.  Because investors cared about how aging up would translate into

7    future bookings growth, Defendants statement touting Roblox's purported aging up success—and

8    lying about how many users were already over 13 years old—in response to why Roblox's

9    valuation was so high led investors to believe that the Company's purported success aging up was

10   sustaining the Company's bookings growth, when in reality, the Company's bookings success

11   continued to be driven overwhelmingly by the unsustainable under-13 userbase.

12       174.    Moreover, Defendant Guthrie knew these metrics were not reflective of the true

13   demographics of the userbase and gave the false impression that the Company was successfully

14   "aging up."  In truth, internal data did not show that Roblox was successfully attracting older

15   users.  Rather, internal data showed that under-13 users often lied about their age to get access to

16   more mature content, and this skewed the age demographic data.

17       175.    For example, CW 7 explained that throughout most of 2021, Roblox did not

18   require users to provide any documentation to confirm their birthdays.  According to CW 7, users

19   needed to enter an email address, date of birth, and password to access Roblox's platform in 2021.

20   CW 7 explained that although some data reflected in 2021 that Roblox was aging up its platform,

21   this data was skewed and unclear because it was obvious that under-13 users were self-reporting

22   fake birthdays to make themselves appear older so they could access more mature games and

23   content on the platform.

24       176.    Similarly, CW 6 reported that there was widespread concern within the Company

25   that the data that reflected Roblox was attracting older users was not accurate.  According to CW

26   6, Roblox employees did not trust the data that reflected Roblox was growing its 13-and-over

27   userbase because the age data reported by Roblox users did not make sense statistically.

28

177.    Specifically, CW 6 explained that this data showed that under-13 users often lied about their age to get access to more mature content.  For example, internal data showed that there were huge spikes in Roblox users that self-reported their age as 100 years old or had a birthday that started on January 1.  CW 6 knew this because she reviewed the data herself in her role as a Data Scientist.

178.    Indeed, Defendant Guthrie himself did not trust the data that showed they were aging up.  According to CW 6, in 2019 Defendant Guthrie asked the Data Science team to review the age demographic data and create a report that smoothed out the age curve to eliminate the falsely reported age data to determine if Roblox was attracting over-13 users. CW 6 detailed that her colleague, a former BizOps Analyst, queried user data and filtered out age anomalies and clumps to determine the true age demographics of Roblox users. CW 6 recalled that she and the Vice President of Finance then created a report with the findings, which was presented in a 2019 meeting that was attended by Guthrie and the Finance team.

179.    Indeed, CW 6 recalled that after user age anomalies were filtered out, the data reflected that the majority of Roblox's users were under 13-years-old.  According to CW 6, there was no real trust in the data even after user age anomalies were scrubbed out because users that lied about their age often went undetected. For example, CW 6 noted that some under-13 users signed up for Roblox by using their real birth month and day and a parent's birthyear to make themselves appear older.

180.    Additionally, CW 6 stated that former Vice President of Product Deepak Chandrasekaran said that he did not want to consider using the data that reflected that Roblox was attracting older users in internal Company decisions because he did not trust it.  CW 6 explained that Chandrasekaran reported to and mostly worked with Defendant Baszucki.  According to CW 6, Baszucki maintained tight control over Company decisions and almost all large decisions were made by Baszucki.  CW 6 added that she constantly created presentations for Baszucki.

181.    CW 7 noted that the Finance team was not keen on using the data maintained by the Data Science team because they knew that the data the Finance team possessed would allow

them to meet their goals, so Finance continued using their data and not data maintained by the Data Science team.

182.    Similarly, according to CW 7, Roblox did not have a system in place in 2021 to accurately determine the age of its users because it was known internally that under-13 users lied about their age to make themselves appear older to access mature content and games on the platform.  CW 7 recalled that in 2021, Roblox hired external research vendors and consultants, including SurveyMonkey, to obtain accurate user age demographic data by surveying Roblox users and their parents.  CW 7 stated that after conducting their surveys, these third parties concluded in 2021 that most of Roblox's users were under-13.  CW 7 noted that this third-party research was saved in spreadsheets and Google Docs, and that she had access and reviewed data points from this research which reflected that most of Roblox's users in 2021 were under-13.

183.    Finally, the Hindenburg Report explained that discrepancies between the Data Science group's analysis and what Finance reported publicly were never remediated and continued throughout 2021 and 2022.  Accordingly, the data that the Company was publicly reporting through the Finance group was and continued to be inaccurate throughout the Class Period, including by reporting inaccurate age data.

184.    Based on Defendants' false and misleading statements on March 10 and 11, 2021, investors believed that the Company was successfully growing DAUs from an older audience and driving future profitability.  For example, on April 5, 2021, analysts from Goldman Sachs issued a "buy" rating and noted that "RBLX's faster growth, **which should be driven by aging up** and international expansion, high incremental margins, **and growing profitability**, justifies a premium multiple relative to video game publishers."

### H.    Defendants Immediately Begin Liquidating Their Roblox Holdings on the Day of the Direct Listing

185.    Armed with material, nonpublic information about the sustainability of Roblox's bookings growth due to its heavy reliance on children, the Individual Defendants unloaded millions of shares of Roblox stock on the very same day of their direct listing.  While Defendants

1  went on a press tour to promote their direct listing and mislead investors about the Company's

2  aging up success, Defendants Baszucki, Donato, and Guthrie unloaded **over $238 million of their**

3  **stock within two days** of the direct listing.

4      186.    Specifically, in just two days, the Individual Defendants each sold the following

5  amount of Roblox stock:

6        • Defendant Baszucki sold 1,300,000 shares, totaling **$83,850,000**;

7        • Defendant Donato sold 1,143,123 shares, totaling **$77,531,534**; and

8        • Defendant Guthrie sold 1,200,000 shares, totaling **$77,400,000**.

9      187.    Notably, none of these sales were made pursuant to a Rule 10b5-1 trading plan

10  (which allows insiders to sell company stock by setting up a predetermined plan that specifies in

11  advance the share price, amount, and transaction date).

12      188.    But this was only the beginning of Defendants' scheme.  Shortly after the start of

13  the Class Period, the Individual Defendants created a Rule 10b5-1 trading arrangement that

14  allowed them to sell their stock at specific points throughout the rest of 2021.[15]  However, the

15  Individual Defendants entered into this Rule 10b5-1 plan with knowledge of material nonpublic

16  information—namely, that the Company's DAU growth was inflated and its bookings growth was

17  still heavily reliant on under-13 users, and as a result, the Company's bookings would decline

18  substantially once children returned to school and the Company implemented enhanced parental

19  controls.

20      189.    Given their knowledge of this material nonpublic information, Defendants

21  continued to keep the price of Roblox's stock artificially inflated by misleading investors about

22  the Company's DAU growth as well as its efforts to age up its userbase while selling hundreds of

23  millions of dollars' worth of Roblox stock.  Notably, at no point during the Class Period did the

24  Individual Defendants make a single open market purchase of Roblox stock in return.

25

26      [15] Defendant Guthrie adopted his Rule 10b5-1 trading plan on March 20, 2021; Defendant

27  Baszucki adopted his plan on March 22, 2021; and Defendant Donato adopted his plan on March
20, 2021.

28

190.    As explained below, throughout the Class Period, Defendants made false and misleading statements that the Company was purportedly successfully aging up its platform by gaining older DAUs and, as a result, sustaining its high rate of growth.  Shortly after each of these false and misleading statements, Defendants unloaded **an additional $310.2 million in insider trades**—over $183 million, $47 million, and $78 million for Baszucki, Guthrie, and Donato, respectively—based on their knowledge that their high rate of growth was fueled by under-13 age group, which would soon decelerate as the Company rolled out parental controls in late 2021 and young children returned to school.

### I.    Defendants Continue Misleading Investors on May 10, 2021

191.    On May 10, 2021, the first time Roblox released earnings results as a public company, Defendants issued a press release, supplemental financial information, and a letter to the Company's shareholders reporting strong financial results for the first quarter of 2021 (the "Q1 2021 Press Release"), including increases DAUs and bookings.  Specifically, with respect to DAU growth, the Q1 2021 Press Release falsely stated that DAUs "*were 42.1 million, an increase of 79% year over year*."

192.    This statement was false and misleading because Roblox's public reporting of DAUs was significantly overstated.  As explained above, several former employees—including the CWs and former employees interviewed by Hindenburg—have stated that even though Defendants could remove alternate accounts from Roblox's DAU calculations, they publicly reported inflated DAU metrics that included alternate accounts.  Indeed, internally Roblox had two sets of books—one for internal planning purposes (with metrics they internally relied on), and another for public reporting (with false, inflated user metrics). *See* ¶¶ 16-22; 148-57; 280-89.  Because Defendants failed to remove alternate accounts from DAUs, despite having the capacity to do so, they misled investors into believing that the userbase of Roblox was growing significantly faster than it actually was. As a result, statements touting Roblox's increased DAUs failed to disclose the known risk that these inflated numbers would not produce correspondingly increased bookings and would lead to lower ABPDAUs, due to the prevalence of alts.

193.    The Q1 2021 Press Release—which reported on the Company's results from January through March 2021—also emphasized the Company's purported success aging up, and falsely stated: "***In Q1 2021, our demographics continued to expand with users over the age of 13 growing at 111% and now accounting for 49% of the user base***." Similarly, the next morning, before the market opened on May 11, 2021, Defendants held an earnings call to discuss the Company's Q1 2021 earnings.  On the call, Defendant Baszucki stated: "As far as aging up, we continue to be impressed by the quality of the content and the creations that our developers are making.  And more and more of the content is helping drive this exciting trend, ***which we're close to passing, if not passing . . . on having more of our users being 13 over than under 13***." Baszucki also doubled down on the Company's quantification of the over-13 demographic growth, claiming "In Q1, ***our over 13 DAUs grew by 111%***[.]"

194.    However, these statements were false because the real, internal data showed that under-13 users still made up an overwhelming majority of Roblox users at that time.  According to CW 2, users under-13-years-old represented 60 to 70% percent of Roblox's users in March 2021.  Similarly, CW 3 stated that at least 70% of Roblox users in April 2021 were under-13-years-old.

195.    Internally, Roblox employees did not trust that the public data showing they were aging up was accurate, as internal data showed the opposite. For example, CW 6 reported that there was widespread concern within the company that the data that reflected Roblox was attracting older users was not accurate.  According to CW 6, Roblox employees did not trust the data that reflected Roblox was growing its 13-and-over userbase because the age data reported by Roblox users did not make sense statistically. CW 6 explained that this data showed that under-13 users often lied about their age to get access to more mature content.  For example, internal data showed that there were huge spikes in Roblox users that self-reported their age as 100 years old or had a birthday that started on January 1.  CW 6 knew this because she reviewed the data herself in her role as a Data Scientist.

1    196.    Indeed, under-13 users regularly created alternate accounts that listed their age as

2    over-13 or over-18.  For example, according to CW 7, it was known internally in 2021 that a lot

3    of under-13 users maintained alternate accounts. CW 7 stated that Roblox did not have a system

4    in place in 2021 to accurately determine the age of its users because it was known internally that

5    under-13 users lied about their age to make themselves appear older to access mature content and

6    games on the platform. Therefore, CW 7 recalled that in 2021, Roblox hired external research

7    vendors and consultants, including SurveyMonkey, to obtain accurate user age demographic data

8    by surveying Roblox users and their parents. CW 7 stated that after conducting their surveys,

9    these third parties concluded in 2021 that most of Roblox's users were under-13. CW 7 noted that

10    this third-party research was saved in spreadsheets and Google Docs, and that she had access and

11    reviewed data points from this research which reflected that most of Roblox's users in 2021 were

12    under-13.

13    197.    Defendants' false and misleading statements on May 11, 2021 successfully

14    convinced analysts that Roblox's aging up "success" would sustain Roblox's blockbuster growth,

15    allowing it to generate more bookings.  For example, on May 11, 2021, JP Morgan published an

16    analyst report titled "Strong Out of the Gate; International and 13-Over Lead DAU Growth."  In

17    the report, JP Morgan wrote: "By age, nearly half the platform is now 13-over following faster

18    growth from the cohort. . . . **More notable in our view is ABPDAU up 6% m/m in April, which**

19    **we think indicates that bookings/payer conversion could be stickier than users as the**

20    **platform moves toward reopening**."

21    198.    Analysts from Morgan Stanley were similarly convinced that the Company's

22    growth trajectory remained intact despite shifting demographics and COVID reopening and

23    increased their price targets.  Morgan Stanley wrote: "Aging Up Underway… Roblox continues

24    to add more users and engagement even as re-opening continues . . . . **This continued user,**

25    **engagement and bookings growth should give investors more confidence in the durability of**

26    **RBLX's forward growth.**"

27

28

**J.    Defendants Unload Another $54.3 Million Worth of Stock Based on Their Knowledge of Material Nonpublic Information**

199.    Following Defendants' false and misleading statements on May 10 and 11, 2021, Roblox's stock jumped 21% in a single day to close at $77.65 per share at the close of trading on May 11, 2021.  While Roblox's stock remained artificially inflated, the Individual Defendants continued cashing out with knowledge of material nonpublic information that the Company's bookings were still overwhelmingly reliant on under-13 users, and as a result, bookings would decline once children returned to school and Roblox implemented enhanced parental controls.

200.    Over the next two months, while Roblox's stock was trading at all-time highs, the Individual Defendants disposed of another **$54.3 million** worth of Roblox stock.

- On June 1, 2021, Defendant Baszucki sold 375,000 shares for total proceeds of **over $36 million**.

- On June 9, 2021, Defendant Guthrie sold another 50,000 shares for total proceeds over **$4.6 million**.  Then, on July 6, 2021, Defendant Guthrie sold another 45,000 shares for a total of over **$3.9 million**.

- On June 14, 2021, Defendant Donato sold 70,000 shares for total proceeds over **$6.2 million**. Then, on July 14, 2021, Defendant Donato sold another 42,500 shares for a total of over **$3.4 million**.

201.    Although these trades were made pursuant to a Rule 10b5-1 trading plan, Defendants implemented that plan, and executed the June 1, 9, and 14, 2021 and July 6 and 14, 2021 trades, when already in possession of material nonpublic information.

**K.    Defendants Face Increasing Regulatory Pressure to Implement Parental Controls**

202.    As stated above, investors wanted Roblox to attract an older userbase for several reasons. For example, there are several restrictions and protections in place online for sites that have children under the age of 13 on their network or platform. Moreover, investors were concerned about a possible user abuse narrative at Roblox that would come from continued bad press about the exploitation of young children on Roblox's platform.

203.    Indeed, on August 10, 2021, Defendants received a letter from Congress, addressed to Defendant Baszucki, regarding Roblox's compliance with child safety laws.  In the letter, Congress noted its concerns that Roblox was among Company's who were at risk of exposing children to "the collection and monetization of children's data, exposure to violent content, [and] online predators" as a result of a "manipulative design."  Moreover, Congress outlined how such manipulative designs enabled children to engage in transactions that were "akin to gambling," writing: "The prevalence of micro-transactions—often encouraged through nudging—have led to high credit card bills for parents. Loot boxes—[bundles of in-app mystery items available for purchase]—go one step further, encouraging purchase before a child knows that the "bundle" contains—akin to gambling."  The letter went on to highlight that "[c]hildren are uniquely vulnerable to manipulation and peer pressure associated with in-game purchases and loot boxes."

204.    Therefore, after a long period of putting off parental controls in an attempt to delay the negative impact on bookings once under-13 users could no longer access explicit content and make excessive, unauthorized purchases, Defendants became increasingly aware that the risks they concealed from investors would soon materialize.  However, rather than truthfully disclose to investors that Roblox still relied on under-13 users (and thus bookings would soon decline), Defendants continued their scheme to mislead investors about the Company's aging up and monetization of its purportedly older users.  Indeed, as explained below, Defendants went a step further and tried to downplay certain monetization metrics—like ABPDAU—to throw investors off the scent and make it appear as if the Company was still successful aging up the platform and sustaining strong bookings growth.

L.    **Defendants Continue Misleading Investors on August 17, 2021**

1.    **Defendants Mislead Investors About Roblox's User Metrics and Purported Aging Up Success**

205.    After receiving the letter from Congress, on August 16, 2021 after the market closed, Roblox issued a press release and supplemental financial information, again reporting strong financial results and positive trends across key operating metrics.

206.    During the earnings call the next morning on August 17, 2021, Defendant Baszucki touted the Company's aging up as a "future growth vector" and falsely stated that over-13 users now made up over 50% of Roblox users.  Specifically, Baszucki stated:

> Jumping to a bit of the vision we shared with all of you over the last six to nine months about the future growth vectors for Roblox. One thing we're really excited about is our 13 and up growth. ***We have passed having the majority of people on our platform be 13 and over as opposed to 13 and under***, which is a huge benchmark for us. And in Q2, we saw 46% 13 and up DAU growth year-on-year, which is a great bellwether for where we're going.

207.    Later, during the question-and-answer portion of the call, an analyst asked the following question about the Company's aging up success: "You guys have made a ton of progress in diversifying your experiences and aging up your user base. I was just wondering if you can talk about a few of the drivers that have led to that, and how that strengthens the durability of the business."

208.    In response, Defendant Baszucki stated: "Aging up is something that we talk about. We're actually in the middle of it, and we've been talking about it for three or four years.  And a lot of the visionary stuff we put in place three or four years ago, is what's been driving this position, ***now over 50% of the people on our platform are over 13***."

209.    However, Baszucki's statements were false.  Several CWs confirm that, at this time and throughout 2021, the majority of Roblox users were still under 13.  For example, according to CW 3 at least 70% of Roblox users in April 2021 were under-13-years-old.  This number remained above 60% through the end of 2021.  CW 2 stated that users under 13-years-

1    old represented 60 to 70% of Roblox's users at the end of 2021. CW 2 knew this information

2    because Baszucki and Guthrie presented the information about bookings-by-age during town hall

3    meetings that CW 2 attended.

4        210.    Additionally, according to CW 6, Roblox employees did not trust the data that

5    reflected Roblox was growing its 13-and-over userbase because the age data reported by Roblox

6    users did not make sense statistically. CW 6 explained that this data showed that under-13 users

7    often lied about their age to get access to more mature content. Similarly, CW 7 stated that it was

8    known internally that under-13 users lied about their age to make themselves appear older to

9    access mature content and games on the platform.

10       211.    In addition to misleading investors about user demographics, Defendants also

11   misled investors about the bookings from the purportedly older audience. Later during the

12   earnings call, an analyst asked specifically about the difference in monetization between the under

13   13 and over 13 age groups, since Defendants did not publicly disclose that information. The

14   analyst asked: "Can we talk about the trends, particularly usage and spending trends between the

15   over 13 and under 13 audience?"

