BORIS FELDMAN, State Bar No. 128838
boris.feldman@freshfields.com
DORU GAVRIL, State Bar No. 282309
doru.gavril@freshfields.com
ELENA HADJIMICHAEL, State Bar No. 355715
elena.hadjimichael@freshfields.com
FRESHFIELDS US LLP
855 Main Street
Redwood City, CA 94063
Telephone: (650) 618-9250

SUSANNAH BENJAMIN (*pro hac vice*)
susannah.benjamin@freshfields.com
FRESHFIELDS US LLP
175 Greenwich Street
New York, NY 10007
Telephone: (212) 277-4000

*Attorneys for Defendants Roblox Corporation,
David Baszucki, Michael Guthrie,
and Craig Donato*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEKALB COUNTY PENSION FUND,<br><br>Plaintiff,<br><br>v.<br><br>ROBLOX CORPORATION, et al.,<br><br>Defendants. | Case No.: 3:23-cv-06618-RS<br><br>**STIPULATION AND SCHEDULING ORDER** |

Pursuant to Civil Local Rule 7-12, the parties, lead plaintiffs DeKalb County Pension Fund ("DeKalb") and Arkansas Teacher Retirement System ("ATRS," and together with DeKalb, "Lead Plaintiffs") and defendants Roblox Corporation, David Baszucki, Michael Guthrie, and Craig Donato (collectively, "Defendants") by and through their undersigned counsel of record, submit the following stipulation and proposed order:

WHEREAS, on April 17, 2025, Plaintiffs filed a Second Amended Class Action Complaint for Violations of the Federal Securities Laws (the "Second Amended Complaint") against Defendants;

WHEREAS, the parties have conferred and agreed, subject to the Court's approval, to a schedule for the briefing for Defendants' anticipated motion to dismiss the Second Amended Complaint (the "Motion to Dismiss");

NOW THEREFORE, Lead Plaintiffs and Defendants have agreed to, and respectfully submit for approval by the Court, the following schedule:

1. Defendants' Motion to Dismiss shall be filed on or before June 16, 2025.
2. Plaintiffs' opposition to Defendants' Motion to Dismiss shall be filed on or before August 15, 2025.
3. Defendants' reply in support of their Motion to Dismiss shall be filed on or before September 15, 2025.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: April 21, 2025                FRESHFIELDS US LLP

By: */s/ Boris Feldman*
    Boris Feldman (Bar No. 128838)
    Doru Gavril (Bar. No. 282309)
    Elena Hadjimichael (Bar No. 355715)
    Susannah Benjamin (*pro hac vice*)

*Attorneys for Defendants Roblox Corp., David Baszucki, Michael Guthrie, and Craig Donato*

STIPULATION AND ORDER
REGARDING SCHEDULE
CASE NO. 3:23-cv-06618-RS

1

LABATON KELLER SUCHAROW LLP

By: /s/ Michael P. Canty
    Michael P. Canty (*pro hac vice*)
    Michael H. Rogers (*pro hac vice*)
    Nicholas D. Manningham (*pro hac vice*)
    Stephen C. Boscolo (*pro hac vice*)

140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
Email: mcanty@labaton.com
       mrogers@labaton.com
       nmanningham@labaton.com
       sboscolo@labaton.com

*Attorneys for Lead Plaintiff and the Class*

Lucas E. Gilmore (Bar No. 250893)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
Email: lucasg@hbsslaw.com

*Liaison Counsel for the Class*

* * *

### ORDER

PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.

DATED: 4/22/2025
                                                      THE HONORABLE RICHARD SEEBORG
                                                      United States District Judge
                                                      Northern District of California