BORIS FELDMAN, State Bar No. 128838
boris.feldman@freshfields.com
DORU GAVRIL, State Bar No. 282309
doru.gavril@freshfields.com
ELENA HADJIMICHAEL State Bar No. 355715
elena.hadjimichael@freshfields.com
FRESHFIELDS US LLP
855 Main Street
Redwood City, CA 94063
Telephone: (650) 618-9250

*Attorneys for Defendants Roblox Corporation,*
*David Baszucki, Michael Guthrie,*
*and Craig Donato*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEKALB COUNTY PENSION FUND, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ROBLOX CORPORATION, et al.,<br><br>Defendants. | Case No.: 3:23-cv-06618-RS<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT**<br><br>Date:          October 30, 2025<br>Time:         1:30 p.m.<br>Location:   Courtroom 3 – 17th Floor<br>Judge:       Hon. Richard Seeborg |

DEFS' RJN ISO MOTION TO DISMISS SECOND AMENDED COMPL.
CASE NO. 3:23-cv-06618-RS

# TABLE OF CONTENTS

**Page**

TABLE OF AUTHORITIES..................................................................................................ii

TABLE OF ABBREVIATIONS.........................................................................................iv

ARGUMENT......................................................................................................................1

    I. THE COURT MAY CONSIDER DOCUMENTS INCORPORATED BY REFERENCE... 1

        A. SEC Filings.....................................................................................................1

        B. Earnings Materials...........................................................................................3

        C. Analyst Reports, News Articles, and Other Public Materials..........................3

    II. THE COURT MAY TAKE JUDICIAL NOTICE OF PUBLIC INFORMATION...............3

        A. Filings in This Action......................................................................................3

        B. SEC Filings......................................................................................................4

        C. Earnings Call Transcript..................................................................................6

        D. Analyst Reports, News Articles, and Other Public Materials.........................6

        E. Price Data of Publicly Traded Companies.......................................................7

DEFS' RJN ISO MOTION TO DISMISS SECOND AMENDED COMPL.
CASE NO. 3:23-cv-06618-RS

# TABLE OF AUTHORITIES

**Cases**                                                                                        **Page**

*In re Astra Space, Inc. Sec. Litig.*,
    2023 WL 4983156 (N.D. Cal. Aug. 2, 2023) …………………...…….…….……...… 3

*In re Finisar Corp.*,
    542 F. Supp. 2d 980 (N.D. Cal. 2008) ………………………...….…….…….…….….... 7

*Homyk v. Chemocentryx, Inc.*,
    2023 WL 3579440 (N.D. Cal. Feb. 23, 2023) …………………..….…..……...… 6

*Huei-Ting Kang v. Paypal Holdings, Inc.*,
    620 F. Supp. 3d 884 (N.D. Cal. 2022) …………………...……………...……… 1, 6

*In re Intel Corp. Sec. Litig.*,
    2019 WL 1427660 (N.D. Cal. Mar. 29, 2019) …………………..…...…………….……3

*Jedrzejczyk v. Skillz Inc.*,
    2022 WL 2441563 (N.D. Cal. July 5, 2022) …………………...……………..….……1

*Khoja v. Orexigen Therapeutics, Inc.*,
    899 F.3d 988 (9th Cir. 2018) …………………...……………………...……..… 1

*Kim v. Advanced Micro Devices, Inc.*,
    2019 WL 2232545 (N.D. Cal. May 23, 2019) ………………...….……………...…… 6

*Kipling v. Flex Ltd.*,
    2020 WL 7261314 (N.D. Cal. Dec. 10, 2020) …………………...…………….…...…5

*Mehedi v. View, Inc.*,
    2023 WL 3592098 (N.D. Cal. May 22, 2023) …………………...……………..……3

*Mendoza v. HF Foods Grp., Inc.*,
    2021 WL 3772850 (C.D. Cal. Aug. 25, 2021) …………………...………….……3

*Metzler Inv. GMBH v. Corinthian Colls., Inc.*,
    540 F.3d 1049 (9th Cir. 2008) …………………...………………………..…… 6

*Okla. Firefighters Pension & Ret. Sys. v. Ixia*,
    2015 WL 1775221(C.D. Cal. Apr. 14, 2015) …………………...…………….…..…… 5

*Tellabs, Inc. v. Makor Issues & Rights, Ltd.*,
    551 U.S. 308 (2007) …………………...………………………………...…..…… 1

*In re Twitter, Inc. Sec. Litig.*,
    506 F. Supp. 3d 867 (N.D. Cal 2020) …………………...…………….…..…… 6

