ROLNICK KRAMER SADIGHI LLP
Michael J. Hampson (*pro hac vice* application forthcoming*)*
mhampson@rksllp.com
One Pennsylvania Plaza
New York, NY 10119
Telephone: (212) 597-2800
Facsimile: (212) 597-2801

THE LONG LAW FIRM, PLLC
James A. Long CSB No. 326404
8605 Santa Monica Blvd.
PMB 48629
West Hollywood, CA 90069
(315) 991-8000 Telephone
jlong@long.law

*Attorneys for the Prudential/Harbor Funds*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| DEKALB COUNTY PENSION FUND,<br><br>       Plaintiff,<br><br>    v.<br><br>ROBLOX CORPORATION, et al.,<br><br>       Defendants | Case No. 23-cv-06618-RS<br><br>**[PROPOSED] ORDER GRANTING PRUDENTIAL/HARBOR FUNDS' LIMITED MOTION TO INTERVENE**<br><br>**Hearing Information:**<br>Date:  April 16, 2026<br>Time:  1:30 p.m. (Pacific Time)<br>Place:  Courtroom 3 (17th Floor) |

ROLNICK KRAMER SADIGHI LLP
PENN 1, SUITE 3401
ONE PENNSYLVANIA PLAZA
NEW YORK, NY 10119

The Court, having considered the Prudential/Harbor Funds' Limited Motion to Intervene, HEREBY ORDERS that the Prudential/Harbor Funds (as defined in the motion) are permitted to intervene in the securities class action titled *Dekalb County Pension Fund v. Roblox Corporation, et al.*, No. 23-cv-06618-RS, for the limited purpose of preserving their individual claims against the expiration of the Securities Exchange Act of 1934's statute of repose, with the Prudential/Harbor Funds otherwise remaining passive members of the putative class with all other associated rights.

IT IS SO ORDERED.

_____
Honorable Richard Seeborg

Dated: _____

ROLNICK KRAMER SADIGHI LLP
PENN 1, SUITE 3401
ONE PENNSYLVANIA PLAZA
NEW YORK, NY 10119

_____
[PROPOSED] ORDER ON PRUDENTIAL/HARBOR FUNDS' LIMITED MOTION TO INTERVENE
Case No. 23-cv-06618-RS