16       212.    In response, Defendant Guthrie falsely stated that the monetization between the

17   over and under 13 age groups was the same. Specifically, Guthrie claimed: "Yeah. ***They're***

18   ***incredibly similar*** is the short answer. If you – pure engagement and ***monetization [] whether***

19   ***under 13 or over 13 is actually quite similar***."

20       213.    This statement was false and misleading, though, because it led investors to believe

21   that Roblox's bookings came mostly from over-13 users. Because Defendants lied and stated that

22   a majority of users were over 13, Guthrie's statement led investors to believe that an equal amount

23   of the Company's bookings also came from over-13 users. However, this was false, as a majority

24   of the Company's bookings still came from under-13 users even one month after this statement.

25   In other words, the monetization between the two groups was not similar. At that time, the under-

26   13 age group still accounted for an overwhelming majority of the Company's bookings it was

27   able to generate—roughly in line with the number of users that were under the age of 13.

28

214.    According to CW 5, in September 2021, a significant portion of Roblox's bookings still came from users under-13 years-old. CW 5 detailed that easily a majority—between 60 and 70%—of Roblox's bookings in September 2021 came from users under 13-years-old. CW 5 knew this because she viewed the metrics on Roblox's analytics platform, which were maintained in Grafana. CW 5 explained that Roblox's analytics platform was updated daily and contained topline metrics, including bookings-by-age-group and time spent on the platform. CW 5 confirmed that the Company's analytics platform separated bookings into different age groups.

215.    CWs also confirm that, at this time, the games generating the highest bookings were overwhelmingly those designed for and played by children under 13. For example, CW 5 stated that Roblox obtained a significant portion of its bookings from a few so-called "whales," almost all of whom were under-13-years-old. According to CW 3, Roblox generated most of its revenue from a few really big games, including *Adopt Me!*, that were mostly aimed at under-13-year-olds.

216.    Defendants knew that Roblox's monetization also came mostly from under 13-year-olds, as they regularly discussed and broke down the bookings based on age group. According to CW 5, bookings-by-age-group was a big point of interest and was discussed during town hall meetings, which were held every two weeks. CW 5 stated that Baszucki, Guthrie, and Donato attended these town hall meetings, and Baszucki and Guthrie specifically discussed bookings-by-age-group during these meetings.

217.    Although Defendants attributed the Company's financial success, in part, to aging up the platform, numerous CWs confirm that, at this time, aging up was largely a failure. For example, CW 3 recalled that Roblox was not very successful in aging up its platform by the time of her departure. CW 3 further recalled that this was a concern brought up by Roblox's Board of Directors because Roblox knew it needed to attract an older audience in order to sustain growth. CW 3 added that Roblox's Board of Directors were aware that its inability to age up its platform was a concern for investors. Similarly, CW 6 reported there was widespread concern within the Company that the data that reflected Roblox was attracting older users was inaccurate. And

according to CW 7, it was known internally in 2021 that a lot of under-13 users maintained alternate accounts, and Roblox knew that alternate accounts were inflating DAU metrics.

218.    Defendant Guthrie's statement was also misleading because it led investors to (wrongly) believe that the Company's aging up efforts led to strong bookings and monetization growth, while concealing the known, material fact that this bookings growth was still overwhelmingly fueled by under-13 users at that time.  Because Defendants did not publicly disclose the percentage of bookings generated by under 13-year-olds, Guthrie's statement was misleading because it led investors to believe that the over-13 userbase was responsible for the positive bookings and monetization trends experienced in the quarter, when in reality, Roblox's bookings growth was largely still reliant on the unsustainable under-13 userbase.  As a result, the statement was false and misleading for failing to disclose the known risk that the Company's bookings and monetization growth would decline once the Company increased its parental controls and children under 13 returned to school.

219.    Indeed, Defendants themselves knew that bookings would decline once children returned to school.  According to CW 2, Baszucki and Guthrie told employees during town hall and quarterly meetings starting before the direct listing in March 2021 that the Company's bookings would decline.  Specifically, CW 2 detailed that Defendant Guthrie told employees during internal town hall and quarterly meetings in 2021 that bookings growth would not last past COVID.

220.    In addition to misstatements about user and booking demographics, Defendants also continued to misrepresent the growth of their userbase and DAU metrics during the earnings call on August 17, 2021.  During that call, Defendant Baszucki touted the growth of Roblox's DAUs, claiming that he was "***once again very proud with our 29% DAU growth year on year,*** specifically because we've been lapping that since the lockdown quarter in Q2 a year ago."

221.    This statement was false and misleading because it omitted Roblox's inclusion of alt accounts to inflate its DAU numbers.  *See* ¶¶ 16-22; 148-57; 280-89.

222.    Without knowledge of Roblox's inflated DAUs and reliance on under-13 users, analysts were convinced by Defendants' statements that DAU and bookings growth among over-13 users were a strong indication that Roblox was sustaining its growth as it aged up its platform. For example, on August 17, 2021, analysts from Morgan Stanley believed Defendants' assertions without question, noting with approval that: "RBLX passed an **important milestone in 2Q** as the **majority** of users on the platform are now **over 13 years old** . . . these more mature users now account for most DAUs and time spent on RBLX. . . .[T]his speaks to RBLX's continued success [in] retaining users over time."  Moreover, Morgan Stanley wrote that Roblox's second quarter metrics and "strong July growth speak to better than expected trends through reopening."

### 2.    Defendants Downplay the Importance of ABPDAU To Throw Investors Off the Scent of Their Scheme to Defraud

223.    Defendants knew that their fraud would soon be revealed because they reported misleading DAU growth and still relied mostly on under-13 users, both of which would soon harm the Company's bookings.  At that time, Roblox was facing increasing pressure to implement more rigorous parental controls, and these young children were about to go back to school.  Moreover, Defendants' reliance on alternate accounts to grow their DAU numbers had a corollary effect: these additional "users" would create significantly less bookings than true new users, because many of new accounts were not real individuals.  Roblox's key monetization metric—ABPDAU (which is simply average bookings per user)—thus inevitably would *decline* even as DAUs would continue to rise without a corresponding increase in bookings.  As a result, the ABPDAU would soon reveal that Roblox was inflating its DAUs and was not able to sustain its bookings growth through school reopening and enhanced parental controls, which would in turn reveal that the Company had not been successful in aging up its userbase.

224.    But rather than come clean about Roblox's DAU growth and continued reliance on under-13 users, Defendants furthered their scheme by telling investors to ignore the ABPDAU metric in determining the Company's success.  In other words, by shifting focus away from ABPDAU, Defendants tried to obscure how unsuccessful the Company had thus far been in terms

of monetizing its older users, as well as the degree to which the DAU metrics were inflated by alternate accounts.

225. For example, during the August 17, 2021 earnings call, an analyst asked about the Company's monetization given that ABPDAU growth appeared to be slowing. Specifically, the analyst asked: "Mike, wonder if you could drill down a little bit further on the monetization or the ABPDAU metric that you disclosed. It seemed to flatten out in 2Q. Can you discuss some of the puts and takes on that metric?"

226. In response, Defendant Guthrie tried to downplay the importance of ABPDAU and use other metrics to mislead investors about the Company's success aging up and sustaining its record growth. Specifically, Guthrie stated:

> My third comment on monetization is simply just be careful when you're comparing ratios. We do think that we can have very strong bookings and very strong user growth and ABPDAU can go down. It's just a ratio. If your users are growing faster than your bookings, that would lead you to understand that in the future you've got some really powerful tailwinds around bookings but the users might just be growing faster right now.

> Similarly, if you look at just July, hours of engagement was really strong, 3.8 billion hours, quite honestly, was a big number. It was probably more than we expected to come out. So if I happen to be looking at bookings per hour, I might look at that number as having gone down in July. And I can tell you, we're very happy with bookings, and we're very happy with hours. So when you get to the ratio, you just might have a little bit of movement back and forth. So when comparing ratios, we should just be careful and make sure we deconstruct that in the – growth in the numerator and growth in denominator.

227. Similarly, during a September 21, 2021 conference hosted by Goldman Sachs, Guthrie again downplayed ABPDAU, stating: "If we have an internal target for bookings and we hit it, and we have an internal target for DAUs and we hit it, and the DAUs happen to grow faster than the bookings, I do not care if ABPDAU goes up or down or sideways . . . ."

228. Guthrie's statements downplaying ABPDAU misled investors about the success of Roblox's growth and ability to age up its platform because it downplayed an important metric that was previously touted as critical to determining how Roblox was monetizing its users.

1    229.    Up to that point, investors viewed ABPDAU as a proxy for how the Company was

2    monetizing its users.  Indeed, Defendants themselves previously described this metric as "a way

3    to understand how we are monetizing across all of our users."  This is because ABPDAU is simply

4    the average bookings per user.  Therefore, the higher the ABPDAU, the more money each user

5    was spending on Roblox.

6    230.    However, Defendants understood that if they continued highlighting ABPDAU,

7    they risked exposing their fraud.  Specifically, their entire scheme might soon come crashing

8    down if investors understood that Roblox's growth from a purportedly older userbase was not

9    sustaining the Company's revenue growth, or that higher DAUs were not resulting in more

10    bookings.

11    231.    Indeed, Defendants knew the Company's bookings would decline or flatten once

12    children returned to school and parents started using Roblox's enhanced parental controls to limit

13    their children's spending.  Unlike investors, Defendants knew Roblox still relied on under-13

14    users for both its DAUs and bookings growth.

15    232.    At the same time, Defendants knew that the purportedly older userbase was not

16    sustaining the Company's revenue (because it was based on inflated numbers that did not

17    accurately reflect the true demographics of Roblox's userbase).  As a result, Defendants knew

18    that the ABPDAU would decline when Roblox implemented enhanced parental controls and

19    children under-13 returned to school, which would expose that the true revenue source for the

20    Company had always been the under-13 users, and not the older users that Defendants had falsely

21    touted throughout the Class Period.

22    233.    Defendants also knew that ABPDAU would reveal the Company's DAU growth

23    was inflated by alternate accounts, as the DAU growth Roblox was reporting would not lead to

24    bookings growth because many new "users" were actually alts and would not produce new

25    bookings.  Accordingly, ABPDAU would actually decline as the company continued to ostensibly

26    grow its users.  Defendants' shift away from ABPDAU was an attempt to hide the inflation of

27    DAUs from investors.

28

234.     Based on Defendants' false and misleading statements, as well as their insistence that investors should focus on other metrics, investors believed that Roblox would continue its growth post-COVID and school reopening based on Roblox's purported success aging up the platform.  For example, on October 26, 2021, BTIG issued a "Buy rating" on Roblox's stock because they were "bullish on long-term DAU and developer growth . . . encouraged by recent trends vs. difficult COVID comps."  The analyst report went on to state that they believe "**DAU will be a key driver of bookings performance**, and we've been pleasantly surprised by recent performance against difficult COVID comps."

**M.    Defendants Continue Offloading Their Stock Based on Their Knowledge of Material Nonpublic Information**

235.     Defendants continued offloading their Roblox stock directly after lying to investors about DAU growth and misleading investors about how successful the Company was in monetizing those purportedly older users.

236.     Specifically, between August 19 and September 14, the Individual Defendants offloaded an additional **$55.5 million** of their Roblox stock.  Critically, at that time, the Individual Defendants knew that Roblox's bookings would soon decline once children returned to school and the Company implemented enhanced parental controls (which would happen soon given the increasing public and regulatory pressure, including from Congress).

237.     Specifically, shortly after lying to investors about DAUs and how many users were over the age of 13, and shortly after receiving the letter from Congress, the Individual Defendants made the following insider sales:

- Between August 19 and August 24, 2021, Defendant Donato sold 110,776 shares of Roblox stock, reaping over **$9.2 million in proceeds**.

- On August 23, 2021 and August 25, 2021, Defendant Guthrie sold 65,515 shares for more than **$5.8 million**.

- Next, on August 30, 2021, Defendant Baszucki sold an additional 375,000 shares, reaping more than **$30.6 million in proceeds**.

- Between September 8-10, 2021, Defendant Guthrie sold another 46,800 shares totaling over **$3.89 million**.

1

2

- Finally, on September 14, 2021, Defendant Donato sold 70,000 shares, totaling more than **$5.85 million**.

238.    Accordingly, Defendants continued to profit off of the high rate of growth fueled by under-13 users before the impacts of parental controls and post-pandemic return-to-school began affecting bookings and revenue.

**N.    Defendants Slowly Implement Enhanced Parental Controls in the Fall of 2021**

239.    Only after Defendants had already pulled in hundreds of millions from their insider sales did Roblox finally start rolling out enhanced parental controls and spending restrictions, wherein parents were able to set internal spending limits on purchases for children under the age of 13.

240.    Specifically, on or around September 18, 2021, shortly after under-13 users began returning to school after COVID lockdowns were lifted, Roblox introduced Monthly Spend Restrictions and Spend Notifications settings for parents.  According to Roblox's website, this setting enabled parents to block spending over and above a certain amount on a per-month basis. Roblox's website explains: "When the user reaches the monthly spend restrictions, they will see a popup message and will not be able to continue making purchases that month."  With respect to Spend Notifications, Roblox's website explains: "Spend Notification settings give parents/guardians increased control and visibility over their children's spending on a Roblox account by sending emails to the verified parent/guardian email address on an under 13 user's account . . . . It allows parents/guardians to customize the spend notification frequency in a secure way."

241.    Next, on or around September 21, 2021, Roblox introduced age verification as an opt-in service.  The change was rolled out gradually, meaning not all users had the option immediately.  With age verification, Roblox users could only unlock new features—like voice chat—if they proved they were 13 or older by uploading a picture of their ID along with a selfie.

242.    Shortly thereafter, on or around October 8, 2021, Roblox updated its terms of service to prohibit dating and romantic content on its platform.  Then, on or around November 18, 2021, Roblox "officially added Parental controls" allowing parents to "restrict what content is appropriate for their child." Specifically, Roblox added "Parent Pin," restricting under-13 users' access to the platform, and "Account Restrictions," limiting under-13 users' access to content appropriate for all audiences.

### O.    Defendants Continue Misleading Investors in November 2021

243.    On November 8, Roblox issued a press release reporting Q3 2021 bookings of $637.8 million and Q3 2021 revenue of $509.3 million.  Both figures exceeded analysts' expectations.  In the press release, Defendant Baszucki again represented that engagement, rather than ABPDAU, was the most important metric to track the Company's long-term growth trajectory, and downplayed the impact that COVID reopening was having on the Company's business: "Engagement is our north star . . . people of all ages from across the globe chose to spend over 11 billion hours on Roblox."  Defendant Guthrie added that "all of our core metrics . . . displayed strong year-over-year growth despite lapping COVID-impacted periods and back-to-school seasonality."

244.    On November 9, 2021, Roblox published its quarterly report for the third quarter of 2021 (the "Q3 2021 10-Q"). In the Q3 2021 10-Q, which was signed by Defendants Baszucki and Guthrie, Roblox touted its DAU growth, stating that Roblox's DAUs had increased to **47.3 million** and publishing the below chart:



1

2      245.    However, as explained in ¶¶ 16-22; 148-57; 280-89, Defendants' statements about

3      Roblox's DAU growth were false and misleading because they were significantly inflated by alt

4      accounts.

5      246.    But rather than disclose accurate DAU data or warn investors that Roblox still

6      relied mostly on under-13 users, and thus a bookings deceleration was imminent due to the

7      enhanced parental controls and children returning to school in the fourth quarter of 2021 (which

8      includes the months of October, November, and December, when children were fully back to

9      school), Defendants continued misleading investors about their purported success aging up and

10     monetizing a purportedly older userbase.

11     247.    For example, during the related earnings call on November 9, 2021, Baszucki

12     again falsely told investors that "*[o]ver half of our people are over 13-year-old plus*."

13     248.    However, Defendant Baszucki's statement was false because the majority of

14     people on Roblox's platform at that time were still under 13 years old.  For example, according

15     to CW 4, 60 to 70% percent of Roblox's total users in October 2021 were under-13-year-olds.

16     CW 4 knew this information because she reviewed user data, including age demographic data,

17     regularly in 2021.  Similarly, CW 2 stated that users under 13-years-old represented 60 to 70% of

18     Roblox's users at the end of 2021.  CW 2 knew this information because Baszucki and Guthrie

19     presented the information about bookings-by-age during town hall meetings that CW 2 attended.

20     249.    Additionally, according to CW 6, there was widespread concern within the

21     Company that the data that reflected Roblox was attracting older users was inaccurate.  Similarly,

22     according to CW 7, it was known internally that under-13 users lied about their age to make

23     themselves appear older to access mature content and games on the platform. CW 7 explained

24     that it was known internally in 2021 that a lot of under-13 users maintained alternate accounts,

25     which inflated DAU metrics.

26     250.    On the same call, Defendant Guthrie directed investors' attention away from

27     ABPDAU and assured investors that the growing number of DAUs would lead to more bookings

28

growth, further downplaying the critical fact that bookings were not keeping pace with purported DAU growth. Specifically, Guthrie stated:

> **Right now**, again, we generally are looking at **bookings growth as driven primarily by user and engagement growth**. We get the question a lot about the ratios between monetization per user, and I'll just caution that when you have high bookings growth and high user growth, just the rate of change in the numerator and denominator can make numbers look like they're going up or down. Generally, our trends with monetization over a very long period of time are that those payer cohorts tend to increase in monetization over a very long period of time.

251. Defendant Guthrie's statements were false and misleading because they led investors to (wrongly) believe that the Company's purported DAU growth led to strong bookings and monetization growth, while concealing the known, material fact that DAU growth was overstated and would not lead to additional bookings because many of Roblox's DAUs were alt accounts, and DAU growth caused by alt accounts would not lead to a commensurate increase in bookings growth (since they are not unique, individual users).

252. Moreover, Guthrie's statements concerning monetization trends over time were materially misleading because they intentionally directed investors' attention away from monetization metrics such as ABPDAU, which showed that the rate of average bookings per user trailed as the Company purportedly grew DAUs.

253. As a result, Defendant Guthrie's statements were false and misleading for failing to disclose that DAUs were inflated by alts or that Roblox still obtained an overwhelming majority of its bookings from under-13 users, and thus, there was a known and imminent risk that the Company's bookings and monetization growth would decline now that the Company increased its parental controls and children under 13 returned to school. Similarly, there was a known risk these inflated DAU numbers would not produce correspondingly increased bookings and would lead to lower ABPDAUs, due to the prevalence of alts.