Page

*Von Saher v. Norton Simon Museum of Art at Pasadena,*
    592 F.3d 954 (9th Cir. 2010) ………………………...…………………………5–6

*Voss v. Sutardja,*
    2015 WL 349444 (N.D. Cal. Jan. 26, 2015)……………………...…………...……3

*Wochos v. Tesla, Inc.,*
    2018 WL 4076437 (N.D. Cal. Aug. 27, 2018) …………………...…………...……5

*Wong v. Arlo Techs., Inc.,*
    2019 WL 7834762 (N.D. Cal. Dec. 19, 2019) …………………...…………...……3

**Other Authorities**

Fed. R. Evid. 1006 ...…………………………………………………………...…… 5

Fed. R. Evid. 201(b) ...…………………………………………………………3, 5

## TABLE OF ABBREVIATIONS[1]

| Abbreviation | Meaning |
|---|---|
| ¶ or Second Amended Complaint | Plaintiffs' Second Amended Class Action Complaint for Violations of the Federal Securities Laws (Apr. 17, 2025), ECF No. 74 |
| Amended Complaint | Amended Class Action Complaint for Violations of the Federal Securities Laws (Apr. 12, 2024), ECF No. 58 |
| Ex. | Exhibit to the Hadjimichael Declaration |
| Hadjimichael Declaration | Declaration of Elena Hadjimichael in Support of Defendants' Motion to Dismiss Plaintiffs' Second Amended Complaint (June 16, 2025), ECF No. 78-1 |
| Motion to Dismiss | Defendants' Motion to Dismiss Plaintiffs' Second Amended Complaint (June 16, 2025), ECF No. 78 |

---

[1] Herein, emphasis is added unless otherwise noted. Certain quotation marks, alteration marks, citations, and emphases have been omitted.

DEFS' RJN ISO MOTION TO DISMISS SECOND AMBENDED COMPL.
CASE NO. 3:23-cv-06618-RS

Defendants respectfully request that the Court consider the following documents in connection with their Motion to Dismiss.

Courts ruling on a motion to dismiss a claim under the federal securities laws "must consider . . . documents incorporated into the complaint by reference, and matters of which a court may take judicial notice." *Tellabs, Inc. v. Makor Issues & Rights, Ltd.*, 551 U.S. 308, 322 (2007). The documents submitted are either (1) incorporated by reference into the Complaint or (2) the proper subject of judicial notice pursuant to Federal Rule of Evidence 201, or both. True and correct copies, or excerpted copies, of these documents are attached to the Hadjimichael Declaration.

## ARGUMENT

**I.    THE COURT MAY CONSIDER DOCUMENTS INCORPORATED BY REFERENCE**

Under the incorporation by reference doctrine, the Court may examine a "document [that] forms the basis of the plaintiff's claim." *Khoja v. Orexigen Therapeutics, Inc.*, 899 F.3d 988, 1002 (9th Cir. 2018). In so doing, it treats the incorporated documents "as though they are part of the complaint itself." *Id.* The doctrine serves to "prevent[] plaintiffs from selecting only portions of documents that support their claims, while omitting portions of those very documents that weaken—or doom—their claims." *Id.* On a motion to dismiss, this Court and others in this district regularly consider documents cited in complaints. *See, e.g.*, *Huei-Ting Kang v. Paypal Holdings, Inc.*, 620 F. Supp. 3d 884, 896 (N.D. Cal. 2022) (incorporating by reference documents that plaintiffs "quoted throughout the [c]omplaint" and were "necessary to assess the veracity of the challenged statement in context"); *see also Jedrzejczyk v. Skillz Inc.*, 2022 WL 2441563, at *2 (N.D. Cal. July 5, 2022) (considering documents incorporated by reference).

Accordingly, Defendants request that the Court consider the following documents because they are relied upon, quoted, or referenced in the Second Amended Complaint:[2]

---

[2] The SEC filings, earnings materials, analyst reports, news articles, and other public materials that Defendants ask the Court to consider incorporated by reference in the Second Amended Complaint (Exs. 1–5, 12–14, 16–18, 20–21, 24, 29–30) are also properly subject to judicial notice. *See infra* at 3–7.

DEFS' RJN ISO MOTION TO DISMISS SECOND AMENDED COMPL.
CASE NO. 3:23-cv-06618-RS

### A.    SEC Filings

- Ex. 1: Roblox's Form 424B4 Prospectus, which was publicly filed with the SEC on March 10, 2021.