254. Indeed, analysts were convinced by Defendants' false statements that the Company was successfully aging up its platform and driving monetization through schools

reopening and in line with DAU growth.  For example, on November 9, 2021, JP Morgan Research wrote in an analyst report: "The key takeaway in our view is that **Roblox appears to be maintaining its y/y momentum** (comps in Q4'20 are +172%), **bucking expectations for an eventual post-COVID normalization in spend** . . . and we think this differentiation is driving the shares higher after-hours.*"*

255.    Similarly, on the same day, Jefferies Research stated in an analyst report: "We were pleased to see monetization come in better than expected, putting an end to 4 months of declining spend per hour of engagement. **We believe this is helping to calm investor concerns about school re-opening**."

256.    Later, on November 17, 2021, analysts from Morgan Stanley raised their price targets, noting they were "particularly encouraged by the October trends (bookings/DAUs/hours . . .) **as we think they speak to RBLX's better than appreciated growth runway/ability to continue growing its user base, engagement, and monetization even through reopening**."

**P.    Defendants Unload Another $169 Million Worth of Stock Knowing Their Fraud Would Soon be Revealed**

257.    Based on Defendants' false and misleading statements on November 9, 2021 (before the market opened), the Company's stock price increased by more than 35% in a single day to close at $109.52 per share on November 9, 2021, an all-time high for Roblox's stock price. Then, as the market continued to digest Defendants' false and misleading statements—believing that DAUs were continuing to grow and that the Company had successful aged up its userbase—the Company's stock price continued increasing to close at another all-time high of $134.72 on November 19, 2021.

258.    However, investors did not know that that Defendants were inflating DAU metrics or that Roblox still heavily relied on children under 13 to drive its monetization, and as a result, these investors did not understand the risk that Roblox's bookings and monetization were declining in the fourth quarter of 2021 as Roblox implemented enhanced parental controls and the full effect of schools reopening took effect at the end of 2021.

259.    Defendants, however, fully understood that Roblox's bookings and monetization relied on under-13 users and thus would decline by the time they released their earnings for the fourth quarter of 2021 in February 2022.  Shortly after their false and misleading statements on November 9, 2021, the Individual Defendants disposed of a combined 1,432,980 shares of Roblox stock, reaping roughly **$169 million** in less than two weeks between November 11 and November 23.  Specifically:

- Between November 11 and 12, 2021, Defendant Donato sold 360,000 shares, totaling more than **$35 million** in proceeds.

- On November 22, 2021, Defendant Baszucki sold an additional 937,500 shares of Roblox stock, generating more than **$117 million** in proceeds in a single day.

- On November 22, 2021, Defendant Donato sold an additional 4,300 shares for more than **$533,000**.  These sales were made outside of the parameters of Donato's Rule 10b5-1 trading plan.  Then, on November 23, 2021, Donato sold another 2,553 shares for **$303,858.**

- Between November 22 and 23, 2021, Defendant Guthrie sold another 128,627 shares, reaping over **$16.1 million** in proceeds.  Although most of these sales were made pursuant to the Rule10b5-1 plan, Guthrie sold 3,216 shares outside of the parameters of the plan.

260.    The Individual Defendants unloaded significant amount of their stock before December because they knew their fraudulent scheme would begin to unravel when they disclosed November metrics.  Indeed, Defendants closely monitored the Company's key metrics, such as bookings, and thus knew that the Company's key profitability metrics in November had declined due to lower usage from the under-13 users.  As Defendant Guthrie admitted publicly: "I always look [at a] variety of data, but **I look at our bookings charts and our DAU charts a lot**."

261.    Moreover, the Individual Defendants sold before they would have to disclose full fourth quarter results on February 15, 2022, which would reveal the full effect that children returning to school and parents using enhanced parental controls had on the Company's bookings and that the purportedly strong DAU growth from an older audience would not sustain its monetization growth.

262.    As explained below, investors were left holding the bag when the truth regarding Roblox's aging up success and monetization growth was gradually revealed between December 15, 2022 and February 15, 2022.

**Q.    The Truth About Roblox's DAU Growth and Aging Up Success is Gradually Revealed**

**1.    Defendants Disclose Declining Monetization Metrics from November 2021**

263.    Throughout the Class Period, Defendants made false and misleading statements to investors about Roblox's DAU growth and their success Roblox's ability to age up. Defendants' false and misleading statements led investors to believe that Roblox's DAU growth from this purportedly older userbase was sustaining the Company's monetization growth through school reopening and enhanced parental controls. Indeed, investors did not know that Roblox still relied on under-13 users for most of its DAUs and bookings, and as a result, they did not fully understand the risk that Roblox's monetization growth would decline once children returned to school and Roblox rolled out enhanced parental controls. Similarly, investors did not understand that DAUs were inflated by alt accounts, and thus did not understand the risk that bookings would not grow in line with DAU growth and ABPDAU would decline even as DAUs purportedly grew.

264.    Defendants' false statements and fraudulent scheme caused investors to suffer significant losses when, on December 15, 2021, Defendants disclosed declining monetization metrics from November 2021. Specifically, before the market opened that day, Defendants disclosed that the Company's ABPDAU, a key profitability metric, had declined 8-9% year-over-year as children returned to school and Roblox implemented enhanced parental controls for its under-13 users.

265.    In response to this news, Roblox's stock fell by $9.72 per share, or approximately 9.5%, to close at $97.95 per share on December 15, 2021.

266.    This loss was the proximate cause of investors' previous reliance on Defendants' false and misleading statements about Roblox's DAU growth, the percentage of users over the age of 13, and their purported success generating bookings from a supposedly older userbase.

1    Indeed, Defendants had previously told investors that ABPDAU is a metric used "to understand

2    how [Roblox is] monetizing across all of [its] users."  Therefore, Defendants' December 15, 2021

3    disclosure of declining ABPDAU started to reveal to investors that Roblox was not actually

4    successful in generating bookings from a purportedly older userbase.

5           267.    Analyst coverage following this news confirms the market was shocked by the

6    news of declining monetization and started questioning Roblox's monetization growth through

7    parental controls and school reopening.  For example, on December 18, 2021, TheStreet[16]

8    published an article stating, "average bookings (a non-GAAP measure of revenue) per user

9    declined between 8% and 9% . . . [which] shows a negative trend taking shape."  However, the

10   market did not fully understand the risk that the Company's bookings and monetization would

11   continue declining as young children returned to their pre-pandemic lives at the end of 2021.

12   Indeed, TheStreet explained, "[w]ith all that being said, I would wait to see how this pandemic

13   boom-bust cycle plays out before I would be concerned."

14          268.    As a result, the Company's stock price remained artificially inflated, even after

15   this news, as Defendants had yet to disclose Roblox's full results for the fourth quarter of 2021,

16   when children returned to school and parents began using Roblox's enhanced parental controls to

17   closely monitor their children's usage and spending on the Roblox platform.

18          269.    Before the full fraud was revealed, therefore, Defendants engaged in one last round

19   of insider trading before their fraud would be revealed when the Company disclosed fourth quarter

20   2021 metrics on February 15, 2022.  In December 2021, Defendant Donato sold another 85,000

21   shares for proceeds over **$9.1 million**, and Defendant Guthrie sold another 60,000 shares for

22   proceeds over **$6.6 million**.  Later, in January 2022, Defendant Donato sold 42,500 shares for a

23   total of roughly **$3.4 million**, and Defendant Guthrie sold 45,100 shares for a total of **$3.7 million**.

24

25

26          _____

27          [16] TheStreet is a financial news website that provides both free content and subscription
     services.

28

### 2. Defendants Disclose Even Worse Monetization Metrics for the Full Fourth Quarter 2021

270. After the market closed on February 15, 2022, Defendants could no longer hide, obfuscate, and distort the full truth about Roblox's DAU growth or its failure to age up and drive additional bookings through an older demographic. As young children had returned to school in the fourth quarter of 2021 (i.e., October through December) and parents started using Roblox's enhanced parental controls to closely monitor their children's usage and spending on the Roblox platform, Roblox's key profitability metrics—bookings and ABPDAU—declined substantially. This new information revealed that the Company's bookings were not driven by DAU growth (since DAU growth was inflated by alt accounts), the Company was not successful aging up, and the Company's bookings were still overwhelmingly reliant on children under the age of 13.

271. On that day, Roblox issued a press release and supplemental financials disclosing poor Q4 2021 results and January 2022 key metrics. Specifically, Roblox announced that bookings growth had decelerated to 20%, well below analysts' consensus target. While DAUs were up both year-over-year and sequentially compared to the previous quarter—driven by a purportedly 49% increase in users 13 and older—ABPDAU was down 10% year-over-year and roughly 13% compared to the previous quarter. Key metrics for January 2022 were far worse: while DAUs were up 32% year over year, bookings were only up 2-3% and, most notably, ABPDAU was down a whopping 22-23%, a far cry from the 8-9% decline disclosed on December 15, 2021.

272. Also, on February 15, 2022 after the market closed, Defendants filed a shareholder letter with "a few guidelines" on their financial results. The shareholder letter explained that "Bookings . . . is where year over year comparisons are currently toughest," despite the fact that Roblox had experienced "[u]ser and engagement growth" during that same period. In other words, there was a disconnect between DAU growth (which was still purportedly strong) and declining monetization, which revealed to investors that Roblox's purportedly strong DAU growth from an

1    older audience was not leading to more bookings (for two reasons: DAUs were inflated by

2    counting alt accounts and Roblox was unable to generate bookings from older users).

3         273.   In other words, Defendants had not been successful aging up and growing

4    bookings from over-13 users.  Indeed, Defendants finally admitted that the lower monetization

5    metrics (bookings and ABPDAU) were directly caused by lower usage from under-13 users,

6    which revealed to investors for the first time that, contrary to Defendants' repeated public

7    statements to the contrary, Roblox had not aged up and was still overwhelmingly reliant on the

8    under-13 users.  Specifically, during the related earnings call before the market opened on

9    February 16, 2022, Guthrie noted disappointing monetization metrics were caused by a drop off

10   in the Company's core under-13 cohort, explaining ". . . the slower growth would be core markets,

11   U.S., the core age demographic in the U.S., under 13." This disclosure revealed to investors that,

12   contrary to Defendants' public statements, the Company still relied heavily on the under-13

13   userbase.

14        274.   In response, on February 16, 2022, Roblox's stock price dropped dramatically in

15   a single day, falling by more than $19.40 per share, or approximately **26%**, to close at $53.87 per

16   share.

17        275.   Analysts were shocked by this news and immediately lowered their price targets

18   due to the sharp deceleration in bookings growth and negative monetization trends (despite

19   purportedly strong DAU growth). With this shocking divergence between purportedly strong

20   DAU growth and weak monetization, investors finally understood that Defendants had presented

21   misleading metrics and, as a result, now understood that Roblox's "aging up" had not been as

22   successful as Defendants previously stated and was just a scheme by Defendants to inflate the

23   price of Roblox's stock price and reap over a half billion dollars in insider sales before the truth

24   was finally disclosed.

25        276.   Despite their shock over the Company's monetization results, Benchmark called

26   out Defendants' knowledge of material nonpublic information, noting they "suspect the

27   deacceleration in growth was likely **not a surprise to management**" because of "**meaningful**

28

1    **insider sales with the estimated value of stock sales in FY21 including CEO-$235M, CFO-**

2    **$122M, and CBO-$157M**."

3    277.    Similarly, on February 17, 2022, Jefferies called out Defendants for their previous

4    misleading statements and metrics touting the Company's aging up and monetization growth from

5    a purportedly older userbase.  Specifically, Jefferies argued that because "January produced the

6    most bifurcated results yet since going public: strong DAU growth . . . [but] the weakest net

7    bookings growth" the Company **needed "new metrics [] to measure the impact that . . . aging**

8    **up will have on monetization**."  Jefferies urged Roblox to "**mov[e] past buzzword and headline**

9    **metrics**" to establish metrics that truthfully and accurately conveyed to investors whether the

10   Company was successfully aging up and monetizing its older users.

11   278.    Similarly, analysts from Benchmark were shocked by the news, as they finally

12   understood that the Company's aging up campaign was not successful, and the Company had

13   been misleading investors about their DAU and bookings growth.  Specifically, on February 16,

14   2022, Benchmark stated that "RBLX reported an anemic growth rate in January bookings, which

15   if persists would calculate a +$100M miss versus F1Q22 consensus view on bookings growth."

16   In another analyst report from the same day, Benchmark stated they now believed that "outlier

17   growth results were likely fueled primarily from a global pandemic and are now normalizing" and

18   due to disclosure of declining monetization, Benchmark started to become "concerned [with]

19   management's desire to drive growth through older demographic."

20   279.    Other analysts realized that Roblox's continued reliance on under-13 users caused

21   its poor results because Roblox was facing increasing scrutiny over the exploitation of children

22   on its platform. For example, Benchmark stated that it appeared that "a user abuse narrative [] has

23   begun to materialize and could begin to erode parental confidence in the platform, which could

24   further discourage parents from supporting their child's play experience on RBLX."

25

26

27

28

**R.    Post Class Period Events Corroborate the CW Allegations About Defendants' False Reporting of User Metrics**

280.    On October 8, 2024, Hindenburg, a well-known research firm, published a short seller report revealing that Roblox has been misreporting its user metrics to the public for years. Citing "[i]nterviews with former employees, our own technical analysis[,] and a review of company disclosures," Hindenburg reported that Roblox has two sets of books—one with accurate numbers for internal planning purposes, and another with overstated metrics that the Company used to report to the public.  In other words, according to Hindenburg's findings, Roblox has intentionally presented inflated and false metrics to the public.

281.    Specifically, according to Hindenburg, Roblox has been using massively inflated DAUs to measure its userbase, and reporting those inflated metrics to the public to appear as if Roblox has more users than it actually does. These inflated DAU-based metrics resulted in what Hindenburg described as "discrepancies in numbers and trend[s] and these top line metrics" between the publicly reported numbers and the true numbers.

282.    The discrepancies in the two books resulted from Roblox's internal tracking of alts.  An alt is an account which belongs to a user who already has an account.  Because one person may have multiple alts, any metric which fails to account for these alts is inherently inaccurate. Hindenburg reported that the Company's internal books "de-alted" their metrics, or conducted verification procedures to ensure that alts were not being counted as individual DAUs. The de-alting process "results in a more accurate but lower DAU metric," according to Hindenburg.

283.    However, Roblox's public disclosures do not remove these alt accounts.  Rather, Roblox's public metrics included alts as individual DAUs. Accordingly, Roblox's reported metrics included millions of users who did not actually exist. Hindenburg estimated that based on its interview with a former Roblox, the number of users was inflated in Roblox's public filings by as much as **42%**.

284. Hindenburg reported that data engineers reported the discrepancies between internal books and public filings in 2021—during the Class Period—but they were told to "stop beating a dead horse" and that what the finance division of Roblox publicly reported was "the source of truth."

285. Hindenburg also warned that Roblox was likely deceiving the SEC. In a 2023 comment letter to the SEC, Roblox told the SEC that it was "unable to identify if a user has multiple accounts," and thus could not identify duplicate users in its public filings. Hindenburg reported that this response "appears to be a flat out lie," as multiple former employees confirmed that the Company could and did identify and strip out duplicate users.

286. Hindenburg concluded by taking Roblox to task for reporting inaccurate numbers for years, stating: "In Roblox's case, the company has misleadingly inflated the claimed number of 'people' on its platform and their level of engagement for years. The company has chosen to not have its key metrics independently audited and has instead seemingly hand-picked inflated figures for investors that do not represent the business accurately and transparently."

287. Although the Hindenburg Report is focused on the total number of DAUs (as opposed to the percentage of DAUs that are over and under the age of 13), these findings from Hindenburg corroborate the CW allegations about user demographics as well.  Like total DAUs, the CW allegations here demonstrate that there were two conflicting set of numbers for Roblox's user demographics—(1) the true numbers the CWs describe based on what they saw internally during their employment at Roblox, and (2) the public numbers reported by Defendants that contained false data about Roblox's user demographics.

288. Indeed, the SEC has recently taken an interest in Roblox's public reporting. Shortly after the Hindenburg report was published, on November 21, 2024, Hunterbrook Media reported that the SEC had opened an investigation into Roblox. On October 17, 2024, the SEC had responded to a FOIA request by Canary Data seeking information related to investigations

into Roblox by withholding responsive materials pursuant to Exemption 7(A).[17] In contrast, an earlier FOIA request by Canary Data dated August 14, 2024 which sought the same information resulted in the SEC denying any responsive information existed.  Hunterbrook Media explained this likely meant that the SEC probe of Roblox had started sometime between August 2024 and October 17, 2024—around the time that Hindenburg found that Roblox was misleading investors about its user growth metrics.

289.    Then, on February 7, 2025, Bloomberg Media reported that the SEC confirmed there was an "active and ongoing investigation" concerning Roblox. While the SEC has not disclosed the impetus for their investigation, Bloomberg pointed to the Hindenburg Report as a potentially relevant factor.

## V.    FALSE AND MISLEADING STATEMENTS AND OMISSIONS

290.    Lead Plaintiffs allege that Defendants' statements highlighted in bold and italics within this section were knowingly and materially false and misleading and/or omitted to disclose material information of which Defendants were aware or were reckless in not knowing.  As alleged herein, such statements inflated and maintained the price of Roblox's publicly traded common stock and operated as a fraud or deceit on all persons and entities that purchased common stock during the Class Period.

291.    Throughout the Class Period, Defendants made a series of misrepresentations concerning the Company's DAU growth and purported success with aging up, while simultaneously omitting material facts that the Company's DAUs were materially inflated and bookings were still overwhelmingly reliant on children under the age of 13.  As a result, Defendants' statements touting their DAU and bookings growth were false and misleading for failing to disclose the known risk that the Company's bookings and monetization growth would decline once the Company increased its parental controls and children under 13 returned to school. Defendants' statements were also false and misleading because they failed to disclose that DAUs

---

[17] Exemption 7(A) to FOIA allows the withholding of information that "could reasonably be expected to interfere with enforcement proceedings."

1  were inflated by alt accounts, and as a result, did not disclose the known the risk that bookings

2  would not grow in line with DAU growth and ABPDAU would decline even as DAUs grew.

3      **A.**    **March 10, 2021 – Start of the Class Period**

4            **1.**    **The Prospectus**

5      292.    The Class Period starts on March 10, 2021, the day Roblox went public via a direct

6  listing.  On that day, Defendants filed a Prospectus in connection with registering for resale over

7  198 million shares of Roblox's Class A common stock, which allowed the Individual Defendants

8  to resell their shares directly into the market.