- Ex. 2: Roblox's Quarterly Report, on Form 10-Q, which was publicly filed with the SEC on May 13, 2021.

- Ex. 3: Roblox's Quarterly Report, on Form 10-Q, which was publicly filed with the SEC on August 16, 2021.

- Ex. 4: Roblox's Quarterly Report, on Form 10-Q, which was publicly filed with the SEC on November 9, 2021.

- Ex. 5: Roblox's Current Report, on Form 8-K, which was publicly filed with the SEC on February 15, 2022.

- Ex. 12: Statements of Changes in Beneficial Ownership for David Baszucki, on Form 4, which were publicly filed with the SEC from March 12, 2021 to November 24, 2021.

- Ex. 13: Statements of Changes in Beneficial Ownership for Craig Donato, on Form 4, which were publicly filed with the SEC from March 12, 2021 to January 19, 2022.

- Ex. 14: Statements of Changes in Beneficial Ownership for Michael Guthrie, on Form 4, which were publicly filed with the SEC from March 12, 2021 to January 12, 2022.

- Ex. 16: Statements of Changes in Beneficial Ownership for David Baszucki, on Form 4, which were publicly filed with the SEC from August 24, 2022 to November 28, 2022.

- Ex. 17: Statements of Changes in Beneficial Ownership for Craig Donato, on Form 4, which were publicly filed with the SEC from February 23, 2022 to January 18, 2023.

- Ex. 18: Statements of Changes in Beneficial Ownership for Michael Guthrie, on Form 4, which were publicly filed with the SEC from February 24, 2022 to November 23, 2022.

### B.    Earnings Materials

- Ex. 20: Roblox's Q1 2021 Supplemental Materials, dated May 10, 2021.

- Ex. 21: Transcript of Roblox's Q3 2021 Earnings Call, dated November 9, 2021.

### C.    Analyst Reports, News Articles, and Other Public Materials

- Ex. 24: Roblox press release, titled "Roblox Reports November 2021 Key Metrics," dated December 15, 2021.

- Ex. 29: Jefferies Analyst Report, titled "Finding a New Metric to Follow," dated February 4, 2022, referenced in the February 15, 2022 Jefferies Analyst Report, cited at ¶ 396.

DEFS' RJN ISO MOTION TO DISMISS SECOND AMENDED COMPL.
CASE NO. 3:23-cv-06618-RS

- Ex. 30: Hindenburg Research blogpost, titled "Roblox: Inflated Key Metrics for Wall Street and a Pedophile Hellscape for Kids," dated October 8, 2024.

## II.   THE COURT MAY TAKE JUDICIAL NOTICE OF PUBLIC INFORMATION

Pursuant to Federal Rule of Evidence 201(b), courts may take judicial notice of "fact[s] that [are] not subject to reasonable dispute" and "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b); *see also Mehedi v. View, Inc.*, 2023 WL 3592098, at *3 (N.D. Cal. May 22, 2023) (recognizing the imperative that the Court "not 'accept as true allegations that contradict matters properly subject to judicial notice' or 'allegations that are merely conclusory'"); *Wong v. Arlo Techs., Inc.*, 2019 WL 7834762, at *3 (N.D. Cal. Dec. 19, 2019) (same). Accordingly, Defendants request that the Court take judicial notice of the following filings in this action, SEC filings, earnings call transcript, analyst reports, news articles, and price data of publicly traded companies.

### A.   Filings in This Action

The Court may judicially notice publicly available court filings. *Voss v. Sutardja*, 2015 WL 349444, at *5 (N.D. Cal. Jan. 26, 2015)

- Ex. 32: A redline comparison between two filings in this action: Plaintiffs' Amended Complaint, ECF No. 58, and Plaintiffs' Second Amended Complaint, ECF No. 74, filed on April 12, 2024 and April 17, 2025, respectively.

### B.   SEC Filings

The Court may judicially notice SEC filings, "even those 'not specifically mentioned' in the complaint," because "they are 'public disclosure documents required by law to be filed.'" *Mendoza v. HF Foods Grp., Inc.*, 2021 WL 3772850, at *2 (C.D. Cal. Aug. 25, 2021); *see also In re Astra Space, Inc. Sec. Litig.*, 2023 WL 4983156, at *5 n.1 (N.D. Cal. Aug. 2, 2023) (taking judicial notice of SEC filings not referenced in the complaint); *In re Intel Corp. Sec. Litig.*, 2019 WL 1427660, at *7 (N.D. Cal. Mar. 29, 2019) (finding SEC filings to be "routinely subject to judicial notice," even when plaintiffs' claims do not depend on them and plaintiffs do not reference them in their complaint). Therefore, Defendants request that the Court consider the following documents publicly filed with the SEC:

DEFS' RJN ISO MOTION TO DISMISS SECOND AMENDED COMPL.
CASE NO. 3:23-cv-06618-RS

- Ex. 1: Roblox's Prospectus, on Form 424B4, which was publicly filed with the SEC on March 10, 2021.