9      293.    The Prospectus touted Roblox's massive growth in DAUs.  For example, the

10  Prospectus stated that "Daily active users, or DAUs, on Roblox grew 47% from 12.0 million

11  DAUs in 2018 to 17.6 million in 2019 and grew *85%, to 32.6 million, in 2020.*"

12      294.    Defendants also made the following representations in charts included in the

13  Prospectus: [18]

14

15



16

17

18

19

20



21

22

23

24

25

26

27          [18] Lead Plaintiffs have highlighted DAUs for emphasis.

28

295.    The statements in ¶¶ 293-94 about the Company's DAUs were false and misleading because the DAU numbers were inflated by at least 25 to 42%, and as a result, Defendants misled investors about Roblox's financial performance and growth.

296.    According several former Roblox employees, Roblox has been overstating DAUs since going public by counting users with multiple alt accounts as unique DAUs.  For example, CW 6 explained that the Finance team maintained separate data from the Data Science team, including Daily Active Users data. CW 6 stated that the Finance team maintained their data in a spreadsheet. CW 6 explained that Roblox's engineers in the Data Science team were able to remove alternate accounts and form Company data into specific ways depending on how different teams needed to use the data for internal purposes. According to CW 6, throughout her tenure, it was known internally that users created multiple alternate accounts.

297.    Similarly, CW 7 stated that at the time of Roblox's March 2021 direct listing, the Company maintained two sets of DAU and age demographic data.  CW 7 detailed that one set was maintained by the Finance team, and one by other divisions.  CW 7 explained that one set of DAU and age demographic data was reported publicly, and the other set of DAU and age demographic data was kept internally. CW 7 believed that Roblox was reporting the set of DAU data which included alternate accounts.  CW 7 estimated that in 2021, Roblox inflated its DAUs by between 20 and 30%.

298.    Furthermore, according to CW 7, it was known internally that a lot of under-13 users maintained alternate accounts.  CW 7 detailed that Roblox knew that alternate accounts were inflating DAU metrics.

299.    These CW allegations are corroborated by the Hindenburg Report. According to Hindenburg's research, Roblox's publicly reported metrics included millions of users which did not actually exist.  Hindenburg estimated, based on interviews of former Roblox employees, that the number of users was inflated in Roblox's public filings by as much as **42%**.

300.    According to former employees interviewed by Hindenburg, Roblox kept two sets of books with divergent topline metrics— an accurate set used for internal planning purposes, and

a falsified set, produced through its Finance group, that Defendants used to report user metrics in Roblox's SEC filings. The falsified numbers Defendants used to publicly report DAUs to the market included the alt accounts, which misled investors into believing there were more people on Roblox's platform than there were. According to a former employee interviewed by Hindenburg, around 2021 and 2022, there were efforts to resolve discrepancies in "numbers and trend[s] and these topline metrics," but they were eventually abandoned due to pushback from the finance department. The former employee stated, "The [were] just like 'give up and stop beating a dead horse,'" and what the Finance group said was the "source of truth" that was "report[ed] to the Street."

301. Moreover, Roblox had the ability to remove "alt" accounts, but Defendants chose not to report accurate DAU metrics. Indeed, the SEC reached out to Roblox about this issue, but in a 2023 comment letter to the SEC, Roblox told the SEC that it was "unable to identify if a user has multiple accounts," and thus could not identify duplicate users in its public filings. Hindenburg reported that this response to the SEC "appears to be a flat out lie," as multiple former employees confirmed that the Company could and did identify and strip out duplicate users.

302. The CW allegations further corroborate that Roblox could remove alt accounts during the Class Period. For example, CW 6 explained that Roblox's engineers in the Data Science team were able to remove alternate accounts and form Company data into specific ways depending on how different teams needed to use the data for internal purposes.

303. Therefore, although Roblox possessed internal books with accurate numbers, Roblox instead chose to report the Finance group numbers: user data that it knew was inflated and did not accurately reflect the Company's userbase or DAU growth.

## 2. Baszucki's CNBC Interview

304. Also on the first day of the Class Period, Defendants engaged in a flurry of interviews to promote Roblox and artificially inflate the price of Roblox stock.

305. For example, on March 10, 2021, Defendant Baszucki appeared on television, on Squawk Box, to discuss Roblox's direct listing. During the interview, CNBC analyst Andrew

1  Ross Sorkin noted that the Company's revenue had "been on fire," during Covid and asked

2  Baszucki what the Company would look like "a year from now given how unique this past 12-18

3  month period has been."

4      306.    In response, Baszucki bragged that the Company would continue on its current

5  growth trajectory "even after Covid." Specifically, Baszucki responded:

> We hope Covid ends as soon as possible we want to get back to normal.
> Roblox has been growing for 15 years driven by our community driven by
> the awesome content driven by our creators and driven by the ability for
> people to do things together. ***That's a long-term growth path and we
> believe that continues forward even after Covid***.

9      307.    The CNBC analyst then asked Baszucki about monetization as the Company

10  scaled up to an older userbase, asking: "What do you think the user growth looks like let's say a

11  year or two out from now, and let's also talk about monetization over that period because one of

12  the things that I think you've said in the prospectus itself was that one of the risks is that in a post-

13  pandemic world you are not sure you're going to make as much money."

14      308.    In response, Baszucki claimed the Company's monetization growth would

15  continue after COVID and that this monetization growth was in line with the Company's user

16  growth (which was purportedly getting older). Specifically, Baszucki responded:

> Users have been growing virally as I said and what's really exciting is ***a lot
> of the stuff we've seen in Covid . . . [a] lot of that's going to continue
> going forward so we're very optimistic about the growth and on the
> monetization***. What's really exciting about Roblox is it's free for most
> people but people who want to and who are interested can use our virtual
> economy. ***That virtual economy* [i.e., monetization] *has also been scaling
> with our user and engagement growth and we're very optimistic about it***.

22      309.    However, Baszucki's statements in ¶¶ 306 and 308 were false and misleading

23  because he knew that the monetization growth would not "continue going forward." Indeed,

24  internally, Defendants admitted that bookings would decline once children returned to school post

25  COVID-lockdowns. For example, according to CW 2, Baszucki and Guthrie told employees

26  during town hall and quarterly meetings starting before the direct listing in March 2021 that its

27

28

1    bookings would decline.  CW 2 detailed that leadership specifically told employees that Roblox

2    was enjoying a COVID bump but that it would not last after COVID lockdowns lessened and

3    children returned to school.  CW 2 detailed that Defendant Guthrie told employees during internal

4    town hall and quarterly meetings in 2021 that bookings growth would not last past COVID and

5    therefore it was the right place right time to go public. CW 2 stated that CEO Dave Baszucki

6    attended these town hall and quarterly meetings.

7         310.    Moreover, several CWs confirm that Defendants knew that implementing parental

8    controls—which Defendants were facing increased pressure to do—would also harm the

9    Company's monetization, since its bookings were overwhelmingly reliant on under-13 children.

10   For example, according to CW 3, it was known that implementing parental controls would

11   negatively impact revenue because its userbase was largely under 13-years-old.  CW 3 recalled

12   that during her tenure, Roblox employees asked Baszucki during town hall meetings how Roblox

13   was going to address parental controls while simultaneously conserving resources.  CW 3 further

14   recalled that Baszucki responded to these concerns by indicating that Roblox was going to address

15   parental concerns as little as possible so that it would not negatively impact revenue.  According

16   to CW 3, it was a huge priority for Roblox to attract an older audience throughout her tenure,

17   partially because leadership knew that it had to address parental controls due to external pressures

18   from parents and the news media.

19        311.    Indeed, CW 5 detailed that she and members of the Content Safety team were

20   instructed by current Product Manager Aykud Gönen to be careful when implementing new safety

21   features on the platform so that they would not negatively affect bookings growth and user

22   engagement.  CW 5 explained that she and her colleagues were told to roll out new safety features

23   slowly and to "keep an eye on topline metrics."  CW 5 recalled that if Roblox noticed that newly

24   rolled out safety features negatively affected its bookings growth, employees were told to pause

25   the roll out, reassess and dive into what is happening.

26        312.    Baszucki's statement in ¶ 308 was further false and misleading because it led

27   investors to believe that the Company was growing the virtual economy—i.e., bookings—in line

28

1   with DAU growth—which Defendants claimed was from an ostensibly older audience.  But this

2   was false; not only because the Company had failed to attract an older audience, but also because

3   bookings were not growing in line with the publicly reported DAU growth.  Indeed, Roblox's

4   DAU growth was inflated by alt accounts, and the Company's bookings were still reliant on the

5   under-13 audience.  Therefore, Roblox's bookings growth would not scale with Roblox's publicly

6   reported user growth because many of Roblox's DAUs were alt accounts, and DAU growth

7   caused by alt accounts would not cause a commensurate increase in bookings growth (since they

8   are not unique, individual users).  Accordingly, Baszucki's statement was false and misleading

9   for the additional reason that it suggested the Company's booking growth would scale with user

10  growth. But Baszucki's statement failed to disclose the material fact that DAUs were inflated by

11  alt accounts (who would generate significantly fewer bookings than true new users). Therefore,

12  Baszucki failed to disclose the known risk that bookings would not increase with DAU growth

13  (since the DAU metric was being falsely inflated) and ABPDAU would decline even as DAUs

14  purportedly grew.

15          **B.      March 11, 2021 – Schwab Network Interview**

16          313.    On March 11, 2021, Defendant Guthrie participated in an interview with Schwab

17  Network to discuss Roblox's direct listing.  In the interview, the Schwab Network reporter

18  expressed some skepticism, asking Guthrie about the Company's extremely high valuation: "you

19  are debuting at a market value of roughly the entire value of Electronic Arts, that has Star Wars

20  franchises and sports franchises, how do you live up to that, Mike?"

21          314.    In response, Guthrie touted the Company's purported success aging up as the main

22  driver of the Company's valuation.  Specifically, Guthrie stated:

23                  What will keep us growing will be a continued investment in innovation,
                    making the platform better and better so that the content that our developers
24                  can build is more interesting and more compelling.  Over the last few years
                    what has really happened on our platform is international growth and aging
25                  up. So what we've seen is . . . we're starting to see the user base get older.
                    ***We now have about 44% of our users that are [] over the age of 13***, and
26                  some of that is because just better and better and more compelling content.

27

28

315.    Defendant Guthrie's statement was false.  According to CW 2, users under-13-years-old represented 60 to 70% percent of Roblox's users in March 2021. Similarly, according to CW 3, at least 70% of Roblox users in April 2021 were under-13-years-old.  In other words, users over-the-age-of-13 made up only 30-40% of Roblox's total users at that time.  Therefore, Defendant Guthrie's statement that the Company already had 44% of its users over the age of 13 was false because the number was, at best, only 30-40% of users.

316.    Defendant Guthrie's statement—made on day two of Defendants' scheme—was also misleading because it touted the Company's aging up success in response to a direct question about the Company's valuation.  Because investors cared about how aging up would translate into future bookings growth, Defendants' statement touting Roblox's purported aging up success—and lying about how many users were already over 13 years old—in response to why Roblox's valuation was so high led investors to believe that the Company's purported success aging up was sustaining the Company's bookings growth, when in reality, the Company's bookings success continued to be driven overwhelmingly by the unsustainable under-13 userbase.

317.    Moreover, these statements were misleading because the reported metrics were not reflective of the true demographics of the userbase and gave the false impression that the Company was successfully "aging up."  In truth, internal data did not show that Roblox was successfully attracting older users. Rather, internal data showed that under-13 users often lied about their age to get access to more mature content and this skewed the age demographic data.

318.    For example, CW 7 explained that throughout most of 2021, Roblox did not require users to provide any documentation to confirm their birthdays.  According to CW 7, users needed to enter an email address, date of birth, and password to access Roblox's platform in 2021. CW 7 explained that although some data reflected in 2021 that Roblox was aging up its platform, this data was skewed and unclear because it was obvious that under-13 users were self-reporting fake birthdays to make themselves appear older so they could access more mature games and content on the platform.

319.    Similarly, CW 6 reported that there was widespread concern within the Company that the data that reflected Roblox was attracting older users was not accurate.  According to CW 6, Roblox employees did not trust the data that reflected Roblox was growing its 13-and-over userbase because the age data reported by Roblox users did not make sense statistically.

320.    Specifically, CW 6 explained that this data showed that under-13 users often lied about their age to get access to more mature content.  For example, internal data showed that there were huge spikes in Roblox users that self-reported their age as 100 years old or had a birthday that started on January 1.  CW 6 knew this because she reviewed the data herself in her role as a Data Scientist.

321.    Indeed, Defendant Guthrie himself did not trust the data that showed they were aging up.  According to CW 6, in 2019 Defendant Guthrie asked the Data Science team to review the age demographic data and create a report that smoothed out the age curve to eliminate the falsely reported age data to determine if Roblox was attracting over-13 users. CW 6 detailed that her colleague, a former BizOps Analyst, queried user data and filtered out age anomalies and clumps to determine the true age demographics of Roblox users. CW 6 recalled that she and the Vice President of Finance then created a report with the findings, which was presented in a 2019 meeting that was attended by Guthrie and the Finance team.

322.    Indeed, CW 6 recalled that after user age anomalies were filtered out, the data reflected that the majority of Roblox's users were under 13-years-old.  According to CW 6, there was no real trust in the data even after user age anomalies were scrubbed out because users that lied about their age often went undetected. For example, CW 6 noted that some under-13 users signed up for Roblox by using their real birth month and day and a parent's birthyear to make themselves appear older.

323.    Additionally, CW 6 stated that former Vice President of Product Deepak Chandrasekaran said that he did not want to consider using the data that reflected that Roblox was attracting older users in internal Company decisions because he did not trust it.  CW 6 explained that Chandrasekaran reported to and mostly worked with Defendant Baszucki.  According to CW

6, Baszucki maintained tight control over Company decisions and almost all large decisions were made by Baszucki.  CW 6 added that she constantly created presentations for Baszucki.

324.    CW 7 noted that the Finance team was not keen on using the data maintained by the Data Science team because they knew that the data the Finance team possessed would allow them to meet their goals, so Finance continued using their data and not data maintained by the Data Science team.

325.    Similarly, according to CW 7, Roblox did not have a system in place in 2021 to accurately determine the age of its users because it was known internally that under-13 users lied about their age to make themselves appear older to access mature content and games on the platform.  CW 7 recalled that in 2021, Roblox hired external research vendors and consultants, including SurveyMonkey, to obtain accurate user age demographic data by surveying Roblox users and their parents.  CW 7 stated that after conducting their surveys, these third parties concluded in 2021 that most of Roblox's users were under-13.  CW 7 noted that this third-party research was saved in spreadsheets and Google Docs, and that she had access and reviewed data points from this research which reflected that most of Roblox's users in 2021 were under-13.

326.    Finally, the Hindenburg Report explained that discrepancies between the Data Science group's analysis and what Finance reported publicly were never remediated and continued throughout 2021 and 2022.  Accordingly, the data that the Company was publicly reporting through the Finance group was and continued to be inaccurate throughout the Class Period, including by reporting inaccurate age data.

**C.    May 10 and 11, 2021 – Q1 2021 Press Release and Earnings Call**

327.    On May 10, 2021, ERoblox issued a press release, supplemental financial information, and a letter to its shareholders reporting strong financial results for the first quarter of 2021, i.e., January through March of 2021 (the "Q1 2021 Press Release"), including sharp increases in bookings and revenue, and positive trends in DAUs and hours engaged.  The Q1 2021 Press Release falsely stated that DAUs "*were 42.1 million, an increase of 79% year over year*."

328.    This statement was false and misleading for the same reasons outlined in ¶¶ 295-303: because it omitted the material fact that much of the supposed growth in DAUs were caused by alt accounts, Defendants misled investors into believing that the Company was experiencing massive DAU growth that would lead to commensurate bookings growth.    As a result, this statement failed to disclose the known risk that these inflated DAU numbers would not produce a correspondingly increased number of bookings.

329.    The Q1 2021 Press Release falsely stated in Q1 2021, i.e., January through March of 2021, "*our demographics continued to expand with users over the age of 13 growing at 111% and now accounting for 49% of the user base*."

330.    The next morning, on May 11, 2021, Defendants held an earnings call before the market opened to discuss the Company's Q1 2021 earnings.    On the call, Defendant Baszucki also falsely touted the Company's aging up success.    Specifically, Baszucki stated: "As far as aging [up], we continue to be impressed by the quality of the content and the creations that our developers are making.    And more and more of the content is helping drive this exciting trend, *which we're close to passing, if not passing . . .  having more of our users being 13 over than under 13*." Defendant Baszucki also doubled down on the Company's quantification of the over-13 demographic growth, claiming "In Q1, our over 13 DAUs *grew by 111%*[.]"

331.    However, the statements in ¶¶ 329-30 were false because the real, internal data showed that under-13 users still made up an overwhelming majority of Roblox users at that time. According to CW 2, users under-13-years-old represented 60 to 70% percent of Roblox's users in March 2021.    Similarly, CW 3 stated that at least 70% of Roblox users in April 2021 were under-13-years-old.

332.    Additionally, these statements were false and misleading for the same reasons for the same reasons outlined in ¶¶ 317-26.    Specifically, these metrics were not reflective of the true demographics of the userbase and gave the false impression that the Company was successfully "aging up."    In truth, internal data did not show that Roblox was successfully attracting older users.    *See* ¶¶ 317-26.

333.    Furthermore, these statements were false and misleading because they omitted the material fact that much of the supposed growth in over 13 DAUs were in truth caused by alt accounts, *see* ¶¶ 295-303, misleading investors into believing that the Company was experiencing massive DAU growth that would lead to commensurate bookings growth. As a result, these statement failed to disclose the known risk that these inflated DAU numbers would not produce a correspondingly increased number of bookings.

### D.    May 13, 2021 – Q1 2021 Form 10-Q

334.    Then, on May 13, 2021, Roblox published its quarterly report for the first quarter of 2021 (the "Q1 2021 10-Q"). In the Q1 2021 10-Q, which was certified as accurate by Defendants Baszucki and Guthrie, Roblox touted its DAU growth, stating that "[d]uring the three months ended March 31, 2021, we averaged **42.1 million daily active users, or DAUs**," and published the below chart:



335.    The statement in ¶ 334 about DAU growth was false and misleading because it omitted the material fact that much of the supposed growth in DAUs were in truth caused by alt accounts, *see* ¶¶ 295-303, misleading investors into believing that the Company was experiencing massive DAU growth that would lead to commensurate bookings growth.  As a result, this statement failed to disclose the known risk that these inflated DAU numbers would not produce a correspondingly increased number of bookings.