- Ex. 2: Roblox's Quarterly Report, on Form 10-Q, which was publicly filed with the SEC on May 13, 2021.

- Ex. 3: Roblox's Quarterly Report, on Form 10-Q, which was publicly filed with the SEC on August 16, 2021.

- Ex. 4: Roblox's Quarterly Report, on Form 10-Q, which was publicly filed with the SEC on November 9, 2021.

- Ex. 5: Roblox's Current Report, on Form 8-K, which was publicly filed with the SEC on February 15, 2022.

- Ex. 6: Roblox's Annual Report, on Form 10-K, which was publicly filed with the SEC on February 25, 2022.

- Ex. 7: Roblox's Notice of 2022 Annual Meeting of Stockholders, on Form DEF 14A Proxy Statement, which was publicly filed with the SEC on April 4, 2022.

- Ex. 8: Roblox's Current Report, on Form 8-K, which was publicly filed with the SEC on February 15, 2023.

- Ex. 9: Roblox's Current Report, on Form 8-K, which was publicly filed with the SEC on February 7, 2024.

- Ex. 10: Roblox's Quarterly Report, on Form 10-Q, which was publicly filed with the SEC on May 1, 2025.

- Ex. 11: Initial Statements of Beneficial Ownership for David Baszucki, Craig Donato, and Michael Guthrie, on Form 3, which were publicly filed with the SEC on March 2, 2021.

- Ex. 12: Statements of Changes in Beneficial Ownership for David Baszucki, on Form 4, which were publicly filed with the SEC from March 12, 2021 to November 24, 2021.

- Ex. 13: Statements of Changes in Beneficial Ownership for Craig Donato, on Form 4, which were publicly filed with the SEC from March 12, 2021 to January 19, 2022.

- Ex. 14: Statements of Changes in Beneficial Ownership for Michael Guthrie, on Form 4, which were publicly filed with the SEC from March 12, 2021 to January 12, 2022.

- Ex. 16: Statements of Changes in Beneficial Ownership for David Baszucki, on Form 4, which were publicly filed with the SEC from August 24, 2022 to November 28, 2022.

- Ex. 17: Statements of Changes in Beneficial Ownership for Craig Donato, on Form 4, which were publicly filed with the SEC from February 23, 2022 to January 18, 2023.

- Ex. 18: Statements of Changes in Beneficial Ownership for Michael Guthrie, on Form 4, which were publicly filed with the SEC from February 24, 2022 to November 23, 2022.

-4-

The Court may also judicially notice summary charts that simply compile information contained in publicly available documents and therefore contain only "fact[s] that [are] not subject to reasonable dispute" and "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b); *see also Okla. Firefighters Pension & Ret. Sys. v. Ixia*, 2015 WL 1775221, at *17 (C.D. Cal. Apr. 14, 2015) (taking judicial notice of spreadsheets and calculations prepared by defense counsel that summarized the trading activity before and during the class period); Fed. R. Evid. 1006 (a party submitting voluminous data to the Court may present the data in the form of "a summary, chart, or calculation" so long as the original data is made available). Therefore, Defendants also request that the Court consider the following document, summarizing information contained in documents publicly filed with the SEC:

- Ex. 15: A summary of  the trades identified in Exs. 12–14.
- Ex. 19: A summary of the trades identified in Exs. 16–18.

### C. Earnings Call Transcript

The Court may take judicial notice of publicly available transcripts of earnings calls and analyst conferences because "the[ir] accuracy . . . is not reasonably subject to dispute." *Wochos v. Tesla, Inc.*, 2018 WL 4076437, at *2 (N.D. Cal. Aug. 27, 2018); *see also Kipling v. Flex Ltd.*, 2020 WL 7261314, at *7 (N.D. Cal. Dec. 10, 2020) (judicially noticing "transcripts from earnings calls, investor and analyst conferences, and related presentations"). "Moreover, [] they constitute the subject matter of the claim: [Defendant's] public statements." *Wochos*, 2018 WL 4076437, at *2 (taking judicial notice of an earnings call transcript despite plaintiffs' objections that it was not referenced in complaint).