336.    Based on Defendants' false and misleading statements, analysts were convinced that DAU growth from older users would sustain Roblox's blockbuster growth through COVID reopening, when young children returned to school.  For example, in an analyst report titled "Strong Out of the Gate; International and 13-Over Lead DAU Growth," a J.P. Morgan analyst wrote: "Growth in users was led [in part] . . . [b]y age, nearly half the platform is now 13-over following faster growth from the cohort. . . . **More notable in our view is ABPDAU up 6% m/m in April, which we think indicates that bookings/payer conversion could be stickier than users as the platform moves toward reopening**."

337.    Analysts from Morgan Stanley were similarly convinced that the Company's growth trajectory remained intact despite shifting demographics and Covid reopening, and increased their price targets, writing: "Aging Up Underway… Roblox continues to add more users and engagement even as re-opening continues . . . . **This continued user, engagement and bookings growth should give investors more confidence in the durability of RBLX's forward growth**."

### E.    August 16 and 17, 2021 – Q2 2021 Reporting

338.    On August 16, 2021, after the NYSE closing bell, Roblox issued a press release that included its Q2 2021 financial results.  In the press release, Roblox reported Q2 2021 bookings of $665.5 million and Q2 2021 revenue of $454.1 million.  Both figures showed double-digit year-over-year growth.

339.    That same day, on August 16, 2021, Roblox published its quarterly report for the second quarter of 2021 (the "Q2 2021 10-Q"). In the Q2 2021 10-Q, which was certified as accurate by Defendants Baszucki and Guthrie, Roblox touted its DAU growth, stating that "[d]uring the three months ended June 30, 2021, we averaged **43.2 million daily active users, or DAUs**," and published the below chart:



340.    The statement in ¶ 339 about DAU growth was false and misleading because it omitted the material fact that much of the supposed growth in DAUs were in truth caused by alt accounts, *see* ¶¶ 295-303, misleading investors into believing that the Company was experiencing massive DAU growth that would lead to commensurate bookings growth.  As a result, this statement failed to disclose the known risk that these inflated DAU numbers would not produce a correspondingly increased number of bookings.

341.    The related earnings call was held before the market opened on August 17, 2021. During the call, Defendant Baszucki characterized 13-and-over users as one of the Company's major "growth vectors," stated that users over the age of 13 now made up the majority of Roblox's users, and framed DAUs as the metric upon which investors should evaluate the Company's growth:

> One thing we're really excited about is our 13 year and up growth. **We have passed having the majority of people on our platform be 13 and over as opposed to 13 and under**, which is a huge benchmark for us. And in Q2,

we saw 46% 13 and up DAU growth year-on-year, which is a great bellwether for where we're going.

342.    Defendant Baszucki's statement was false because the large majority of users were still under 13.  Indeed, several CWs confirm that, **throughout** all of 2021, the majority of Roblox users were still under 13.  For example, CW 3 stated at least 70% of Roblox users in April 2021 were under-13-years-old.  This number remained above 60% through the end of 2021.  According to CW 4, 60 to 70% percent of Roblox's total users in October 2021 were under-13-year-olds.  CW 4 knew this information because she reviewed user data, including age demographic data, regularly in 2021.  Similarly, CW 2 stated that users under 13-years-old represented 60 to 70% of Roblox's users at the end of 2021. CW 2 knew this information because Baszucki and Guthrie presented the information about bookings-by-age during town hall meetings that CW 2 attended.

343.    Additionally, these statements were false and misleading for the same reasons for the same reasons outlined in ¶¶ 317-26.  Specifically, these metrics were not reflective of the true demographics of the userbase and gave the false impression that the Company was successfully "aging up."  In truth, internal data did not show that Roblox was successfully attracting older users.  ¶¶ 317-26.

344.    Later during the August 17, 2021 call, an analyst asked specifically about the difference in monetization between the under 13 and over 13 age groups, since Defendants did not publicly disclose that information.  The analyst asked: "Can we talk about the trends, particularly usage and spending trends between the over 13 and under 13 audience?"

345.    In response, Defendant Guthrie falsely stated that the monetization between the over and under 13 age groups was the same.  Specifically, Guthrie claimed: "Yeah. ***They're incredibly similar*** is the short answer. If you – pure engagement and ***monetization [] whether under 13 or over 13 is actually quite similar***."

346.    Defendant Guthrie's statement was materially false and misleading because the monetization, i.e., bookings, between the two groups was **not** similar.  At that time, the under-13 age group also accounted for an overwhelmingly majority of the Company's bookings.  According

1    to CW 5, in September 2021, a significant portion of Roblox's bookings still came from users

2    under-13 years-old.  CW 5 detailed that easily a majority—between 60 and 70%—of Roblox's

3    bookings in September 2021 came from users under 13-years-old.  CW 5 knew this because she

4    viewed the metrics on Roblox's analytics platform, which were maintained in Grafana.  CW 5

5    explained that Roblox's analytics platform was updated daily and contained topline metrics,

6    including bookings-by-age-group and time spent on the platform.  CW 5 confirmed that the

7    Company's analytics platform separated bookings into different age groups.

8        347.    CWs also confirm that, at this time, the games generating the highest bookings

9    were overwhelmingly those designed for and played by children under 13.  For example, CW 5

10   stated that Roblox obtained a significant portion of its bookings from a few so-called "whales,"

11   almost all of whom were under-13-years-old.  According to CW 3, Roblox generated most of its

12   revenue from a few really big games, including *Adopt Me!*, that were mostly aimed at under-13-

13   year-olds.

14       348.    Moreover, Defendants knew that Roblox's monetization came mostly from under

15   13-year-olds because internally they broke down bookings by user demographics.  According to

16   CW 5, bookings-by-age-group was a big point of interest and was discussed during town hall

17   meetings, which were held every two weeks.  CW 5 stated that Baszucki, Guthrie, and Donato

18   attended these town hall meetings, and Baszucki and Guthrie specifically discussed bookings-by-

19   age-group during these meetings.

20       349.    Although Defendants attributed the Company's financial success, in part, to aging

21   up the platform, numerous CWs confirm that, at this time, aging up was largely a failure.  For

22   example, CW 3 recalled that Roblox was not very successful in aging up its platform by the time

23   of her departure.  CW 3 further recalled that this was a concern brought up by Roblox's Board of

24   Directors because Roblox knew it needed to attract an older audience in order to sustain growth.

25   CW 3 added that Roblox's Board of Directors were aware that its inability to age up its platform

26   was a concern for investors. Similarly, CW 6 reported there was widespread concern within the

27   Company that the data that reflected Roblox was attracting older users was inaccurate. And

28

1    according to CW 7, it was known internally in 2021 that a lot of under-13 users maintained

2    alternate accounts, and Roblox knew that alternate accounts were inflating DAU metrics.

3        350.    Defendant Guthrie's statement in ¶ 345 was also misleading because it led

4    investors to (wrongly) believe that the Company's aging up efforts led to strong bookings and

5    monetization growth, while concealing the known, material fact that this bookings growth was

6    still overwhelmingly fueled by under-13 users at that time.  Because Defendants did not publicly

7    disclose the percentage of bookings generated by under 13-year-olds, Guthrie's statement was

8    misleading because it led investors to believe that the over-13 userbase was responsible for the

9    positive bookings and monetization trends experienced in the quarter, when in reality, Roblox's

10   bookings growth was largely still reliant on the unsustainable under-13 userbase.  As a result, the

11   statement was false and misleading for failing to disclose the known risk that the Company's

12   bookings and monetization growth would decline once the Company increased its parental

13   controls and children under 13 returned to school.

14       351.    Indeed, Defendants themselves knew that bookings would decline once children

15   returned to school.  According to CW 2, Baszucki and Guthrie told employees during town hall

16   and quarterly meetings starting before the direct listing in March 2021 that the Company's

17   bookings would decline.  Specifically, CW 2 detailed that Defendant Guthrie told employees

18   during internal town hall and quarterly meetings in 2021 that bookings growth would not last past

19   COVID.

20       352.    In addition to misstatements about user and booking demographics, Defendants

21   also continued to misrepresent the growth of their userbase and DAU metrics during the earnings

22   on August 17, 2021.  During that call, Defendant Baszucki touted the growth of Roblox's DAUs,

23   claiming that he was "once again very proud with our *29% DAU growth year on year*, specifically

24   because we've been lapping that since the lockdown quarter in Q2 a year ago."

25       353.    This statement was false and misleading because it omitted Roblox's inclusion of

26   alt accounts to inflate its DAU numbers. *See* ¶¶ 295-303.

27

28

354. Based on Defendants' false and misleading statements, analysts believed that increases DAUs, especially from older users, was a strong indication that Roblox was sustaining its growth through COVID reopening and would continue its bookings growth. For example, BTIG initiated coverage on Roblox on October 26, 2021, and issued a "Buy rating" on the stock based on "**Encouraging Post-COVID User Growth**." Specifically, BTIG was "bullish on long-term DAU and developer growth" and believed "**DAU will be a key driver of bookings performance, and we've been pleasantly surprised by recent performance against difficult COVID comps**."

355. Similarly, on August 17, 2021, analysts from Morgan Stanley raised their price targets, noting with respect to aging up: "RBLX passed an important milestone in 2Q as the majority of users on the platform are now over 13 years old . . . **these more mature users now account for most DAUs and time spent on RBLX. . . .[T]his speaks to RBLX's continued success [in] retaining users over time**."

F.    **November 8 and 9, 2021 – Q3 2021 Reporting**

356. On November 8, 2021, Roblox issued a press release that included its Q3 2021 financial results. In the press release, Roblox reported Q3 2021 bookings of $637.8 million and Q1 2021 revenue of $509.3 million. Both figures exceeded analysts' expectations. In the press release, Defendant Baszucki again represented that engagement, rather than ABPDAU, was the most important metric to track the Company's long-term growth trajectory, and downplayed the impact that COVID reopening was having on the Company's business: "Engagement is our north star . . . people of all ages from across the globe chose to spend over 11 billion hours on Roblox." Defendant Guthrie added that "all of our core metrics . . . displayed strong year-over-year growth despite lapping COVID-impacted periods and back-to-school seasonality."

357.    On November 9, 2021, Roblox published its quarterly report for the third quarter of 2021 (the "Q3 2021 10-Q"). In the Q3 2021 10-Q, which was certified as accurate by Defendants Baszucki and Guthrie, Roblox touted its DAU growth, stating that "[d]uring the three months ended September 30, 2021, we averaged ***47.3 million daily active users, or DAUs***," and published the below chart:



358.    The statement in ¶ 357 was false and misleading because it omitted the material fact that much of the supposed growth in DAUs were in truth caused by alt accounts, *see* ¶¶ 295-303, misleading investors into believing that the Company was experiencing massive DAU growth that would lead to commensurate bookings growth. As a result, these statements failed to disclose the known risk that these inflated DAU numbers would not produce a correspondingly increased number of bookings.

359.    The related earnings call was held on November 9, 2021. On the call, Defendant Baszucki discussed how Roblox was protecting younger users from inappropriate content while becoming mainstream for older audiences, and continued to claim that users 13 and over made up a majority of Roblox's base. He stated:

> We're already doing this, and I see the metrics every week. They are already really good, and they keep getting better and better. It's really the top priority on the platform. I feel we're in a really good position and that we're starting from a difficult place, which is creating a civil society for people of all ages. . . . We're already doing it. We already have a lot of

older people on the platform. ***Over half of our people are over 13-year-old plus***.

360. Defendant Baszucki's statement was false because the large majority of users were still under 13. Indeed, several CWs confirm that, **throughout** all of 2021, the majority of Roblox users were still under 13. For example, CW 3 stated at least 70% of Roblox users in April 2021 were under-13-years-old. This number remained above 60% through the end of 2021. According to CW 4, 60 to 70% percent of Roblox's total users in October 2021 were under-13-year-olds. CW 4 knew this information because she reviewed user data, including age demographic data, regularly in 2021. Similarly, CW 2 stated that users under 13-years-old represented 60 to 70% of Roblox's users at the end of 2021. CW 2 knew this information because Baszucki and Guthrie presented the information about bookings-by-age during town hall meetings that CW 2 attended.

361. Additionally, these statements were false and misleading for the same reasons for the same reasons outlined in ¶¶ 317-26. Specifically, these metrics were not reflective of the true demographics of the userbase and gave the false impression that the Company was successfully "aging up." In truth, internal data did not show that Roblox was successfully attracting older users. ¶¶ 317-26.

362. On the call, Defendant Guthrie directed investors' attention away from ABPDAU and assured investors that the growing number of DAUs would lead to more bookings growth, further downplaying the critical fact that bookings were not keeping pace with purported DAU growth. Specifically, Guthrie stated:

> ***Right now***, again, we generally are looking at ***bookings growth as driven primarily by user and engagement growth***. ***We get the question a lot about the ratios between monetization per user, and I'll just caution that when you have high bookings growth and high user growth, just the rate of change in the numerator and denominator can make numbers look like they're going up or down***. Generally, our trends with monetization over a very long period of time are that those payer cohorts tend to increase in monetization over a very long period of time.

363. Defendant Guthrie's statements were false and misleading because they led investors to (wrongly) believe that the Company's purported DAU growth led to strong bookings

1   and monetization growth, while concealing the known, material fact that DAU growth was

2   overstated and would not lead to additional bookings because many of Roblox's DAUs were alt

3   accounts, and DAU growth caused by alt accounts would not lead to a commensurate increase in

4   bookings growth (since they are not unique, individual users).  Moreover, Guthrie's statements

5   concerning monetization trends over time were materially misleading because they intentionally

6   directed investors' attention away from monetization metrics such as ABPDAU, which showed

7   that the rate of average bookings per user trailed as the Company purportedly grew DAUs.

8       364.    As a result, Guthrie's statements were false and misleading for failing to disclose

9   that DAUs were inflated by alts and that Roblox still obtained an overwhelming majority of its

10  bookings from under-13 users, and thus, there was a known and imminent risk that the Company's

11  bookings and monetization growth would decline now that the Company increased its parental

12  controls and children under 13 returned to school.  Similarly, there was a known risk these inflated

13  DAU numbers would not produce correspondingly increased bookings and would lead to lower

14  ABPDAUs, due to the prevalence of alts.

15      365.    Based on Defendants' false and misleading statements, analysts were convinced

16  that the Company was seeing positive monetization trends as it expanded DAUs beyond its core

17  under-13 base.  For example, analysts from Jefferies wrote on November 9, 2021: "We were

18  pleased to see **monetization come in better than expected**, putting an end to 4 months of

19  declining spend per hour of engagement. **We believe this is helping to calm investor concerns**

20  **about school re-opening** . . . ."

21      366.    Similarly, on November 17, 2021, analysts from Morgan Stanley raised their price

22  targets, noting they were "particularly encouraged by the October trends (bookings/DAUs/hours

23  . . . ) **as we think they speak to RBLX's better than appreciated growth runway/ability to**

24  **continue growing its user base, engagement, and monetization even through reopening**."

25      367.    In reaction to Defendants false and misleading statements before the market

26  opened on November 9, 2021, Roblox's stock jumped **42%** to $109.52 per share by the close of

27  trading on November 9, 2021, a record high closing price at the time.  As discussed in Section

28

IV(P), Defendants took advantage of this artificially inflated stock price and sold roughly $169 million in Roblox stock over the next two weeks, knowing that Roblox's growth was declining and their fraudulent scheme would soon end.

## VI.    LOSS CAUSATION

368.    During the Class Period, as detailed herein, Defendants made material misrepresentations and omissions and engaged in a scheme to deceive the market and a course of conduct that artificially inflated the price of Roblox's publicly traded common stock and operated as a fraud or deceit on Class Period purchasers of Roblox common stock by failing to disclose and misrepresenting the adverse facts detailed herein.

369.    Throughout the Class Period, Defendants lied to investors about Roblox's DAU growth and success aging up.  Specifically, Defendants: (1) overstated Roblox's total DAUs; (2) lied about how many users were over 13 years old and misled investors about Roblox's bookings growth from over-13 users; and (3) concealed and misrepresented that Roblox continued to rely on under-13 users for a majority of its DAUs and bookings.

370.    Defendants' false and misleading statements led investors to believe that Roblox's DAU growth from this purportedly older userbase was sustaining the Company's monetization growth through school reopening and enhanced parental controls.  Indeed, investors did not know that Roblox still relied on under-13 users for most of its DAUs and bookings, and as a result, they did not fully understand the risk that Roblox's monetization growth would decline once children returned to school and Roblox rolled out enhanced parental controls.  Similarly, investors did not understand that DAUs were inflated by alt accounts, and thus did not understand the risk that bookings would not grow in line with DAU growth and ABPDAU would decline even as DAUs grew.

371.    Class members unknowingly and in reliance upon Defendants' materially false or misleading statements and/or omissions purchased Roblox common stock at artificially inflated prices.  But for Defendants' misrepresentations, omissions, and fraudulent scheme, Lead Plaintiffs

and other Class members would not have purchased Roblox stock at the artificially inflated prices at which it traded during the Class Period.

372.    The relevant truth regarding Defendants' fraud was revealed in two corrective disclosures and/or materializations of concealed risk (one partial, the other final and full) that occurred before the market opened on December 15, 2021 and after it closed on February 15, 2022.  During this period, Roblox's stock fell precipitously as the artificial inflation caused by Defendants' unlawful conduct and fraudulent scheme exited Roblox's stock price, and the full truth was known to the market, such that there was no longer any artificial inflation in Roblox's stock price attributable to the fraud.

373.    The decline in Roblox's stock price during this period, as summarized below, is directly attributable to the market absorbing information that corrected and/or reflected the materialization of risks concealed by the Defendants' material misrepresentations or omissions.

374.    As a result of their purchases of Roblox common stock during the Class Period, Lead Plaintiffs and other Class Members suffered economic loss (i.e., damages) under the federal securities laws.  Defendants' materially false and misleading statements had the intended effect and caused Roblox common stock to trade at artificially inflated levels throughout the Class Period, reaching as high as $134.72 per share on November 19, 2021.

375.    By concealing from investors the adverse facts detailed herein, Defendants presented a misleading picture of Roblox's business and growth.  When the truth about the Company and the extent of the fraud was revealed to the market, the price of Roblox common stock fell significantly.  This decline removed the inflation from the price of Roblox common stock, causing real economic loss to investors who had purchased Roblox common stock during the Class Period.

376.    The decline in the price of Roblox common stock, as detailed below, was a direct or proximate result of the nature and extent of Defendants' fraudulent misrepresentations and omissions being revealed to investors and the market and/or the materialization of the risks concealed by Defendants' misrepresentations and omissions.

377.    The economic loss, i.e., damages, suffered by Lead Plaintiffs and other Class members was a direct result of Defendants' false and misleading statements, their fraudulent scheme to artificially inflate the price of Roblox common stock, and the subsequent decline in the value of Roblox common stock when Defendants' prior misrepresentations and other fraudulent conduct were revealed.