Therefore, Defendants request that the Court take judicial notice of the following document:

- Ex. 21: Transcript of Roblox's Q3-2021 Earnings Call, dated November 9, 2021.

### D. Analyst Reports, News Articles, and Other Public Materials

Because publications such as newspapers and magazines offer "an indication of what information was in the public realm at the time," they "meet the standards for admissibility set forth in Federal Rule of Evidence 201(b)" when the public's access to that information is at issue. *Von*

DEFS' RJN ISO MOTION TO DISMISS SECOND AMENDED COMPL.
CASE NO. 3:23-cv-06618-RS

*Saher v. Norton Simon Museum of Art at Pasadena*, 592 F.3d 954, 960 (9th Cir. 2010); *see also Homyk v. Chemocentryx, Inc.*, 2023 WL 3579440, at *4 (N.D. Cal. Feb. 23, 2023) (determining that courts may take judicial notice of journal articles and other publications for the purpose of determining what information was available to the market); *In re Twitter, Inc. Sec. Litig.*, 506 F. Supp. 3d 867, 874 n.1 (N.D. Cal 2020) (granting judicial notice of news articles because they "reflect[] publicly available information about the company"). Because the contents of "[p]ublicly accessible websites and news articles" "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned," such publications are "the proper subjects of judicial notice." *Paypal*, 620 F. Supp. 3d at 895.

Accordingly, Defendants request that the Court take judicial notice of the following documents:

- Ex. 20: Roblox's Q1-2021 Supplemental Materials, dated May 10, 2021.

- Ex. 22: Roblox's Q4-2023 Supplemental Materials, dated February 7, 2024.

- Ex. 23: Roblox press release, titled "Roblox to Host Investor Day," dated February 22, 2021.

- Ex. 24: Roblox press release, titled "Roblox Reports November 2021 Key Metrics," dated December 15, 2021.

- Ex. 29: Jefferies Analyst Report, titled "Finding a New Metric To Follow," dated February 4, 2022.

- Ex. 30: Hindenburg Research blogpost, titled "Roblox: Inflated Key Metrics for Wall Street and a Pedophile Hellscape for Kids," dated October 8, 2024.

- Ex. 31: Hindenburg Research blogpost, titled "A Personal Note from Our Founder," dated January 15, 2025.

### E.    Price Data of Publicly Traded Companies

The Court may take judicial notice of Roblox's historical stock prices and the value of the NASDAQ index "because they are 'subject to accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned.'" *Kim v. Advanced Micro Devices, Inc.*, 2019 WL 2232545, at *5 (N.D. Cal. May 23, 2019); *see also Metzler Inv. GMBH v. Corinthian Colls., Inc.*, 540 F.3d 1049, 1064 n.7 (9th Cir. 2008) (judicial notice of stock prices "was proper" to show

DEFS' RJN ISO MOTION TO DISMISS SECOND AMENDED COMPL.
CASE NO. 3:23-cv-06618-RS

responses of stock price). Closing stock prices, where they are "crucial to the plaintiff's claims, but not explicitly incorporated in his complaint," are proper subjects of judicial notice. *In re Finisar Corp.*, 542 F. Supp. 2d 980, 989 n.4 (N.D. Cal. 2008) (holding closing stock prices were proper subjects of judicial notice).

Accordingly, Defendants request that the Court take judicial notice of the following documents:

- Ex. 25: Roblox's historical stock prices and financial data for the period of March 10, 2021 to March 31, 2021, published by Yahoo Finance.

- Ex. 26: Roblox's historical stock prices and financial data for the period of December 14, 2021 to February 17, 2022, published by Yahoo Finance.

- Ex. 27: Roblox's historical stock prices and financial data for the period of September 17, 2024 to October 29, 2024, published by Yahoo Finance.

- Ex. 28: Roblox's historical stock prices and financial data for the period of May 20, 2025 to June 13, 2025, published by Yahoo Finance.

For the foregoing reasons, Defendants respectfully request that the Court consider the herein-referenced documents in connection with their Motion to Dismiss.

Dated: June 16, 2025

FRESHFIELDS US LLP

By: */s/ Boris Feldman*
    Boris Feldman

*Attorneys for Defendants Roblox Corporation, David Baszucki, Michael Guthrie, and Craig Donato*

-7-
DEFS' RJN ISO MOTION TO DISMISS SECOND AMENDED COMPL.
CASE NO. 3:23-cv-06618-RS