378.    The market for Roblox common stock was open, well-developed, and efficient at all relevant times, with average daily trading volume of approximately 13,331,878 shares during the Class Period.  As a result of Defendants' misstatements and material omissions, as alleged herein, Roblox's common stock traded at artificially inflated prices.  Lead Plaintiffs and other Class members purchased Roblox common stock relying upon the integrity of the market relating to Roblox common stock and suffered economic losses as a result thereof.

379.    The declines in Roblox's common stock price on December 15, 2021 and February 16, 2022 were the direct and foreseeable result of the nature and extent of Defendants' prior misstatements and omissions being revealed and/or the materialization of the risks concealed by Defendants' misrepresentations or omissions before the market opened on December 15, 2021 and after the market closed on February 15, 2022.  The timing and magnitude of Roblox's stock price decline evidence the impact Defendants' statements had on the Company's stock price during the Class Period and negate any inference that the loss suffered by Lead Plaintiffs and other Class members was caused by changed market conditions or macroeconomic, industry, or Company-specific factors unrelated to Defendants' fraudulent conduct.

A.    **December 15, 2021 – Partial Corrective Disclosure/Materialization of the Risk**

380.    On December 15, 2021, before the market opened, the relevant truth and foreseeable risks concealed by Defendants' misconduct and their false and misleading representations and omissions during the Class Period were revealed and/or partially materialized. On that day, Roblox issued a press release announcing November 2021 key metrics.  Specifically, Defendants disclosed that estimated bookings for November 2021 were between $208 million and

1    $211 million, a 22-24% increase year over year.  This was lower than analyst expectations for

2    bookings.  Moreover, in the press release, Defendants also disclosed that ABPDAU—a key

3    profitability metric for the Company—was down 8-9% year over year.

4    381.    These disclosures of slowing profitability metrics—bookings and ABPDAU—

5    caused investors significant losses, as the disclosures revealed some of the truth concealed and/or

6    obscured by Defendants' prior misstatements and omissions concerning Roblox's DAU growth

7    and aging up success.  The disclosures of declining monetization trends were the foreseeable

8    consequences of, and within the zone of risk concealed by, Defendants misrepresentations and

9    omissions touting their DAU growth and aging up success, and misstating and/or omitting the

10    material fact that Roblox's DAUs were inflated and the Company still relied on under-13 users

11    for a majority of its users and bookings and, as a result, the Company's bookings would decline

12    once children under 13 returned to school and Roblox implemented enhanced parental controls.

13    382.    The market reacted quickly and decisively to this news, which started to reveal

14    that Roblox's monetization growth was not scaling with its purportedly growing DAUs, and

15    Roblox's bookings would decline substantially as under-13 children returned to school and

16    Roblox implemented enhanced parental controls (since, unbeknownst to investors, Roblox was

17    still overwhelmingly reliant on the under-13 userbase). As a direct and proximate result of this

18    partial corrective disclosure and/or materialization of foreseeable risks concealed by Defendants'

19    fraud, the price of Roblox's common stock fell by $9.72 per share, or approximately 9.5%, to

20    close at $97.95 per share on December 15, 2021.

21    383.    Indeed, analyst reactions demonstrate that the market was shocked and started

22    questioning Roblox's monetization growth following this news.  For example, on December 18,

23    2021, TheStreet published an article stating, "[t]hese numbers . . . are a deceleration from the past

24    few months" and, more specifically, "average bookings (a non-GAAP measure of revenue) per

25    user declined between 8% and 9% . . . [which] shows a negative trend taking shape."  However,

26    the market did not fully understand the risk that the Company's bookings and monetization would

27    continue declining as young children returned to their pre-pandemic lives at the end of 2021.

28

Indeed, TheStreet explained, "[w]ith all that being said, I would wait to see how this pandemic boom-bust cycle plays out before I would be concerned."

384.    However, the Company's stock remained artificially inflated, even after this news, as Defendants had yet to disclose the full truth or the Company's fourth quarter 2021 results, when children returned to school and parents began using Roblox's enhanced parental controls to closely monitor their children's usage and spending on the Roblox platform.

**B.    February 15 and 16, 2022 – Final Corrective Disclosure/Materialization of the Risk**

385.    On February 15, 2022, after the market closed, Defendants could no longer hide, obfuscate, and distort the full truth about Roblox's DAU growth and aging up success.  As young children returned to school in the fourth quarter of 2021 (i.e., October through December) and parents started using Roblox's enhanced parental controls to closely monitor their children's usage and spending on the Roblox platform, Roblox's key profitability metrics—bookings and ABPDAU—declined substantially.  This new information revealed that the Company's bookings were not driven by DAU growth (since DAU growth was inflated by alt accounts) and the Company was not successful aging up, as the Company's bookings were still overwhelmingly reliant on children under the age of 13.

386.    On that day, Roblox issued a press release and supplemental financials disclosing poor Q4 2021 results and January 2022 key metrics.  Specifically, Roblox announced that bookings growth had decelerated to 20%, well below analysts' consensus target.  While DAUs were up both year-over-year and sequentially compared to the previous quarter—driven by a purported 49% increase in users 13 and older—ABPDAU was down 10% year-over-year and roughly 13% compared to the previous quarter.  Key metrics for January 2022 were far worse: while DAUs were up 32% year over year, bookings were only up 2-3%.  Most notably, ABPDAU was down a whopping 22-23%, significantly lower than the Company's November 2021 ABPDAU, which were released on December 15, 2021.

387.    Also on February 15, 2022 after the market closed, Defendants filed a shareholder letter with "a few guidelines" on their financial results.  The shareholder letter explained that "Bookings . . . is where year over year comparisons are currently toughest," despite the fact that Roblox had experienced "[u]ser and engagement growth" during that same period, which was "driven [in part by] growth in users aged 13 and older."  In other words, although Roblox was purportedly growing its over 13-year-old users, the Company was nonetheless experiencing lower bookings and monetization.  This new information revealed to investors for the first time the full extent to which Roblox had been heavily reliant on the under 13-year-old age group to drive its bookings and monetization.

388.    Then, before the market opened on February 16, 2022, Defendants held an earnings call where Defendant Guthrie finally admitted that Roblox could no longer sustain the Company's high rate of growth following the deceleration in growth among Roblox's core under-13 base, revealing for the first time the full extent of Roblox's continued reliance on this group to drive the Company's bookings and monetization growth.  Guthrie explained ". . . the slower growth would be core markets, U.S., the core age demographic in the U.S. is under 13."

389.    In sum, the February 15 and 16, 2022 disclosures fully revealed the relevant truth concerning the Roblox's DAU growth and aging up success through COVID reopening and enhanced parental controls.  The disclosures of the rapid deceleration in bookings growth and declining engagement and monetization trends (despite purportedly strong DAU growth) were foreseeable consequences of, and within the zone of risk concealed by, Defendants misrepresentations and omissions touting their DAU growth and aging up success, and misstating and/or omitting the material fact that Roblox's bookings growth was still overwhelmingly fueled by users under the age of 13 and, as a result, the Company's bookings would decline once children under 13 returned to school and Roblox implemented enhanced parental controls.

390.    The market reacted quickly and decisively to this news, which revealed that Roblox's monetization growth was not scaling with purported DAU growth and declined substantially as kids returned to school and Roblox implemented enhanced parental controls

1  (since Roblox was overwhelming reliant on under-13 users).  As a direct and proximate result of

2  this corrective disclosure and/or materialization of foreseeable risks concealed by Defendants'

3  fraud, the price of Roblox stock plummeted by **26.5%** to close at $53.87 per share on February

4  16, 2022.

5      391.    Analysts were shocked by the Company's revelation of the sharp deceleration in

6  bookings growth and deteriorating monetization trends despite strong DAU growth, but now

7  finally understood that Defendants had been disclosing misleading metrics that obscured Roblox's

8  failure to successfully age up the platform.

9      392.    For example, on February 17, 2022, Jefferies called out Defendants for their

10  previous misleading statements touting the Company's DAU and monetization growth.

11  Specifically, Jefferies argued that because "January produced the most bifurcated results yet since

12  going public: strong DAU growth . . . [but] the weakest net bookings growth" the Company

13  needed "new metrics [] to measure the impact that . . . aging up will have on monetization."

14  Jefferies urged Roblox to "mov[e] past buzzword and headline metrics" to establish metrics that

15  investors could rely on to figure out whether the Company was successfully aging up and

16  monetizing its older users.

17      393.    Similarly, analysts from Benchmark attributed the Company's abysmal financial

18  performance on the deceleration in under 13 user growth, writing:

19          RBLX reported disappointed F4Q22 financial results, with both audience
            size and player engagement declining in key geographies and
20          demographics. We anticipate lingering weakness in U.S. and Canada, and
            in their core under-13 player group, as engagement normalizes and play
21          experiences decay. We are concerned management's desire to drive growth
            through older demographic and brand advertisements could ultimately
22          create a toxic community experience and further open opportunities for
            user abuse. We think that core RBLX players (children) primarily do not
23          pay for their play experience, and we suspect parents may allocate less
            capital to RBLX as inflationary pressures impact family discretionary
24          budgets. **We think the RBLX brand is vulnerable to a user abuse
            narrative that has begun to materialize** and could begin to erode parental
25          confidence in the platform, which could further discourage parents from
            supporting their child's play experience on RBLX.
26

27

28

394.    Moreover, Benchmark called out Defendants for their "disingenuous" concealment that the Company's monetization growth would not be sustainable after young children returned to school. Indeed, Benchmark noted Defendants' "insider sales" based on their knowledge that the Company's bookings and monetization would slow, stating:

> We are not impressed with management's grasp of the business and found them to be disingenuous and confused on their earnings call as they seemed to struggle to understand their own data. **We suspect the deacceleration in growth was likely not a surprise to management and <u>note meaningful insider sales</u> with the estimated value of stock sales in FY21 including CEO-$235M, CFO-$122M, and CBO-$157M. We think management credibility has been impaired and outlier growth results were likely fueled primarily from a global pandemic and are now normalizing.**

395.    Similarly, on February 16, 2022, Morgan Stanley wrote: "Our prior view assumed RBLX would continue to grow users and bookings at outsized rates through reopening. We were wrong."  Morgan Stanley further noted that the "4Q sequential decline in higher-monetizing N. America DAUs speaks to larger than expected reopening headwinds and forward growth uncertainty."  Indeed, Morgan Stanley was caught off guard by the sudden deceleration in growth, stating: "The pace of growth deterioration from November to January and commentary to expect continued slower growth . . . further reinforces these challenges" because "[i]n effect,  RBLX has not been able to retain/grow engagement, bookings, or users as well as we hoped through reopening."  Morgan Stanley then explained that "[t]hese results . . . cause us to materially reduce our forward forecasts. . . . as we lower '22/'23 bookings by 8%/11%" which "impacts profitability substantially."

396.    On February 15, 2022, Jefferies wrote, "[t]he big picture monetization metrics were disappointing" and further explained that "[m]onetization was weak and US/Canada rolled over. Bookings per DAU were down for a second consecutive quarter, this time down 10% y/y. In the month of January, it got worse, down 22% to 23%. Hours engaged in the US/Canada region were down 11% y/y. DAUs were down 1% y/y, the first time they were negative y/y."

1    **VII.    ADDITIONAL INDICIA OF SCIENTER**

2        397.    Defendants were active and culpable participants in the fraud, as evidenced by

3   their knowing and reckless issuance and/or ultimate authority over Roblox's and their materially

4   false or misleading statements and omissions.  The Individual Defendants acted with scienter in

5   that they knew or recklessly disregarded that the public statements more specifically set forth in

6   Section V, *supra*, were materially false or misleading when made, and knowingly or recklessly

7   participated or acquiesced in the issuance or dissemination of such statements as primary violators

8   of the federal securities laws.  In addition to the specific facts alleged above, Defendants' scienter

9   is further evidenced by the following facts.

10       **A.    Defendants' Exorbitant Stock Sales—Totaling More Than $548 Million—**
         **Made with Knowledge of Material Nonpublic Information Support a Strong**
11       **Inference of Scienter**

12       398.    Based on their knowledge of material nonpublic information that Roblox's high

13  rate of growth was inflated and in truth still fueled by the under-13 cohort, which would soon

14  decelerate as the Company rolled out parental controls in late 2021 and children returned to

15  school, Defendants Baszucki, Guthrie, and Donato enriched themselves at the expense of Roblox

16  investors.  Armed with the knowledge that Roblox's stock price was artificially inflated as a result

17  of their false and misleading statements and omissions regarding Roblox's DAU growth and aging

18  up success, Defendants Baszucki, Guthrie, and Donato collectively sold over **6.6 million shares**

19  in open market transactions, reaping more than **$548 million** in proceeds in less than a year,

20  starting the first day Roblox went public via a direct listing and continuing throughout the rest of

21  the Class Period.  Critically, Defendants did not purchase a single share of Roblox stock on the

22  open market during the Class Period, which further supports the inference that they knew the price

23  of Roblox stock was artificially inflated.

24       399.    Although some of these insider sales were made pursuant to a Rule 10b5-1 trading

25  plan, Defendants implemented that plan after the start of the Class Period, with knowledge of

26  material nonpublic information about Roblox's DAU growth and overwhelming reliance on

27

28

1  children to drive its bookings growth, and thus, the existence of a Rule 10b5-1 plan does not

2  negate any inference of scienter.

3      400.    Moreover, the Individual Defendants' trading patterns **after** the Class Period

4  further supports scienter.  Between February 16, 2022 and January 24, 2023—a 343-day control

5  period that corresponds precisely to the number of days in the Class Period—the Individual

6  Defendants' sales dropped precipitously once the truth of their scheme to defraud was revealed.

7      401.    Indeed, during the control period, the Individual Defendants collectively sold only

8  1,379,917 shares of Roblox stock, **a nearly 80% reduction** from their Class Period sales totaling

9  6,669,294 shares.   Specifically, as noted in the chart below, during the control period: (1)

10  Defendant Baszucki sold only 1.3 million shares, which was less than half the number of his Class

11  Period sales; (2) Defendant Guthrie sold only 26,086 shares, which was more than a 98%

12  reduction from his Class Period sales; and (3) Defendant Donato sold only 53,831 shares, which

13  was more than a 97% reduction from his Class Period sales.

| **DEFENDANT** | **CLASS PERIOD SALES** (March 10, 2021 through February 15, 2022) | **CONTROL PERIOD SALES** (February 16, 2022 through January 24, 2023) | **PERCENT CHANGE** |
|---|---|---|---|
| David Baszucki | 2,987,500 | 1,300,000 | 56.49% reduction |
| Michael Guthrie | 1,681,042 | 26,086 | 98.45% reduction |
| Craig Donato | 2,000,752 | 53,831 | 97.31% reduction |
| **TOTAL:** | **6,669,294** | **1,379,917** | **79.31% reduction** |

**1.    Defendants Immediately Dump $238 Million In Roblox Stock Within Two Days of Roblox's Direct Listing**

22      402.    On March 10 and 11, 2021, the first two days of the Class Period, Defendants

23  falsely touted Roblox's DAU growth and aging up success while concealing the material fact that

24  the Company's DAU growth was inflated, and its bookings were still overwhelmingly reliant on

25  under-13 users.  *See* Section V(A)-(B), *supra*.  Armed with the knowledge that the Company's

26  DAU growth was inflated by alt accounts, and the Company still relied on the under 13 age group

27  for its DAUs and bookings, which Defendants knew would soon end once children returned to

28

school and once Roblox implemented parental controls, Defendants Baszucki, Donato, and Guthrie began profiting off of Roblox's inflated valuation through a series of insider transactions as soon as Roblox went public on March 10, 2021.  On that day, Baszucki sold 1,300,000 shares, totaling **$83,850,000**; between March 10-11, Donato sold 1,143,123 shares, totaling **$77,531,534.64**; and Guthrie sold 1,200,000 shares, totaling **$77,400,000**. In other words, these Individual Defendants took advantage of the direct listing and their knowledge of material nonpublic information to make over **$238 million within two days** of the direct listing. Notably, none of these sales were made pursuant to a Rule 10b5-1 trading plan.

### 2. Defendants Offload Another $54 Million in Roblox Stock After They Made False and Misleading Statements on May 10, 2021

403.    On May 10, 2021, Defendants continued to mislead investors about the Company's DAU growth and aging up efforts.  *See* Section V(C), *supra*.  While Defendants touted over-13 user growth alongside strong bookings growth (which led investors to believe that aging up was working and more over-13 users were sustaining the Company's high rate of growth), they possessed material nonpublic information, including internal metrics on DAUs and bookings-by-age, which showed that DAU growth was inflated by alt accounts and under-13 users were still generating an overwhelming majority of bookings.  Moreover, Defendants knew this high rate of bookings growth fueled by the under-13 cohort would soon decelerate once Roblox implemented adequate content controls and spending limits and children returned to school.

404.    Armed with material nonpublic information, Defendants Baszucki, Guthrie, and Donato, collectively sold over 582,500 shares, reaping more than **$54 million** between June 1, 2021 and July 14, 2021, shortly after their false and misleading statements on May 10, 2021.  *See* Section IV(J), *supra*.  Although these trades were made pursuant to a Rule 10b5-1 trading plan, Defendants implemented the plan as part of their scheme when they were already in possession of material nonpublic information.

1

### 3. Defendants Make Another $55 Million in Insider Sales After They Made False and Misleading Statements on August 16, 2021 and Before Rolling Out Parental Controls

2

3      405.    On August 10, 2021, Defendants received a letter from Congress about Roblox's

4  financial exploitation of children.  Thus, Defendants were increasingly aware that the risks they

5  concealed from investors—that Roblox's bookings growth was unsustainable because it still

6  relied overwhelmingly on children—would soon begin to materialize because the Company was

7  facing increased pressure to implement parental controls.  But rather than come clean, Defendants

8  continued their scheme to defraud investors and make hundreds of millions of dollars.  On August

9  16, 2021, Defendants again misled investors about Roblox's DAU growth and aging up success.

10  *See* Section V(E), *supra*.  Shortly thereafter, the Individual Defendants continued unloading their

11  Roblox stock—this time selling over 668,091 shares for roughly **$55.5 million**. *See* Section

12  IV(M), *supra*.  Although these trades were made pursuant to a Rule 10b5-1 trading plan,

13  Defendants implemented the plan as part of their scheme when they were already in possession

14  of material nonpublic information.

15

### 4. Defendants Unload Another Roughly $200 Million Worth of Roblox Stock Before Parental Controls and Schools Reopening Begin to Affect Bookings Growth

16

17      406.    By September 2021, Defendants were aware that the risks they concealed from

18  investors would soon begin to materialize.  Specifically, the period of blockbuster bookings

19  growth and positive monetization trends driven by under-13 users would soon be at an end as the

20  Company was forced to implement parental controls for under-13 users and children started

21  returning to school in the fall of 2021.  Despite their knowledge that the growth fueled primarily

22  by under-13 users would soon slow as the Company was forced to implement parental controls,

23  and knowing the DAU growth would not sustain the Company's bookings growth (because it was

24  significantly inflated by alt accounts), Defendants continued to profit off investors' belief that

25  aging up and DAU growth were sustaining the Company's growth, just before the impacts of

26  parental controls could begin having a material impact on bookings.

27

28

---

407.    Specifically, on the heels of Roblox's release of parental controls and updates to its terms of service, on October 5, 2021, Guthrie sold 40,000 shares totaling more than $2,970,000. Between October 14 and October 29, 2021, Defendant Donato sold 70,000 shares over three separate trading days, worth over $5.5 million.

408.    Then, Defendants made false and misleading statements on November 8 and 9, 2021 about the Company's DAU growth and purportedly successful aging up and bookings growth.  *See* Section V(F).  Based on these false and misleading statements, Roblox's stock skyrocketed 42% in a single day to close at $109.52 per share on November 9, 2021, a record high closing price at the time.

409.    Knowing that the Company's bookings and monetization growth was declining in November, and knowing that the scheme would soon be brought to light when the Company disclosed those metrics publicly, Defendants made substantial insider sales before they disclosed the declining monetization metrics in December 2021.

410.    Between November 11 and November 12, Defendant Donato sold 360,000 shares, totaling more than **$35 million**.

411.    Then, on November 22, 2021, while Roblox's stock was still near an all-time high, Defendant Baszucki sold an additional 937,500 shares of Roblox stock, profiting **more than $117 million in proceeds in a single day**.

412.    Also, between November 22 and 23, 2021, Donato sold an additional 6,853 shares for more than **$837,000.**  Finally, between November 22-23, 2021, Defendant Guthrie sold another 128,627 shares, reaping over **$16.1 million in proceeds**.

413.    Knowing that the full truth would soon be brought to light when the Company disclosed Q4 2021 earnings—i.e., the period when children returned to school and Roblox rolled out enhanced parental controls—Defendants made additional insider sales in December 2021 and January 2022.  In December 2021, Defendant Donato sold another 85,000 shares for proceeds over **$9.1 million**, and Defendant Guthrie sold another 60,000 shares for proceeds over **$6.6**

**million**.  Later, in January 2022, Defendant Donato sold 42,500 shares for a total of nearly **$3.4 million**, and Defendant Guthrie sold 45,100 shares for a total of **$3.7 million**.

414.    In sum, between the day of the direct listing on March 10, 2021 and before their fraud was revealed on February 15, 2022, Defendants sold a total of more than **$548 million** while in possession of material nonpublic information.  Notably, during this same period, the Individual Defendants did not make a single open-market purchase of Roblox stock.

415.    Indeed, after the truth was revealed, market analysts questioned Defendants' knowledge of the Company's imminent slowdown in bookings growth.  Specifically, Benchmark called out Defendants for their "disingenuous" concealment that the Company's monetization growth would not be sustainable after young children returned to school. Indeed, Benchmark noted Defendants' "insider sales" based on their knowledge that the Company's bookings and monetization would slow, stating:

> We are not impressed with management's grasp of the business and found them to be disingenuous and confused on their earnings call as they seemed to struggle to understand their own data. **We suspect the deacceleration in growth was likely not a surprise to management and note meaningful insider sales with the estimated value of stock sales in FY21 including CEO-$235M, CFO-$122M, and CBO-$157M**. We think management credibility has been impaired and outlier growth results were likely fueled primarily from a global pandemic and are now normalizing.

**B.     Defendant's Statements Themselves Prove They Closely Monitored the Company's Topline Metrics, Including DAUs and Aging Up Metrics**

416.    Defendants repeatedly told investors that they closely monitored the Company's key top-line metrics, like DAUs, bookings, and age demographics.  For example, before the Class Period, Defendant Guthrie stated during a February 26, 2021 investor day: "day to day operating the business, the way the team looks at key metrics like engagement is that we tend to look by **age demographics** around the world and we have years of history as to how things like sign-ups and retention and conversion and monetization behave and we normally use that – those historical curves to help us to forecast. **So we use a lot of visualization to look at that data and ultimately to forecast**."

417. In the Company's Prospectus filed with the SEC on March 10, 2021—i.e., the start of the Class Period—Roblox stated:

> **We regularly review metrics, including our DAUs, hours engaged, and average bookings per DAU, or ABPDAU, to evaluate growth trends, measure our performance, and make strategic decisions.** These metrics are calculated using internal data gathered on an analytics platform that we developed and operate . . . .

418. Similarly, during the Company's earnings call on November 9, 2021, Defendant Guthrie stated **"[w]e have been tracking aged-up demos for years**." Likewise, directly after the Class Period, during the earnings call on February 16, 2022, Defendant Guthrie was asked about "the bookings growth evolving throughout 2022 and then into 2023." In response, Guthrie stated that "I always look [at a] variety of data, but **I look at our bookings charts and our DAU charts a lot**."

419. Defendant Guthrie's admission that he closely monitored DAUs and bookings by age demographics is corroborated by CW allegations. For example, CW 5 stated that bookings-by-age-group was a big point of interest and was discussed during town hall meetings, which were held every two weeks. CW 5 stated that Baszucki, Guthrie, and Donato attended these town hall meetings, and Baszucki and Guthrie specifically discussed bookings-by-age-group during these meetings. According to CW 5, Roblox executives, including the Individual Defendants, also discussed daily active users during town hall meetings.

420. Moreover, Defendants' attempts to downplay ABPDAU further demonstrate scienter. As alleged above, Defendants tried to move away from ABPDAU right before they rolled out enhanced parental controls and children returned to school in the fall of 2021. Specifically, on August 17, 2021, Defendant Guthrie stated: "just be careful when you're comparing ratios. We do think that we can have very strong bookings and very strong user growth and ABPDAU can go down. It's just a ratio."

421. Similarly, on September 21, 2021, during a Goldman Sachs Conference, Defendant Guthrie stated:

**If we have an internal target for bookings and we hit it, and we have an internal target for DAUs and we hit it, and the DAUs happen to grow faster than the bookings, I do not care if ABPDAU goes up or down or sideways day-to-day**. It's early to look at that ratio. Just for the reason I just said, we have a bookings target. We love it. The denominator grows faster.

And what happened to per user? Remember, we're adding DAUs very quickly. And DAUs have a, knock on wood when I say this, a fairly predictable thing that they go through. They start, a certain number of them retain, the ones that retain have an engagement curve that is reasonably predictable for us, the ones that engage a lot end up converting into payers, and the ones that start paying that have a somewhat predictable path to paying more.

And those are – the sheer number of cohorts in different geographies are so many that it's really, really hard – we don't guide anyway. But I wouldn't guide too much on this number. **I'm much, much, much, much more concerned with – that we're growing bookings at a rate that seems like we're doing a good job and that we're growing users and hours of rates that seem like we're doing a good job** or rather helping our developers do a great job out there.

422.    These and other similar statements demonstrate that Defendants reviewed all the relevant data, and tried to manipulate that data in a way that kept their fraudulent scheme alive. Indeed, according to CW 5, Defendant Guthrie spoke in a town hall meeting in either December 2021 or January 2022.  According to CW 5, Roblox decided to move away from the topline metrics that most companies use, like bookings, and switched to new topline metrics, but no longer included bookings, in order to show that Roblox was growing.

423.    The Individual Defendants' knowledge can also be inferred from the fact that the Company's ability to grow DAUs and age up were critical to the future success of Roblox's business.  Indeed, leading into the direct listing, investors understood that the Company was not profitable and its future success depended on Roblox's ability to grow DAUs from an older demographic and monetize older users.  For example, in a December 7, 2020 report incorporating investor feedback, Bernstein analysts wrote: "there are already a lot of Roblox users who are above the age of 13 . . . a really important question, we think, is to understand where these older users came from, what attracted them, what are they spending time doing, **how much are they**

**spending**?"  The analyst followed up on Roblox's ability to age up the platform on January 28, 2021: "**I'm still stuck on this as maybe the single biggest question that I would need to be comfortable with, if I were considering becoming a shareholder**."  Moreover, Bernstein stated that the question "how do you overcome" Roblox is a platform for children was "a super important question" leading into the direct listing.  Indeed, in the Company's Prospectus, Defendants told investors that people over the age of 13 have "a higher propensity to spend on content, and our ability to increase penetration in, and user contribution from, **this demographic will affect our ability to grow revenue**."

424.    Throughout the Class Period, Defendants touted their purported success aging up and growing DAUs.  Indeed, analysts routinely cited the Company's purported aging up success as a reason to invest in Roblox.  For example, on April 5, 2021, analysts from Goldman Sachs issued a "buy" rating and noted "RBLX's faster growth, **which should be driven by aging up**." On May 11, 2021, Morgan Stanley wrote: "continued user, engagement and bookings growth should give investors more confidence in the durability of RBLX's forward growth."  Similarly, investors relied on Defendants' false and misleading statements about DAU growth. For example, on October 26, 2021, BTIG stated they were "bullish on long-term DAU growth" because they believed "DAU will be a key driver of bookings performance."  Finally, on November 17, 2021, Morgan Stanley wrote that Roblox's strong DAU and bookings numbers "speak to RBLX's better than appreciated growth runway/ability to continue growing its user base, engagement, and monetization even through reopening."

## C.    Defendants Knew They Would Have to Implement Enhanced Parental Controls, Which Would Harm Bookings

425.    Defendants knew, since before the Class Period, that implementing parental controls would harm the Company's bookings.  For example, CW 3 explained that it was known that implementing parental controls would negatively impact revenue because its userbase was largely under 13-years-old.  Similarly, CW 5 stated that Roblox did not significantly address parental controls earlier because it was hesitant to reduce features that generated revenue for the

1    Company.  Specifically, CW 5 explained that spending limits would have negatively impacted

2    Roblox's bookings because it obtained 60 to 70% of its bookings from users under 13-years-old

3    in 2021.

4          426.    CW 7 stated that at the time of Roblox's March 2021 direct listing, Roblox did not

5    have the capability to accurately track the true age demographics of Roblox users without the

6    assistance of its external partners.  However, CW 7 recalled that in late September 2021, Roblox

7    began rolling out an Age Verification system for over-18 users, which required users to upload a

8    copy of their driver's license to access mature content, including explicit games, on the platform.

9    CW 7 noted that the Age Verification tool was discussed at the time of the Company's March

10   2021 direct listing but was not rolled out until September 2021.

11         427.    CW 3 recalled that during her tenure, which was April 2021 to March 2022,

12   Roblox employees asked Baszucki during town hall meetings how Roblox was going to address

13   parental controls while simultaneously conserving resources.  CW 3 further recalled that Baszucki

14   responded to these concerns by indicating that Roblox was going to address parental concerns as

15   little as possible so that it would not negatively impact revenue.

16         428.    According to CW 3, implementing parental spend restrictions was discussed

17   multiple times during town hall meetings and on Slack.  CW 3 recalled that Roblox's leadership

18   told its employees not to comment on articles reporting on children spending a lot of money on

19   Roblox's platform without their parents' permission.  Furthermore, CW 3 explained that it would

20   have been unsustainable for Roblox to fully address parental concerns because it was known that

21   implementing strict parental controls would negatively impact revenue and because Roblox would

22   have to spend a lot of money to expand its Trust & Safety team and appropriately monitor its

23   platform.  According to CW 3, it was a huge priority for Roblox to attract an older audience

24   throughout her tenure, partially because leadership knew that it had to address parental controls

25   due to external pressures from parents and the news media.

26         429.    Moreover, Defendants knew that they were facing increasing pressure to

27   implement parental controls by August 2021.  Specifically, on August 10, 2021, Congress sent

28

1    Defendants a letter, addressed to Defendant Baszucki, which noted Congress's concerns that

2    Roblox was profiting off of children and allowing them to engage in transactions that were "akin

3    to gambling."   The letter explained: "The prevalence of micro-transactions—often encouraged

4    through nudging—have led to high credit card bills for parents. Loot boxes—[bundles of in-app

5    mystery items available for purchase]—go one step further, encouraging purchase before a child

6    knows that the "bundle" contains—akin to gambling."

7        430.    Therefore, after a long period of putting off parental controls in an attempt to delay

8    the negative impact on bookings once under-13 users could no longer access explicit content and

9    make excessive, unauthorized purchases, Defendants became increasingly aware that the risks

10    they concealed from investors would soon begin to materialize because the Company was facing

11    increased pressure to implement parental controls.

12        **D.    Defendants Knew Their Publicly Reported Data Was Misleading**

13        431.    According to CW 6, there was widespread concern within the Company that the

14    data that reflected Roblox was attracting older users was not accurate. CW 6 stated that Roblox

15    employees did not trust the data that reflected Roblox was growing its 13-and-over userbase

16    because the age data reported by Roblox users did not make sense statistically. CW 6 explained

17    that this data showed that under-13 users often lied about their age to get access to more mature

18    content.  For example, internal data showed that there were huge spikes in Roblox users that self-

19    reported their age as 100 years old or had a birthday that started on January 1.  CW 6 knew this

20    because she reviewed the data herself in her role as a Data Scientist.

21        432.    CW 6 explained that in 2019, Defendant Guthrie asked the Data Science team to

22    review the age demographic data and create a report that smoothed out the age curve to eliminate

23    the falsely reported age data to determine if Roblox was attracting over-13 users. CW 6 detailed

24    that her colleague, a former BizOps Analyst, queried user data and filtered out age anomalies and

25    clumps to determine the true age demographics of Roblox users. CW 6 recalled that she and the

26    Vice President of Finance then created a report with the findings, which was presented in a 2019

27    meeting that was attended by Guthrie and the Finance team. CW 6 recalled that after user age

28

anomalies were filtered out, the data reflected that the majority of Roblox users were under-13-years-old.

433. Moreover, CW 6 explained that former Vice President of Product Deepak Chandrasekaran said that he did not want to consider using the data that reflected that Roblox was attracting older users in internal Company decisions because he did not trust it. CW 6 explained that Chandrasekaran reported to and mostly worked with Defendant Baszucki. According to CW 6, Baszucki maintained tight control over Company decisions and almost all large decisions were made by Baszucki. CW 6 added that she constantly created presentations for Baszucki.

434. According to CW 6, who was a member of the Company's Data Science team, it was known internally that users created multiple accounts. According to CW 6, Roblox did not implement a system during her tenure that could prevent users from logging onto Roblox from multiple accounts. CW 6 detailed that there were internal meetings to discuss alternate accounts, and CW 6 spoke with current Chief Safety Officer Matt Kaufman about alternate accounts.

435. Similarly, according to CW 7, it was known internally in 2021 that a lot of under-13 users maintained alternate accounts. CW 7 detailed that Roblox knew that alternate accounts were inflating DAU metrics.

## VIII.  CONTROL PERSON ALLEGATIONS

436. The Individual Defendants, by virtue of their high-level and controlling positions at Roblox, directly participated in the management of the Company, were directly involved in the day-to-day operations of the Company at the highest levels and were privy to confidential proprietary information about the Company, its business, operations, internal controls, growth, financial statements, and financial condition as alleged herein. As set forth below, the materially misstated information conveyed to the public was the result of the collective actions of these individuals.

437. Defendants Baszucki, Guthrie, and Donato as senior executive officers of Roblox—a publicly-held company whose common stock was, and is, traded on the NYSE, and governed by the federal securities laws—had a duty to disseminate prompt, accurate, and truthful

1    information with respect to the Company's business, operations, internal controls, growth,

2    financial statements, and financial condition, and to correct any previously issued statements that

3    had become materially misleading or untrue, so that the market price of Roblox's publicly traded

4    common stock would be based on accurate information.  Each of the Individual Defendants

5    violated these requirements and obligations during the Class Period.

6         438.    Defendants Baszucki, Guthrie, and Donato, because of their positions of control

7    and authority as senior executive officers of Roblox, were able to and did control the content of

8    Roblox's SEC filings, press releases, and other public statements issued by or on behalf of Roblox

9    during the Class Period.  Each would have been provided with copies of the statements made in

10    the SEC filings at issue in this action before they were issued to the public and would have had

11    the ability to prevent their issuance or cause them to be corrected.

12         439.    Accordingly, the Individual Defendants were responsible for the accuracy of the

13    public statements alleged herein.

14         440.    The Individual Defendants are liable as participants in a fraudulent scheme and

15    course of conduct that operated as a fraud or deceit on purchasers of Roblox common stock by

16    disseminating materially false and misleading information and concealing and omitting material

17    adverse facts.  The scheme deceived the investing public regarding Roblox's business, operations,

18    and management, and the intrinsic value of Roblox's common stock, and caused Lead Plaintiffs

19    and members of the Class to purchase Roblox common stock at artificially inflated prices.

20    **IX.    THE STATUTORY SAFE HARBOR IS INAPPLICABLE**

21         441.    The statutory safe harbor provided by the PSLRA for forward-looking statements

22    under certain circumstances does not apply to any of the materially false and misleading

23    statements alleged in this pleading.  First, many of the statements alleged to be false and

24    misleading relate to historical facts or existing conditions.  Second, to the extent any of the

25    allegedly false and misleading statements may be characterized as forward-looking, they were not

26    adequately identified as "forward-looking" statements when made.  Third, any purported forward-

27

28

1  looking statements were not accompanied by meaningful cautionary language because, among

2  other reasons, the risks that Defendants warned of had already come to pass.

3      442.    To the extent any statements alleged to be false and misleading may be construed

4  to discuss future intent, they are mixed statements of present or historical facts and future intent

5  and are not entitled to PSLRA safe-harbor protection—at least with respect to the part of the

6  statement that refers to the present.

7      443.    In addition, the PSLRA imposes an additional burden on oral forward-looking

8  statements, requiring Defendants to include a cautionary statement that the particular oral

9  statement is a forward-looking statement, and that "actual results might differ materially from

10  those projected in the forward-looking statement." 15 U.S.C. § 78u-5(c)(2)(A)(i)-(ii). Defendants

11  failed to both identify certain oral statements as forward-looking and include the cautionary

12  language required by the PSLRA.

13      444.    Furthermore, Defendants did not accompany their statements with meaningful

14  cautionary language identifying important factors that could cause actual results to differ

15  materially from any results projected.  To the extent Defendants included any cautionary

16  language, that language was not meaningful because, among other reasons, any potential risks

17  identified by Defendants had already passed or manifested.

18      445.    In the alternative, to the extent that the statutory safe harbor is determined to apply

19  to any forward-looking statements pleaded herein, Defendants are liable for those false forward-

20  looking statements because at the time each of those forward-looking statements was made, the

21  speaker had actual knowledge that the forward-looking statement was materially false or

22  misleading, or the forward-looking statement was authorized or approved by an executive officer

23  of Roblox who knew that the statement was false when made.

24  **X.    APPLICABILITY OF PRESUMPTION OF RELIANCE: FRAUD-ON-THE-MARKET DOCTRINE**

25

26      446.    Lead Plaintiffs will rely upon the presumption of reliance established by the fraud-

27  on-the-market doctrine in that, among other things:

28

       (a)     Defendants made public misrepresentations or failed to disclose material facts during the Class Period;

       (b)     The omissions and misrepresentations were material;

       (c)     The Company's stock traded in an efficient market;

       (d)     The misrepresentations alleged would tend to induce a reasonable investor to misjudge the value of the Company's securities; and

       (e)     Lead Plaintiffs and other members of the Class purchased Roblox's publicly traded Class A common stock between the time Defendants misrepresented or failed to disclose material facts and the time the facts were disclosed, without knowledge of the misrepresented or omitted facts.

447.    At all relevant times, the market for Roblox shares was efficient for the following reasons, among others:

       (a)     Roblox's Class A common stock met the requirements for listing, and was listed and actively traded on the NYSE, a highly efficient and automated market;

       (b)     As a regulated issuer, Roblox filed periodic public reports with the SEC and the NYSE;

       (c)     Roblox regularly communicated with public investors via established market communication mechanisms, including through the regular dissemination of press releases on the major newswire services and through other wide-ranging public disclosures, such as communications with the financial press, securities analysts, and other similar reporting services; and

       (d)     Roblox was followed by numerous securities analysts employed by major brokerage firms who wrote reports that were distributed to the sales forces and certain customers of their respective brokerage firms.  Each of those reports was publicly available and entered the public marketplace.

448.    As a result of the foregoing, the market for Roblox's securities promptly digested current information regarding Roblox from publicly available sources and reflected such information in Roblox's securities price(s).  Under these circumstances, all persons and entities who or which purchased or otherwise acquired Roblox's Class A common stock during the Class Period suffered similar injuries through their purchase of Roblox common stock at artificially inflated prices and thus, the presumption of reliance applies.

449.    The material misrepresentations and omissions alleged herein would induce a reasonable investor to misjudge the value of Roblox common stock.

450.    Without knowledge of the misrepresented or omitted material facts alleged herein, Lead Plaintiffs and other members of the Class purchased shares of Roblox's Class A common stock between the time Defendants misrepresented or failed to disclose material facts and the time the true facts were disclosed.

451.    To the extent that Defendants concealed or improperly failed to disclose material facts with respect to Roblox's business, Lead Plaintiffs are entitled to a presumption of reliance in accordance with *Affiliated Ute Citizens of Utah v. United States*, 406 U.S. 128 (1972).

## XI.    CLASS ACTION ALLEGATIONS

452.    Lead Plaintiffs bring this action as a class action pursuant to Federal Rule of Civil Procedure 23(a) and (b)(3) on behalf of a Class consisting of all persons and entities who or which, during the period from March 10, 2021 through February 15, 2022, inclusive, purchased the publicly traded Class A common stock of Roblox and were damaged thereby.  Excluded from the Class are: (i) Defendants; (ii) members of the immediate family of any Defendant who is an individual; (iii) any person who was an officer, director, and/or control person of Roblox during the Class Period, and members of their immediate families; (iv) any firm, trust, corporation, or other entity in which any Defendant has or had a controlling interest; (v) Roblox's employee retirement and benefit plan(s) and their participants or beneficiaries, to the extent they made purchases through such plan(s); and (vi) the legal representatives, affiliates, heirs, successors-in-interest, or assigns of any such excluded person, in their capacities as such.

453.    The members of the Class are so numerous that joinder of all members is impracticable.  Throughout the Class Period, Roblox had between approximately 516 million and 581 million shares of common stock outstanding, which were actively traded on the NYSE.  The average daily trading volume during the Class Period was more than 13 million shares.  While the exact number of Class members is unknown to Lead Plaintiffs at this time, Lead Plaintiffs believe that there are at least thousands of members of the proposed Class.  Record owners and other members of the Class may be identified from records maintained by Roblox or its transfer agent and can be notified of the pendency of this action by mail and publication using forms of notice similar to those customarily used in securities class actions.

454.    Lead Plaintiffs' claims are typical of the claims of the members of the Class as all members of the Class were similarly damaged by Defendants' wrongful conduct as complained of herein.

455.    Lead Plaintiffs will fairly and adequately protect the interests of the members of the Class and has retained counsel competent and experienced in class and securities litigation. Lead Plaintiffs have no interests antagonistic to or in conflict with those of the Class.

456.    Common questions of law and fact exist as to all members of the Class and predominate over any questions solely affecting individual members of the Class.  Among the questions of law and fact common to the Class are:

(a)    Whether the federal securities laws were violated by Defendants' acts as alleged herein;

(b)    Whether the statements Defendants made to the investing public during the Class Period contained material misrepresentations or omitted to state material information;

(c)    Whether, and to what extent, the market price of Roblox common stock was artificially inflated during the Class Period because of the material misstatements alleged herein;

(d)    Whether Defendants acted with the requisite level of scienter;

(e)     Whether the Individual Defendants were controlling persons of Roblox;

(f)     Whether the members of the Class have sustained damages as a result of the conduct complained of herein, and if so, the proper measure of damages.

457.    A class action is superior to all other available methods for the fair and efficient adjudication of this controversy since joinder of all members is impracticable.  Furthermore, as the damages suffered by individual Class members may be relatively small, the expenses and burden of individual litigation make it practically impossible for members of the Class to individually redress the wrongs done to them.  There will be no difficulty in the management of this action as a class action.

458.    Lead Plaintiffs will rely, in part, upon the presumption of reliance established by the fraud-on-the-market doctrine, as discussed in Section X, *supra*.

459.    Based upon the foregoing, Lead Plaintiffs and the members of the Class are entitled to a presumption of reliance upon the integrity of the market.

## XII.    COUNTS AGAINST DEFENDANTS

### COUNT I

**For Violations of Section 10(b) of the Exchange Act and SEC
Rule 10b-5(b) Promulgated Thereunder Against All
Defendants**

460.    Lead Plaintiffs repeat and reallege each and every allegation contained above as if fully set forth herein.

461.    This Count is asserted pursuant to Section 10(b) of the Exchange Act and Rule 10b-5(b) promulgated thereunder by the SEC, on behalf of Lead Plaintiffs and the Class against all Defendants.

462.    During the Class Period, Roblox and the Individual Defendants, individually and in concert, directly or indirectly, disseminated or approved the false statements specified above, which they knew or deliberately disregarded or were deliberately reckless in disregarding were

1    misleading in that they contained misrepresentations and failed to disclose material facts

2    necessary in order to make the statements made, in light of the circumstances under which they

3    were made, not misleading.

4         463.    Roblox and the Individual Defendants violated Section 10(b) of the Exchange Act

5    and Rule 10b-5 in that they made untrue statements of material facts or omitted to state material

6    facts necessary in order to make the statements made, in light of the circumstances under which

7    they were made, not misleading.

8         464.    Roblox and the Individual Defendants acted with scienter in that they knew that

9    the public documents and statements issued or disseminated in the name of Roblox were

10   materially false and/or misleading; knew that such statements or documents would be issued or

11   disseminated to the investing public; and knowingly and substantially participated, or acquiesced

12   in the issuance or dissemination of such statements or documents as primary violations of the

13   securities laws.  These Defendants by virtue of their receipt of information reflecting the true facts

14   of Roblox, their control over, and/or receipt and/or modification of Roblox's allegedly materially

15   misleading statements, and/or their associations with the Company which made them privy to

16   material concerning Roblox, participated in the fraudulent scheme alleged herein.

17        465.    The Individual Defendants, who are the senior officers and/or directors of the

18   Company, had actual knowledge of the material omissions and/or the falsity of the material

19   statements set forth above, and intended to deceive Lead Plaintiffs and the other members of the

20   Class, or, in the alternative, acted with reckless disregard for the truth when they failed to ascertain

21   and disclose the true facts in the statements made by them or other Roblox personnel to members

22   of the investing public, including Lead Plaintiffs and the Class.

23        466.    As a result of the foregoing, the market price of Roblox securities was artificially

24   inflated during the Class Period.  In ignorance of the falsity of Roblox's and the Individual

25   Defendants' statements, Lead Plaintiffs and the other members of the Class relied on the

26   statements described above and/or the integrity of the market price of Roblox securities during

27

28

1    the Class Period in purchasing Roblox securities at prices that were artificially inflated as a result

2    of Roblox's and the Individual Defendants' false and misleading statements.

3    467.    Had Lead Plaintiffs and the other members of the Class been aware that the market

4    price of Roblox securities had been artificially and falsely inflated by Roblox's and the Individual

5    Defendants' misleading statements and by the material adverse information which Roblox and

6    the Individual Defendants did not adequately disclose to market professionals, they would not

7    have purchased Roblox's securities at the artificially inflated prices that they did, or at all.

8    468.    As a result of the wrongful conduct alleged herein, Lead Plaintiffs and other

9    members of the Class have suffered damages in an amount to be established at trial.

10    469.    By reason of the foregoing, Roblox and the Individual Defendants have violated

11    Section 10(b) of the Exchange Act and Rule 10b-5(b) promulgated thereunder and are liable to

12    the Lead Plaintiffs and the other members of the Class for substantial damages which they suffered

13    in connection with their purchase of Roblox securities during the Class Period.

14    ## COUNT II

15    ### For Violations of Section 10(b) of the Exchange Act and SEC Rule 10b-5(a) and (c)
16    ### Promulgated Thereunder Against All Defendants

17    470.    Lead Plaintiffs repeat and reallege every allegation set forth above as if fully set

18    forth herein.

19    471.    This Count is asserted pursuant to Section 10(b) of the Exchange Act and Rule

20    10b-5(a) and Rule 10b-5(c) promulgated thereunder by the SEC, on behalf of Lead Plaintiffs and

21    the Class against all Defendants.

22    472.    Accordingly, although Lead Plaintiffs are not required to allege in this Court nor

23    prove in this case that any of the Defendants made any misrepresentations or omissions of material

24    fact for which they may also be liable under Rule 10b-5(b) and/or any other provisions of law,

25    Lead Plaintiffs have adequately alleged that Defendants made materially false and misleading

26    statements for which they are liable under Rule 10b-5(b).

27

28

1    473.    During the Class Period, Defendants carried out a common plan, scheme, and

2  unlawful course of conduct that was intended to, and did: (i) deceive the investing public,

3  including Lead Plaintiffs and the Class; (ii) artificially inflate the price of Roblox common stock;

4  and (iii) cause Lead Plaintiffs to purchase Roblox common stock at artificially inflated prices.

5    474.    Specifically, Defendants' actions and course of business conduct throughout the

6  Class Period were designed to convince investors that the Company's DAU growth, especially

7  from an older audience, and aging up success would sustain bookings growth for the Company

8  even after children returned to school post-COVID lockdowns, and after Roblox implemented

9  enhanced parental controls in the fourth quarter of 2021.

10    475.    Defendants' fraudulent scheme also involved lying to investors about Roblox's

11  DAU growth, the percentage of users that were over 13 years old, and how much money those

12  older users were spending on Roblox.  At the same time Defendants falsely touted their DAU

13  growth and purported success aging up, Defendants concealed the truth that DAUs were

14  overstated, Roblox's userbase was still largely under 13, and that this under-13 userbase was

15  responsible for an overwhelming majority of Roblox's bookings.  As a result, investors did not

16  know that Roblox's bookings would decline once children returned to school and after Roblox

17  implemented enhanced parental controls.  Similarly, investors did not know that bookings would

18  remain flat despite purportedly strong DAU growth and ABPDAU would decline even as

19  Defendants disclosed growing DAUs.

20    476.    Moreover, a key aspect of their fraudulent scheme, the Individual Defendants sold

21  nearly $550 million worth of Roblox stock while the stock price was artificially inflated due to

22  their fraudulent scheme.  Indeed, Defendants chose a direct listing over a traditional IPO in order

23  to sell their shares immediately and cash out before children returned to school and before Roblox

24  implemented enhanced parental controls, both of which would cause the Company's bookings to

25  decline.  Moreover, a direct listing gave Defendants the ability to forego the rigorous due diligence

26  process conducted independent, third-party underwriters in an IPO.

27

28

477.    Defendants' scheme unraveled through two disclosures revealing declining monetization metrics in the fourth quarter of 2021 (when under-13 users went back to school and Roblox rolled out enhanced parental controls).  These disclosures revealed the truth that Roblox had not been successful aging up the platform, but rather, was still largely reliant on the unsustainable under-13 userbase, and that Roblox's monetization growth was not growing in tandem with the Company's purported DAU growth.  Furthermore, and as noted by industry analysts, the Individual Defendants' hundreds of millions of dollars' worth of insider sales demonstrate their scheme.

478.    Defendants directly and indirectly, by the use, means or instrumentalities of interstate commerce and/or the mails, engaged and participated in a continuous course of conduct to perpetrate this fraud.

479.    Defendants had actual knowledge of the deceptive conduct alleged herein, or acted with deliberate reckless disregard for the effect of their deceptive conduct.  The facts demonstrating that Defendants acted with actual knowledge and/or deliberate recklessness are stated above.

480.    Defendants' fraudulent devices, schemes, artifices and deceptive acts, practices, and course of business included the knowing and/or reckless suppression and concealment of the Company's scheme to defraud investors concerning, among other things, that Roblox's bookings were still overwhelmingly reliant on under-13 users and, as a result, the Company's bookings would decline substantially once children returned to school and the Company implemented enhanced parental controls in the fourth quarter of 2021.

481.    Despite the numerous representations that were made to the market—and ample opportunity to supplement, alter, or correct such misrepresentations—Defendants failed to do so thereby concealing the Company's scheme to defraud from investors.

482.    Lead Plaintiffs and the Class reasonably relied upon the integrity of the market in which Roblox's common stock traded.

483.    During the Class Period, Lead Plaintiffs and the Class were unaware of Defendants' fraudulent scheme and unlawful course of conduct and/or the impact of the fraudulent scheme.  Had Lead Plaintiffs and the Class known the true extent of Defendants' unlawful scheme and unlawful course of conduct, they would not have purchased Roblox's common stock, or if they had, would not have done so at the artificially inflated prices paid for such securities.

484.    As a direct and proximate result of Defendants' scheme to defraud and such unlawful course of conduct, Lead Plaintiffs and the Class suffered damages in connection with their purchases of Roblox common stock during the Class Period.

485.    By reason of the foregoing, Defendants violated Section 10(b) of the Exchange Act and Rules 10b-5(a) and (c) promulgated thereunder, and are liable to Lead Plaintiffs and the Class for damages suffered in connection with their purchases of Roblox common stock during the Class Period.

## COUNT III

### For Violations of Section 20(a) of the Exchange Act
### Against the Individual Defendants

486.    Lead Plaintiffs repeat and reallege each and every allegation contained in the foregoing paragraphs as if fully set forth herein.

487.    During the Class Period, the Individual Defendants participated in the operation and management of Roblox.  The Individual Defendants conducted and participated, directly and indirectly, in the conduct of Roblox's business affairs.  Because of their senior positions, they knew the material information regarding the Company's operations, including key metrics like DAUs, bookings, usage, ABPDAU, bookings-by-age, age demographics, and parental controls.

488.    As officers and/or directors of a publicly owned company, the Individual Defendants had a duty to disseminate accurate and truthful information with respect to Roblox's financial condition and results of operations, and to correct promptly any public statements issued by Roblox which had become materially false or misleading.

489.    Because of their positions of control and authority as senior officers, the Individual Defendants were able to, and did, control the contents of the various reports, press releases and public filings which Roblox disseminated in the marketplace during the Class Period.  Throughout the Class Period, the Individual Defendants exercised their power and authority to cause Roblox to engage in the wrongful acts complained of herein.  The Individual Defendants therefore, were "controlling persons" of Roblox within the meaning of Section 20(a) of the Exchange Act.  In this capacity, they participated in the unlawful conduct alleged which artificially inflated the market price of Roblox securities.

490.    By reason of the above conduct, the Individual Defendants are liable pursuant to Section 20(a) of the Exchange Act for the violations committed by Roblox.

## XIII.   REQUEST FOR RELIEF

WHEREFORE, Lead Plaintiffs pray for relief and judgment on behalf of themselves and the Class, as follows:

    (a)    Determining that this action is a proper class action and certifying Lead Plaintiffs as class representatives under Rule 23 of the Federal Rules of Civil Procedure;

    (b)    Awarding compensatory damages in favor of Lead Plaintiffs and the other members of the Class against all Defendants, jointly and severally, for all damages sustained as a result of Defendants' wrongdoing, in an amount to be proven at trial, including pre-judgment and post-judgment interest, as allowed by law;

    (c)    Awarding Lead Plaintiffs and the Class their reasonable costs and expenses incurred in this action, including counsel fees and expert fees; and

    (d)    Awarding such further relief, including any equitable/injunctive relief, as the Court may deem just and proper.

## XIV.   JURY DEMAND

Lead Plaintiffs demand a trial by jury.

1  Dated: April 17, 2025

Respectfully submitted,

2                                              By: */s/ Michael P. Canty*
                                               Michael P. Canty (*pro hac vice*)
3                                              Michael H. Rogers (*pro hac vice*)
                                               Nicholas D. Manningham (*pro hac vice*)
4                                              Stephen C. Boscolo (*pro hac vice*)

5                                              **LABATON KELLER SUCHAROW LLP**
                                               140 Broadway
6                                              New York, New York 10005
                                               Telephone: (212) 907-0700
7                                              Facsimile: (212) 818-0477
                                               Email: mcanty@labaton.com
8                                                     mrogers@labaton.com
                                                      nmanningham@labaton.com
9                                                     sboscolo@labaton.com

10                                             ***Attorneys for Lead Plaintiffs and the Class***

11                                             Lucas E. Gilmore (#250893)
                                               **HAGENS BERMAN SOBOL SHAPIRO LLP**
12                                             715 Hearst Avenue, Suite 300
                                               Berkeley, California 94710
13                                             Telephone: (510) 725-3000
                                               Facsimile: (510) 725-3001
14                                             Email

15                                             ***Liaison Counsel for the Class***

16

17

18

19

20

21

22

23

24

25

26

27

28